## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC,                                )
PFIZER IRELAND PHARMACEUTICALS,)
WARNER-LAMBERT COMPANY,          )
WARNER-LAMBERT COMPANY, LLC    )
and                                        )
WARNER-LAMBERT EXPORT LTD.,       )
                                           )
      Plaintiffs,                 )
                                           )
    v.                                   )     Civil Action No.  07-___
                                           )
COBALT PHARMACEUTICALS, INC.      )
                                           )
      Defendant.                  )

## COMPLAINT

Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd., (collectively referred to as "Pfizer"), by their attorneys, for their complaint against Cobalt Pharmaceuticals, Inc. ("Cobalt") allege as follows:

1.     This is an action by Pfizer against Cobalt for infringement of United States Letters Patent No. 5,273,995 ("the '995 patent").  A copy of the '995 patent is attached hereto as Exhibit A.

2.     On December 28, 1993, the United States Patent and Trademark Office issued the '995 patent, entitled "[R-(R*R*)]-2-(4-Fluorophenyl)-β,δ-Dihydroxy-5-(1-Methylethyl-3-Phenyl-4-[(Phenylamino) Carbonyl]-1H-Pyrrole-1-Heptanoic Acid, Its Lactone Form And Salts Thereof", on an application filed by Bruce D. Roth and assigned to Warner-Lambert Company.

## PARTIES, JURISDICTION AND VENUE

3.     Pfizer Inc is a corporation organized and existing under the laws of the State of Delaware and has a place of business at 235 East 42nd Street, New York, New York 10017.

4.     Warner-Lambert Company is a corporation formerly organized under the laws of the State of Delaware with offices for service of process at 235 East 42nd Street, New York, New York 10017. Warner-Lambert Company has been the owner of record of the '995 patent since its issuance.

5.     Warner-Lambert Company became a wholly owned subsidiary of Pfizer Inc effective June 19, 2000.

6.     Warner-Lambert Company was converted into Warner-Lambert Company, LLC, a Delaware limited liability company by certificate dated December 31, 2002. Warner-Lambert Company, LLC has offices located at 235 East 42nd Street, New York, New York 10017.

7.     Pfizer Ireland Pharmaceuticals is a partnership, organized and existing under the laws of Ireland, with registered offices at Pottery Road, Dun Laoghaire, Co. Dublin, Ireland. Pfizer Ireland Pharmaceuticals is a wholly owned, indirect subsidiary of Pfizer Inc.

8.     Warner-Lambert Export, Ltd. is a corporation formerly organized under the laws of Ireland with a registered office located at Pottery Road, Dun Laoghaire, Co. Dublin, Ireland.

9.     The exclusive licensee of the '995 patent is Pfizer Ireland Pharmaceuticals, formerly Warner-Lambert Export, Ltd.

10.     Pfizer holds an approved New Drug Application for an atorvastatin calcium formulation which it sells under the registered name Lipitor®.

11.     The '995 patent is identified pursuant to 21 U.S.C. §355 (b)(1) by the United States Food and Drug Administration ("FDA") as covering Pfizer's Lipitor® product.

12.     Upon information and belief, Cobalt is a corporation organized and existing under the laws of Canada, having a place of business at 6500 Kitimat Road, Mississauga, Ontario, Canada L5N 2138.

13.     This action arises under Federal Law, specifically under the Patent Laws of the United States, Title 35, United States Code. This Court has subject matter jurisdiction over this action pursuant to the provisions of Title 28, United States Code, Sections 1331 and 1338.

14.     Cobalt is subject to personal jurisdiction in this District.

15.     Upon information and belief, Cobalt manufactures generic prescription drug products which it markets, distributes and/or sells, directly or indirectly, throughout the United States.

16.     Upon information and belief, Cobalt's generic prescription drug products are available for purchase throughout the United States, including Delaware.

17.     Upon information and belief, Cobalt Laboratories, Inc. ("Cobalt Labs") is a corporation organized and existing under the laws of Delaware with a place of business located 24840 S. Tamiami Trail, Bonita Springs, Florida 34134.

18.     Upon information and belief, Cobalt Labs and Cobalt are related corporations, both being indirect subsidiaries of Robin Hood Holdings Ltd., a private corporation organized and existing under the laws of Malta.

19.     Upon information and belief, Cobalt Labs acts as the agent and distributor of Cobalt for its generic prescription drug products in the United States and in particular in Delaware.

20.     Upon information and belief, this Court has personal jurisdiction over Cobalt by virtue of, *inter alia.*, its systematic and continuous contacts with Delaware, including those contacts through its agent Cobalt Labs; its admission that this Court had personal jurisdiction over it in the action *Glaxo Group Limited v. Cobalt Pharmaceuticals, Inc.*, Civil Action 2004-00182 and its availing itself of the jurisdiction of this Court by assertion of counterclaims in the action *Glaxo Group Limited v. Cobalt Pharmaceuticals, Inc.*, Civil Action 2004-00182.

3

21.    Venue is proper in this District pursuant to the provisions of Title 28, United States Code, Sections 1391 (c), (d) and 1400 (b).

22.    An amended final judgment declaring claim 6 of the '995 patent invalid pursuant to the provisions of 35 U.S.C. § 112, ¶ 4 has been entered by the United States District Court for the District of Delaware in Civil Action No. 03-209-JJF, by Orders of the Court dated November 7, 2006 and November 30, 2006 (D.I. 338 and 344). A copy of the final judgment, as amended, is attached as Exhibit B. No relief is sought herein pursuant to claim 6 of the '995 patent. Reissue has been sought to address the decision of the Federal Circuit relating to claim 6 on which said Orders are based.

**FIRST CLAIM FOR RELIEF;**
**INFRINGEMENT OF THE '995 PATENT**

23.    Pfizer realleges paragraphs 1 through 22 above as if fully set forth herein.

24.    Pfizer has received a letter dated October 24, 2007 from Cobalt (the "October 24, 2007 letter") which notified Pfizer that Cobalt had filed a New Drug Application (NDA No. 22-245), seeking approval from FDA to engage in the commercial manufacture, use, and sale of a product prior to the expiration of the '995 patent which, according to the October 24, 2007 letter, will contain atorvastatin sodium as the active ingredient. A copy of the October 24, 2007 letter is attached hereto as Exhibit C.

25.    The expiration date for the '995 patent is December 28, 2010.

26.    Lipitor® was granted a further period of exclusivity under section 505 of the Food, Drug and Cosmetic Act to June 28, 2011.

27.    Cobalt has infringed the '995 patent under 35 U.S.C. 271 (e)(2) by filing Cobalt's NDA seeking approval from the FDA to engage in the commercial manufacture, use, or sale of a

product which, according to the October 24, 2007 letter, will contain atorvastatin sodium as the active ingredient prior to the expiration of the '995 patent.

28.    Pfizer will be irreparably harmed if Cobalt is not enjoined from infringing the '995 patent.

**WHEREFORE,** Pfizer requests the following relief:

A.  A judgment providing that pursuant to 35 U.S.C. §271 (e) (4) (A), the effective date of any FDA approval for Cobalt's NDA No. 22-245 shall be no earlier than June 28, 2011, the date of expiration of the '995 Patent including the period of exclusivity granted to Lipitor® under section 505 of the Food, Drug and Cosmetic Act;

B.  A judgment pursuant to 35 U.S.C. §271 (e) (4) (B) permanently enjoining Cobalt, each of its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with it or any of them, from making, using, selling, offering to sell, or importing the atorvastatin sodium product described in Cobalt's ANDA 22-245 until June 28, 2011, the expiration date of the '995 patent including the period of exclusivity granted to Lipitor under section 505 of the Food, Drug and Cosmetic Act;

C.  Attorneys' fees in this action under 35 U.S.C. §285;

D.  Costs and expenses in this action; and

E.  Such further and other relief as this Court may deem just and proper.

RESPECTFULLY SUBMITTED,

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiffs Pfizer Inc, Pfizer Ireland
Pharmaceuticals, Warner-Lambert Company,
Warner-Lambert Company, LLC and Warner
Lambert Export, Ltd.*

# United States Patent [19]

## Roth

[11] **Patent Number:** **5,273,995**

[45] **Date of Patent:** **Dec. 28, 1993**

[54] **[R-(R*R*)]-2-(4-FLUOROPHENYL)-β,δ-DIHY-DROXY-5-(1-METHYLETHYL-3-PHENYL-4-[(PHENYLAMINO) CARBONYL]-1H-PYRROLE-1-HEPTANOIC ACID, ITS LACTONE FORM AND SALTS THEREOF**

[75] Inventor: **Bruce D. Roth,** Ann Arbor, Mich.

[73] Assignee: **Warner-Lambert Company,** Morris Plains, N.J.

[21] Appl. No.: **660,976**

[22] Filed: **Feb. 26, 1991**

### Related U.S. Application Data

[63] Continuation of Ser. No. 384,187, Jul. 21, 1989, abandoned.

[51] Int. Cl.⁵ ..................... **A61K 31/40;** C07D 405/06
[52] U.S. Cl. .................................... **514/422;** 514/423; 548/517; 548/537
[58] Field of Search ................ 514/422, 423; 548/517, 548/537

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

4,681,893  7/1987  Roth .................................. 514/223

**OTHER PUBLICATIONS**

J. Med. Chem. 1985, 28, 347–358—G. E. Stokker, et al. "3–Hydroxy–3–Methylglutaryl–Coenzyme a Reductase . . . ".
Tetrahedron Letters, vol. 28, No. 13, pp. 1385–1388, 1987 "Synthesis of an HMG–COA Reductase Inhibitor, . . . ".

*Primary Examiner*—Mary C. Lee
*Assistant Examiner*—Jacqueline Haley
*Attorney, Agent, or Firm*—Ronald A. Daignault

[57] **ABSTRACT**

[R-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-((1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid or (2R-trans)-5-(4-fluoro-phenyl)-2-(1-methylethyl-N,4-diphenyl-1-[2-(tetrahy-dro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide; and pharmaceutically acceptable salts thereof.

**12 Claims, No Drawings**

1

[R-(R*R*)]-2-(4-FLUOROPHENYL)-β,δ-DIHY-
DROXY-5-(1-METHYLETHYL)-3-PHENYL-4-
[(PHENYLAMINO) CARBONYL]-
1H-PYRROLE-1-HEPTANOIC ACID, ITS
LACTONE FORM AND SALTS THEREOF

This is a continuation of U.S. application Ser. No.
07/384,187 filed Jul. 21, 1989, abandoned.

## BACKGROUND OF THE INVENTION

Trans-(±)-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-
diphenyl-1-[2-tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-
yl)ethyl]-1H-pyrrole-3-carboxamides are among com-
pounds of U.S. Pat. No. 4,681,893 having usefulness as
inhibitors of cholesterol biosynthesis. The compounds
therein broadly include 4-hydroxypyran-2-ones and the
corresponding ring-opened acids derived therefrom.

It is now unexpectedly found that the enantiomer
having the R form of the ring-opened acid of trans-5-(4-
fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-tet-
rahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-
pyrrole-3-carboxamide; that is [R-(R*,R*)]-2-(4-fluoro-
phenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-
[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid,
provides surprising inhibition of the biosynthesis of
cholesterol.

It is known that 3-hydroxy-3-methylglutaryl coen-
zyme A (HMG-CoA) exists as the 3R-stereoisomer.
Additionally, as shown in the study of a series of 5-sub-
stituted 3,5-dihydroxypentanoic acids by Stokker et al.,
in "3-Hydroxy-3-methylglutaryl-Coenzyme A Reduc-
tase Inhibitors. 1. Structural Modification of 5-Sub-
stituted 3,5-Dihydroxypentanoic acids and Their Lac-
tone Derivatives," *J. Med. Chem.* 1985, 28, 347-358,
essentially all of the biological activity resided in the
trans diastereomer of (E)-6-[2-(2,4-dichlorophenyl)e-
thenyl]-3,4,5,6-tetrahydro-4-hydroxy-2H-pyranone
having a positive rotation. Further, the absolute config-
uration for the β-hydroxy-δ-lactone moiety common to
mevinolin of the formula (1a)

and compactin of the formula (1b)

2

apparently is required for inhibition of HMG-CoA re-
ductase. This is reported by Lynch et al. in "Synthesis
of an HMB-CoA Reductase Inhibitor; A diastereoselec-
tive Aldol Approach in Tetrahedron Letters, Vol. 28,
No. 13, pp. 1385-1388 (1987) as the 4R, 6R configura-
tion.

However, an ordinarily skilled artisan may not pre-
dict the unexpected and surprising inhibition of choles-
terol biosynthesis of the present invention in view of
these disclosures.

## SUMMARY OF THE INVENTION

Accordingly the present invention provides for com-
pounds consisting of [R-(R*,R*)]-2-(4-fluorophenyl)-
β,δ-dihydroxy-5-((1-methylethyl)-3-phenyl-4-
[(phenylamino) carbonyl]-1H-pyrrole-1-heptanoic acid
(compound of formula I), pharmaceutically acceptable
salts thereof and (2R-trans)-5-(4-fluorophenyl)-2-(1-
methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-
6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide
(the lactone form of the heptanoic acid or compound of
formula II).

The present invention also relates to a pharmaceutical
composition, useful as a hypocholesterolemic agent,
comprising a hypocholesterolemic effective amount of
[R-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-
methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-
pyrrole-1-heptanoic acid, its pharmaceutically accept-
able salts or (2R-trans)-5-(4-fluorophenyl)-2-(1-
methylethyl-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-
6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide
acid; and a pharmaceutically acceptable carrier. Fur-
ther, the present invention is also a method of treating
mammals, including humans, suffering from hypercho-
lesterolemia by administering to such mammal a dosage
form of the pharmaceutical composition described
above.

## DETAILED DESCRIPTION OF THE
INVENTION

The pharmaceutically acceptable salts of the inven-
tion are those generally derived by dissolving the free
acid or the lactone; preferably the lactone, in aqueous or
aqueous alcohol solvent or other suitable solvents with
an appropriate base and isolating the salt by evaporating
the solution or by reacting the free acid or lactone;
preferably the lactone and base in an organic solvent in
which the salt separates directly or can be obtained by
concentration of the solution.

In practice, use of the salt form amounts to use of the
acid or lactone form. Appropriate pharmaceutically
acceptable salts within the scope of the invention are

5,273,995

**3**

those derived from bases such as sodium hydroxide, potassium hydroxide, lithium hydroxide, calcium hydroxide, 1-deoxy-2-(methylamino)-D-glucitol, magnesium hydroxide, zinc hydroxide, aluminum hydroxide, ferrous or ferric salts, ammonium hydroxide or organic amines such as N-methylglucamine, choline, arginine and the like. Preferably, the lithium, calcium, magnesium, aluminum and ferrous or ferric salts are prepared from the sodium or potassium salt by adding the appropriate reagent to a solution of the sodium or potassium salt, i.e., addition of calcium chloride to a solution of the sodium or potassium salt of the compound of the formula I will give the calcium salt thereof.

The free acid can be prepared by hydrolysis of the lactone form of formula II or by passing the salt

**4**

through a cationic exchange resin (H+resin) and evaporating the water.

The most preferred embodiment of the present invention is [R-(R*R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid, hemicalcium salt.

Generally, the compounds I and II of the present invention can be prepared by (1) resolving the racemate, that is prepared by the processes described in U.S. Pat. No. 4,681,893 which is incorporated by reference therefor, or (2) synthesizing the desired chiral form beginning from starting materials which are known or readily prepared using processes analogous to those which are known.

Specifically, resolution of the racemate may be accomplished as shown in Scheme I (where Ph is phenyl) as follows:

Scheme I

5,273,995

5                                                           6

-continued
Scheme 1



The "trans racemate" of Scheme 1 means a mixture of
the following:



[R(R*R*)]isomer

and

-continued



[S(R*R*)]isomer

The conditions of the Step 1 and 2 of Scheme 1 are
generally as found in the Examples 6 and 7 hereinafter.
The chiral synthesis is shown in Scheme 2 (where Ph
is phenyl) as follows:

Scheme 2



1. THF-80–90° C.
   1 hr
2. AcOH



1.1 eq NaOMe
MeOH, −10° C.
16 hrs

73%                         (3)

5,273,995

7                                                           8

-continued

Scheme 2



75%        (4)



(5) 78%



(6) 83%



$[\alpha]_D^{23} = +18.07$ (CHCl₃)        (6) 83%

Generally, conditions for Scheme 2 are as shown in the Examples 1–5 hereinafter.

One of ordinary skill in the art would recognize variations in the Schemes 1 and 2 which are appropriate for the preparation of the compounds of the present invention.

The compounds according to present invention and especially according to the compound of the formula I inhibit the biosynthesis of cholesterol as found in the CSI screen that is disclosed in U.S. Pat. No. 4,681,893 which is now also incorporated by reference therefor. The CSI data of the compound I, its enantiomer the compound II and the racemate of these two compounds are as follows:

| Compound | IC₅₀ (micromoles/liter) |
|---|---|
| [R-(R*R*)] isomer | 0.0044 |

5,273,995

| | 9 | | 10 |

### 9

-continued

| Compound | IC$_{50}$ (micromoles/liter) |
|---|---|
| [S-(R*R*)] isomer | 0.44 |
| Racemate | 0.045 |

Accordingly, the present invention is the pharmaceutical composition prepared from the compound of the formula I or II or pharmaceutically acceptable salts thereof.

These compositions are prepared as described in U.S. Pat. No. 4,681,893 which is, therefore, again incorporated by reference here.

Likewise, the present invention is a method of use as hypolipidemic or hypocholesterolemic agents. The compounds of the present invention utilized in the pharmaceutical method of this invention are administered to the patient at dosage levels of from 10 to 500 mg per day which for a normal human adult of approximately 70 kg is a dosage of from 0.14 to 7.1 mg/kg of body weight per day. The dosages may be preferably from 0.5 to 1.0 mg/kg per day.

The dosage is preferably administered as a unit dosage form. The unit dosage form for oral or parenteral use may be varied or adjusted from 10 to 500 mg, preferably from 20 to 100 mg according to the particular application and the potency of the active ingredient. The compositions can, if desired, also contain other active therapeutic agents. Determinations of optimum dosages for a particular situation is within the skill of the art.

The compounds of the formula I and II and their pharmaceutically acceptable salts are in general equivalent for the activity of the utility as described herein.

The following examples illustrate particular methods for preparing compounds in accordance with this invention. These examples are thus not to be read as limiting the scope of the invention.

### EXAMPLE 1

285 ml 2.2M n-butyl lithium (in Hexane) is added dropwise to 92 ml diisopropylamine in 300 ml THF at 50°–60° C. in a 1000 ml 1 neck flask via dropping funnel and under nitrogen. The well stirred yellow solution is allowed to warm to about −20° C. Then it is cannulated into a suspension of 99 g S(+)-2-acetoxy-1,1,2-triphenylethanol in 500 ml absolute THF, kept in a 2L-3 neck flask at −70° C. When addition is complete, the reaction mixture is allowed to warm to −10° C. over a period of two hours. Meanwhile, a suspension of 0.63 mol MgBr₂ is prepared by dropping 564 ml (0.63 mol) of bromine into a suspension of 15.3 g of magnesium (0.63 mol) in 500 ml THF plus in 3 L flask equipped with reflux condenser, and overhead stirrer. When this is completed, the MgBr₂ suspension is cooled to −78° C. and the enolate solution (dark brown) is cannulated into the suspension within 30 minutes. Stirring is continued for 60 minutes at −78° C. 150 g 5-(4-fluorophenyl)-2-(1-methylethyl)-1-(3-oxopropyl)-N,4-diphenyl-1H-pyrrole-3-carboxamide in 800 ml THF absolute was added dropwise over 30 minutes; then stirred for 90 minutes at −78° C., then quenched with 200 ml AcOH at −78° C. This is removed to a cool bath, 500 ml of H₂O is added and the mixture concentrated in vacuo at 40°–50° C. 500 ml of 1:1 EtOAc/Heptane is added to the yellowish slurry and filtered. The filtrate is washed extensively with 0.5N HCl, then several times with H₂O and finally with EtOAc/Heptane (3:1) that was cooled with dry

ice to −20° C. The light brown crystalline product (Example 1A) is dried in vacuum oven at 40° C. The yield is 194 g.

The product 1A is recrystallized from EtOAc at −10° C. to yield product 100 g to yield product 1B and then recrystallized from acetone/pentane to yield 90 g to yield product 1C. The mother liquor is combined from the wash of the crude material and recrystallized from EtOAc/Hexane. 33 g of 1B shows the following: HPLC: 97.4:2.17 of the R,S to S,S isomers. 28.5 g of 1C shows the following: HPLC:95.7:3.7. The combined 1B and 1C is recrystallized from CHCl₃ MeOH 10:1; providing a product 1F having a yield of 48.7 g of white crystal.

The mother liquor of the first aqueous wash is crystallized (EtOAc/Heptane) to yield product 1D of 21.4 g; HPLC: 71.56:25.52.

The mother liquor of 1B and 1C is combined and recrystallized from CHCl₃/MeOH/Heptane to yield 55.7 g white crystals of product 1G.

1D is recrystallized from CHCl₃/MeOH to yield the product 1H.

All mother liquor is combined, concentrated then the residue is dissolved in hot CHCl₃/MeOH 10:1; put on a silica gel column; and eluted with EtOAc/Hexane 40:60. The material crystallized out on the column and the silica gel is extracted with CHCl₃/MeOH and concentrated. Recrystallization of the residue from CHCl₃/Heptane 3:1 yields 33.7 g of product 1I.

The mother liquor of 1I is recrystallized to yield 18.7 g of product 1K.

The mother liquor of 1K is crystallized to yield 6.3 g of product 1L.

1I, 1K and 1L is combined and recrystallized from CHCl₃/Heptane to yield 48 g.

The combined mother liquor of 1I, 1K, and 1L is concentrated to yield 31 g of 1M.

The product 1F provides the following data.

| | Anal: 1F m.p. 229–230° C. | |
|---|---|---|
| | Calc. | Found |
| C: | 77.84 | 77.14 |
| H: | 6.02 | 6.45 |
| N: | 3.56 | 3.13 |

These data are consistent with the formula



### EXAMPLE 2

162 g (0.206M) of the combined products 1F, 1G, 1H and 1L of Example 1 are suspended in 800 ml Methanol/THF (5:3). Cooled to 0° C. and added to 11.7 g

5,273,995

**11**

sodium methoxide. The mixture is stirred until every-thing is dissolved, then put in the freezer overnight. The reaction mixture is allowed to warm to room tempera-ture, quenched with 15 ml HOAc, then concentrated in vacuo at 40° C. to obtain expected product as follows:



This product is added to 500 ml H$_2$O and extracted twice with EtOAc (300 ml). The combined extracts are washed with saturated NaHCO$_3$, brine, dried over an-hydrous magnesium sulfate, filtered and the solvent evaporated. The residue is chromatographed on silica gel in EtOAc/Heptane (1:4) as eluent to yield 109 g colorless oil which is recrystallized from Et$_2$O/Heptane to yield:

  73.9 g first crop; white crystals
  8.2 g second crop; white crystals.
  The crystals provide the following data:
  m.p. 125°–126° C., $\alpha_D^{20}$=4.23° (1.17M, CH$_3$OH)

| | Calc. | Found |
|---|---|---|
| C: | 72.76 | 72.51 |
| H: | 6.30 | 6.23 |
| N: | 5.30 | 5.06 |

These data are consistent with the formula



**EXAMPLE 3**

77 ml of diisopropylamine is dissolved in 250 ml THF in a 2000 ml three-neck flask equipped with thermome-ter and dropping funnel. The reaction mixture is kept under nitrogen. The mixture is cooled to −42° C. and added to 200 ml 2.2M of n-butyl lithium (in Hexane) dropwise over 20 minutes and stirred for 20 minutes before adding dropwise 62 ml of t-butylacetate, dis-solved in 200 ml THF (over about 30 minutes). This mixture is stirred 30 minutes at −40° C., then 140 ml 2.2M of n-butyl lithium is added over 20 minutes. When addition is complete, 81 g of the product of Example 2 in 500 ml absolute THF is added as quickly as possible without allowing the temperature to rise above −40° C.

**12**

Stirring is continued for four hours at −70° C. The reaction mixture is then quenched with 69 ml glacial acetic acid and allowed to warm to room temperature. The mixture is concentrated in vacuo and the residue is taken up in EtOAc, washed with water extensively, then saturated NH$_4$Cl, NaHCO$_3$ (saturated), and finally with brine. The organic layer is dried over anhydrous MgSO$_4$, filtered and the solvent evaporated. The NMR of the reaction is consistent with starting material plus product in about equal amounts plus some material on the baseline of the TLC. The material of the baseline of the TLC is separated from starting material and the product is extracted by acid/base extraction. The or-ganic phase is dried and concentrated in vacuo to yield 73 g. The NMR and TLC are consistent with the for-mula



**EXAMPLE 4**

73 g crude product of Example 3 is dissolved in 500 ml absolute THF and 120 ml triethyl borane is added, followed by 0.7 g t-butylcarboxylic acid. The mixture is stirred under a dry atmosphere for 10 minutes, cooled to −78° C. and 70 ml methanol is added and followed by 4.5 g sodium borohydride. The mixture is again stirred at −78° C. for six hours. Then poured slowly into a 4:1:1 mixture of ice/30% H$_2$O$_2$/H$_2$O. This mixture is stirred overnight then allowed to warm to room tem-perature.

CHCl$_3$ (400 ml) is added and the mixture is parti-tioned. The water layer is extracted again with CHCl$_3$. The organic extracts are combined and washed exten-sively with H$_2$O until no peroxide could be found. The organic layer is dried over MgSO$_4$, filtered and the solvent is evaporated.

The residue is treated by flash chromatography on silica gel, i.e. EtOAc/Hexane 1:3 to yield 51 g.

The product is dissolved in THF/MeOH and added to 100 ml in NaOH, then stirred for four hours at room temperature. The solution is concentrated at room tem-perature to remove organic solvent, added to 100 ml H$_2$O, and extracted with Et$_2$O twice. The aqueous layer is acidified with 1N HCl and extracted with EtOAc three times. The combined organic layers are washed with H$_2$O. The organic layer is dried with anhydrous MgSO$_4$, filtered, and the solvent evaporated. The resi-due is taken up in 2 liters of toluene and heated to reflux using a Dean-Stark trap for 10 minutes.

The reaction mixture is allowed to cool to room tem-perature overnight. Reflux is repeated for 10 minutes and cooled for 24 hours.

5,273,995

13

The procedure above is repeated. The reaction is left at room temperature for the next 10 days, then concentrated to yield 51 g of colorless foam.

This product is dissolved in minimum CHCl₃ and chromatographed on silica gel eluting with EtOAc/-Heptane (50:50) to yield 23 g in pure material.

Chromatography on silica gel in CHCl₃/2-propanol (98.5:1.5) yields 13.2 g.

| Calc. | |
|-------|------|
| C:    | 73.31 |
| H:    | 6.15 |
| N:    | 5.18 |

### EXAMPLE 5

Preparation of 2R-trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H/-pyrrole-3-carboxamide

The product of Example 4 is recrystallized from EtOAc/Hexane. Fraction 1 yields 8.20 g of 4A. The mother liquor yields 4.60 g of 4B, HPLC of 4B shows 100% of the product to be the [R-(R*R*)] isomer. 4A is recrystallized to yield 4.81 g of 4C. 4B is chromatographed on silica gel in CHCl₃/2-propanol to yield 4.18 g colorless foam of 4D showing $\alpha_D{}^{23}+24.53^\circ$ (0.53% in CHCl₃). 4C is recrystallized and the mother liquor of 4C is to yield 2.0 g.HPLC indicates 100% of the R-trans isomer 2R-trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide.

### EXAMPLE 6

Preparation of diastereomeric α-methylbenzylamides

A solution of the racemate, trans-(±)-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide, (30 g, 55.5 ml) in (R)-(+)-α-methylbenzylamine (575 ml, 4.45 mol, 98% Aldrich) is stirred overnight at room temperature.

The resulting solution is then diluted with ether (2 l) and then washed exhaustively with 2M HCl (4×500 ml), water (2×500 ml) and brine (2×500 ml). The organic extract is then dried over MgSO₄, filtered and concentrated in vacuo to yield 28.2 g of the diastereomeric α-methylbenzylamides as a white solid; m.p. 174.0°–177°. The α-methylbenzylamides are separated by dissolving 1.5 g of the mixture in 1.5 ml of 98:1.9:0.1 CHCl₃:CH₃OH:NH₄OH (1000 mg/ml) and injecting onto a preparative HPLC column (silica gel, 300 mm×41.4 mm I.D.) by gastight syringe and eluting with the above solvent mixture. Fractions are collected by UV monitor. Diastereomer 1 elutes at 41 minutes. Diastereomer 2 elutes at 49 minutes. Center cut fractions are collected. This procedure is repeated three times and the like fractions are combined and concentrated. Examination of each by analytical HPLC indicates that diastereomer 1 is 99.84% pure and diastereomer 2 is 96.53% pure. Each isomer is taken on separately to following Examples.

### EXAMPLE 7

Preparation of 2R-trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide

To an ethanolic solution (50M) of diastereomer 1 of Example 6, [3R-[3R*(R*),5R*]]-2-(4-fluorophenyl)-

14

[β],[δ]- dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino) carbonyl]-N-(1-phenylethyl-1H-pyrrole-1-heptanamide, (hydroxy centers are both R) (1 g, 1.5 mmol) is added 1N NaOH (3.0 ml, 3 mmol). The resulting solution is heated to reflux for 48 hours.

The solution is cooled to room temperature and concentrated in vacuo. The residue is resuspended in water and carefully acidified with 6N HCl. The resulting acidic extract is extracted with ethyl acetate. The organic extract is washed with water, brine, dried over MgSO₄, filtered and concentrated in vacuo. This residue is redissolved in toluene (100 ml) and heated to reflux with azeotropic removal of water for three hours. This is cooled to room temperature and concentrated in vacuo to yield 1.2 g of a yellow semi-solid. Flash chromatography on silica gel eluting with 40% EtOAc/-Hexane gives 0.42 g of a white solid which still contains impurities. This is rechromatographed to give 0.1 g of essentially pure R,R, enantiomer, 2R-trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide, as a white foam. HPLC shows this material to be 94.6% chemically pure $[\alpha]_D{}^{23}$:0.51% in CHCl₃=25.5°. The peak at room temperature=53.46 minutes is tentatively assigned to an unknown diastereomer resulting from the 2% (S)-(−)-α-methylbenzylamine present in the Aldrich α-methylbenzylamine.

### EXAMPLE 8

Preparation of 2S-trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide-(S,S enantiomer of the compound prepared in Example 5

Carrying out the procedure described in Example 7 on diastereomer 2 afforded 0.6 g of a foamy solid which was flash chromatographed on silica gel. Elution with 50% EtOAc/Hexane gave 0.46 g of essentially pure S,S, enantiomer 2S-trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide, as a white foam. HPLC showed this material to be 97.83% chemically pure. $[\alpha]_D{}^{23}$=0.51% in CHCl₃=−24.8%.

### EXAMPLE 9

Hydrolysis of chemical lactone of formula II

To a room temperature, solution of the lactone in THF is added a solution of sodium hydroxide in water. The mixture is stirred for two hours HPLC:99.6% (product); 0.34 to (starting lactone). The mixture is diluted with 3 L water, extracted with ethyl acetate (2×1 L) and acidified to pH×4 by addition of 37 ml of 5N hydrochloric acid. The aqueous layer is extracted with 2×1.5 L portions of ethyl acetate. The combined ethyl acetate extracts are washed with 2×1 L of water, brine and dried, gave after filtration the ethyl acetate solution of the required face-acid. This solution is used directly in the fraction of the N-methylglucamine salt. The ethyl acetate extracts from the brine-water were concentrated to give 15.5 g of an off-white solid.

### EXAMPLE 10

Calcium Salt from Sodium Salt and/or Lactone

Dissolve one mole lactone (540.6 g) in 5 L of MeOH; after dissolution add 1 L H₂O. While stirring, add one

5,273,995

**15**

equivalent NaOH and follow by HPLC until 2% or less lactone and methyl ester of the diolacid remains (cannot use an excess of NaOH, because Ca(OH)$_2$ will form an addition of CaCl$_2$). Charge NaOH as caustic (51.3 ml, 98 eq.) or as pellets (39.1 g, 0.98 eq.).

The above procedure is shown as follows:



m.w. = 540.6 g



Upon completion of hydrolysis, add 10 L H$_2$O, then wash at least two times with a 1:1 mixture of EtOAc/-Hexane. Each wash should contain 10 L each of EtOAc/Hexane. If sodium salt is pure, add 15 L of MeOH. If it is impure and/or contains color, add 100 g of G-60 charcoal, stir for two hours and filter over supercel. Wash with 15 L MeOH. Perform a wt/vol % on the reaction mixture, by HPLC, to determine the exact amount of salt in solution.

Dissolve 1 eq. or slight excess CaCl$_2$.2H$_2$O (73.5 g) in 20 L H$_2$O. Heat both reaction mixture and CaCl$_2$ solution to 60° C. Add CaCl$_2$ solution slowly, with high agitation. After complete addition, cool slowly to 15° C. and filter. Wash filter cake with 5 L H$_2$O. Dry at 50° C. in vacuum oven.

Can be recrystallized by dissolving in 4 L of EtOAc (50° C.) filtering over supercel, washing with 1 L EtOAc, then charging 3 L of hexane to the 50° C. rxn solution.

The above procedure is shown as follows:



**16**

-continued



m.w. = 1155.4 g

### EXAMPLE 11

Treatment of Ethyl Acetate Solution of Free-acid of the Formula I with N-methylglucamine

To a solution of the free-acid of the formula I (0.106M) in ethyl acetate (3 L) is added a solution of N-methylglucamine (20.3 g, 0.106 m) in (1:1) water-acetone (120 ml, 120 ml) with vigorous stirring at room temperature. Stirring is continued for 16 hours and the hazy solution concentrated in vacuo to ~250 mp. Toluene (1 L) is added and the mixture concentrated to a white solid ~ 100 g. The solid is dissolved in 1670 ml acetone and filtered into a three-neck flask equipped with a mechanical stirrer and thermostat controlled thermometer. The flask and filter is washed with 115 ml (1:1) water-acetone and the clear solution is cooled slowly. This provided a precipitate which is re-dissolved by heating back to 65° C. Addition of a further 20 ml of water followed by the washing gives a crystalline product which was isolated by filtration. The solids are washed with 1200 ml CH$_3$Cl and vacuum dried at 255° to give a white solid. Analysis of this material indicates that it contains 4% amine as well as 0.4% residual acetone and 0.67% water. Analytical results are noted as follows:

Melting point: 105°–155° C. (decomposition) Analysis Expected: C=63.73; H-6.95; N=5.57; F2=9.53. Analysis Found: C=62.10; H-6.89; N-5.34; F2. C=61.92; H-7.02; N=5.38; F2.

H$_2$O=0.47% (KF)

HPLC: MeOH, H$_2$O, THF (40; 550; 250)
 Econosil: C18, 5 μ, 25 CM
 256 nm: 1.0 ml/min.
 6–81 min.: 98.76%

Opt. Ret.: [α]·b= − 10.33° (c=1.00, MeOH)

Residual Solvents: CH$_2$CH=0.26%

Titrations:
 HClO$_4$ (0.1N)=203.8%
 Bu$_4$NOH (0.1N)=98.5%

Other salts prepared in a manner analogous to those processes appropriately selected from Examples 10 and 11 above may be the potassium salt, hemimagnesium salt, hemizinc salt or the 1-deoxy-2-(methylamino)-D-glucitol complex of the compound of formula I.

I claim:

1. [R-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid or (2R-trans)-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide; or pharmaceutically acceptable salts thereof.

2. A compound of claim 1 which is [R-(R*R*)]-2-(4-fluorophenyl)-β-δ-dihydroxy-5-(1-methylethyl)-3-phe-

5,273,995

17

nyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid.

3. A compound of claim 1 which is (2R-trans)-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide.

4. The monosodium salt of the compound of claim 2.

5. The monopotassium salt of the compound of claim 2.

6. The hemicalcium salt of the compound of claim 2.

7. The N-methylglucamine salt of the compound of claim 2.

18

8. The hemimagnesium salt of the compound of claim 2.

9. The hemizinc salt of the compound of claim 2.

10. The 1-deoxy-1-(methylamino)-D-glucitol mixture with the compound of claim 2.

11. A pharmaceutical composition for treating hypercholesterolemia comprising a hypocholesterolemic effective amount of a compound of claim 1 and a pharmaceutically acceptable carrier.

12. A method of inhibiting cholesterol synthesis in a human suffering from hypercholesterolemia comprising administering a compound of claim 1 in unit dosage form.

* * * * *

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND          :
PHARMACEUTICALS, WARNER-             :
LAMBERT COMPANY, WARNER-             :
LAMBERT COMPANY, LLC, and            :
WARNER-LAMBERT EXPORT, LTD.,         :
                                     :
          Plaintiffs,                :
                                     :
     v.                              : Civil Action No. 03-209-JJF
                                     : (Consolidated)
RANBAXY LABORATORIES LIMITED         :
and RANBAXY PHARMACEUTICALS,         :
INC.,                                :
                                     :
          Defendants.                :

## O R D E R

WHEREAS, the Court of Appeals for the Federal Circuit has

issued its decision in the above-captioned appeal, affirming-in-

part, reversing-in-part, and remanding this matter for

modification of the permanent injunction; Pfizer Inc. v. Ranbaxy

Laboratories Ltd., 457 F.3d 1284 (Fed. Cir. 2006);

WHEREAS, specifically, the Federal Circuit concluded that

United States Patent No. 5,273,995 (the "'995 patent") was

invalid for failure to comply with the requirements of 35 U.S.C.

§ 112, ¶ 4;

NOW THEREFORE, IT IS HEREBY ORDERED that, consistent with

the Federal Circuit's decision, the last paragraph of the Final

Judgment Order dated January 3, 2006, and entered by the Court on

January 4, 2006, enjoining Defendants and others "from engaging

in the manufacture, use, offer to sell, or sale within the United

States, or importation into the United States, of any product

comprising atorvastatin calcium covered by, or the use of which

is covered by claim 6 of the '995 Patent" is **STRICKEN**.

   November 7, 2006
        DATE                    UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND          :
PHARMACEUTICALS, WARNER-             :
LAMBERT COMPANY, WARNER-             :
LAMBERT COMPANY, LLC, and            :
WARNER-LAMBERT EXPORT, LTD.,         :
                                     :
          Plaintiffs,                :
                                     :
     v.                              :  Civil Action No. 03-209-JJF
                                     :  (Consolidated)
RANBAXY LABORATORIES LIMITED         :
and RANBAXY PHARMACEUTICALS,         :
INC.,                                :
                                     :
          Defendants.                :

### O R D E R

WHEREAS, by Order dated November 7, 2006, the Court modified

the Final Judgment Order entered on January 4, 2006, in light of

the decision by the Court of Appeals for the Federal Circuit that

United States Patent No. 5, 273, 995 (the "'995 patent) is

invalid;

WHEREAS, it has come to the Court's attention that further

modification of the Final Judgment Order is required;

WHEREAS, because the '995 patent has been declared invalid,

a basis no longer exists to support delaying the approval of

Ranbaxy's Abbreviated New Drug Application No. 76-477 ("ANDA");

NOW THEREFORE, IT IS FURTHER ORDERED that the sixth

paragraph of the Final Judgment Order delaying the effective date

of any approval of Ranbaxy's ANDA until a date not earlier than

the expiration of the '995 patent is **STRICKEN**.

November 30 2006
DATE

UNITED STATES DISTRICT JUDGE

2





*Certified mail*

October 24, 2007

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**AND FEDEX WITH COPY TO BE RETURNED WITH STAMPED RECEIPT**

Jeffrey B. Kindler
Chief Executive Officer and Chairman of the Board
Pfizer Inc
235 East 42nd Street
New York, NY 10017
USA

### FACTUAL AND LEGAL BASIS FOR COBALT PHARMACEUTICALS' ASSERTION OF INVALIDITY, UNENFORCEABILITY OR NON-INFRINGEMENT OF UNITED STATES PATENT NOS. 5,273,995, 6,126,971, 5,686,104 AND 5,969,156

### NOTICE OF PARAGRAPH IV CERTIFICATION

### Re:    ATORVASTATIN PRODUCT

Dear Mr. Kindler:

This letter will advise you that Cobalt Pharmaceuticals ("Cobalt" or "Applicant"), has

filed a patent certification pursuant to section 505(b)(2)(A) of the Federal Food, Drug and

Cosmetic Act ("the Act") and §§ 314.50(i)(1)(i)(A)(4) and 314.52 of Title 21 of the Code of

Federal Regulations, in support of its 505(b)(2) New Drug Application (hereinafter the

"Atorvastatin NDA"). Cobalt understands that U.S. Patent Nos. 5,273,995, 6,126,971, 5,686,104

and 5,969,156 are assigned to Pfizer Inc. and that the holder of the approved new drug

application is also Pfizer Inc. Cobalt provides the following information:

6500 KITIMAT ROAD
MISSISSAUGA, ONTARIO
CANADA, L5N 2B8

T **905 814 1820**   T 1 866 254 6111   F 905 814 8696      AN ARROW GROUP COMPANY

Jeffrey B. Kindler
Chief Executive Officer and Chairman of the Board
Pfizer Inc.

October 24, 2007
Page 2 of 3

1. The Food and Drug Administration ("FDA") has received a 505(b)(2) NDA submitted by Cobalt with respect to Atorvastatin Sodium (hereinafter also referred to as the "Cobalt Atorvastatin Product").

2. The NDA number is 22-245.

3. The established name of the proposed drug product, as defined in section 502(e)(3) of the Act, is "Atorvastatin Sodium"

4. The active ingredient, strength and dosage form of the proposed drug product is Atorvastatin Sodium tablets 10, 20, 40 and 80 mg.

5. The patent number and expiration date, as known to Cobalt, of the patents alleged to be invalid, unenforceable or not infringed are:

   U.S. Patent No. 5,273,995 ("the '995 patent"), which expires December 28, 2010. The '995 also has a pediatric extension to June 28, 2011;

   U.S. Patent No. 6,126,971 ("the '971 patent"), which expires January 19, 2013. The '971 also has a pediatric extension to July 19, 2013;

   U.S. Patent No. 5,686,104 ("the '104 patent"), which expires November 11, 2014. The '104 also has a pediatric extension to May 11, 2015; and

   U.S. Patent No. 5,969,156 ("the '156 patent"), which expires July 8, 2016. The '156 also has a pediatric extension to January 8, 2017.


   The information detailed below is supplied for the sole purpose of complying with the above-referenced statutes and regulations, and neither Cobalt or its attorneys waive any attorney-client privilege or attorney work product immunity concerning the subject matter of this communication.

6. Cobalt reserves its right to supplement this letter and the attached memo further detailing the factual and legal bases of non-infringement and invalidity should its subsequent investigations reveal additional grounds for asserting non-infringement, invalidity or unenforceability thereof.

Jeffrey B. Kindler
Chief Executive Officer and Chairman of the Board
Pfizer Inc.

October 24, 2007
Page 3 of 3

 7.  Cobalt Pharmaceutical's U.S. Agent is:

     Strategic Bioscience Corporation

     Attention: James Parker, M.D.

     93 Birch Hill Rd

     Stow, MA  01775

An applicant for an NDA is required to make a certification with respect to patents owned or licensed by the NDA holder and which are published in the FDA's Approved Drug Products with Therapeutic Equivalence Evaluations ("the Orange Book").  With respect to Cobalt's Atorvastatin Product, Cobalt has certified that the '995, '971, '104, and '156 patents which are listed in the Orange Book or Electronic Orange Book (www.fda.gov/cder/ob/default.htm) for various of Pfizer's Lipitor® products are invalid, unenforceable or are not infringed.

Attached hereto is a memo setting forth Cobalt's detailed factual and legal basis supporting the Paragraph IV Certification.  We reserve the right to provide additional information to this factual and legal basis as we become aware of relevant facts.

                              Sincerely yours,

                              Ms. Tirtho Uppal

                              VP, R& D and Regulatory Affairs

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**PFIZER INC, PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, WARNER-LAMBERT EXPORT LTD.**

**(b)** County Of Residence of First Listed Plaintiff    New York
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

Rudolf E. Hutz, Esquire (#484)
Jeffrey B. Bove, Esquire (#998)
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, Delaware 19899        Telephone: (302) 658-9141

## DEFENDANTS

**COBALT PHARMACEUTICALS, INC.**

County Of Residence Of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault. Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY**<br><br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br><br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities – Employment<br>☐ 446 Amer. w/Disabilities – Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br><br>☐ 510 Motions to Vacate Sentence<br><br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br><br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br><br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. §271 (e) (2)

Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND:
In excess of $75,000

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ YES    ☒ NO

## VIII. RELATED CASE(S) IF ANY

Pfizer Inc v. Teva Pharmaceuticals USA Inc. C.A. No. 07-360 (JJF), Pfizer Inc v. Ranbaxy Labs. Ltd. C.A. No. 07-138 (JJF) and Pfizer Inc v. Ranbaxy Labs. Ltd. C.A. No. 03-209 (JJF) (Consolidated)

(See instructions):    JUDGE  Joseph J. Farnan, Jr.    DOCKET NUMBER

DATE
**December 6, 2007**

SIGNATURE OF ATTORNEY OF RECORD

Rudolf E. Hutz

FOR OFFICE USE ONLY

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 7 - 7 9 0 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ 2 _____ COPIES OF AO FORM 85.

_____ 12 / 6 / 07 _____
(Date forms issued)

X _____ Lilly Van Dyk _____
(Signature of Party or their Representative)

X _____ Lilly Van Dyk _____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action