AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PFIZER INC, PFIZER IRELAND PHARMACEUTICALS,
WARNER-LAMBERT COMPANY, WARNER-LAMBERT
COMPANY, LLC, WARNER-LAMBERT EXPORT LTD

        Plaintiffs,

     v.

COBALT PHARMACEUTICALS, INC.,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 0 7 - 7 9 0

TO:   Cobalt Laboratories, Inc.
      c/o Corporation Trust Company
      1209 Orange Street
      Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Rudolf E. Hutz, Esquire
      CONNOLLY BOVE LODGE & HUTZ LLP
      1007 N. Orange Street
      Post Office Box 2207
      Wilmington, Delaware  19899-2207
      Telephone:  (302) 658-9141

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

_____

(BY) DEPUTY CLERK

12/6/07

DATE

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 12/6/07 |
|---|---|
| NAME OF SERVER (PRINT) *CAtLEY M SHEA* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

☑ Other (specify): *Personally served Cobalt Laboratories Inc by serving the registered agent, The Corporation Trust Co, at 1209 Orange St, Wilm DE 19801 at 3:00 PM person accepting: Scott Lascala*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/6/07___
Date

Signature of Server

*230 N Market St, Wilm DE 19801*
Address of Server

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.