IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COBALT PHARMACEUTICALS, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 07-790-JJF <br> ) <br> ) <br> ) <br> ) |

**PROOF OF SERVICE OF COMPLAINT UPON DEFENDANT
COBALT PHARMACEUTICALS, INC.,
PURSUANT TO 10 *DEL.C.* § 3104**

Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd., (collectively referred to as "Pfizer") hereby provides proof of service of the process and complaint upon Defendant Cobalt Pharmaceuticals, Inc., pursuant to 10 *Del.C.* § 3104 by filing the receipt for registered mail and return receipt. The receipt for registered mail and the return receipt are attached hereto as Exhibit A. Attached as Exhibit B is the Affidavit of Rudolf E. Hutz, Esq., regarding Defendant's non-residence and the sending of the process and complaint with the notice required by 10 *Del. C.* § 3104.

581290

RESPECTFULLY SUBMITTED,

/s/ Rudolf E. Hutz
_____
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner Lambert Export, Ltd.*

Dated: January 7, 2008

581290

**EXHIBIT A**

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RB 9722328605 US | | | |
| Reg. Fee 7.50 $10.15 | | | |
| Handling Charge $0.00 | Return Receipt 2.15 $2.15 | | WILMINGTON DE 19501 DEC 7 12/07/07 USPS |
| Postage 22.05 $3.76 | Restricted Delivery $0.00 | | |
| Received by | | | Domestic Insurance up to $25,000 is included in the fee. |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | | International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM:
Connolly Bove Lodge + Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

TO:
Cobalt Pharmaceuticals, Inc.
c/o Msada Tirtho Uppal
6500 Kitimat Road
Mississauga, Ontario, Canada L5N 2B8

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☑ | Letter (Lettre) ☐ | Printed Matter (Imprimé) ☐ | Other (Autre) ☐ | Recorded Delivery (Envoi à livraison attestée) ☐ | Express Mail International ☐ |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number: RB 972 232 865 US | | | |
| Office of Mailing (Bureau de dépôt) | | | Date of Posting (Date de dépôt) | | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Cobalt Pharmaceuticals, Inc. c/o Ms. Tirtho Uppal

Street and No. (Rue et No.)
6500 Kitimat Road

Place and Country (Localité et pays)
Mississauga, Ontario, Canada  L5N 2B8

This receipt must be signed by: (1) the addressee; or (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)

 **UNITED STATES POSTAL SERVICE**®

Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **RB97 2232 865U S**
Detailed Results:

- Delivered Abroad, December 17, 2007, 11:59 am, CANADA
- At Foreign Delivery Unit, December 17, 2007, 9:40 am, CANADA
- Into Foreign Customs, December 13, 2007, 9:26 pm, CANADA
- Into Foreign Customs, December 13, 2007, 9:26 pm, CANADA
- Arrived Abroad, December 13, 2007, 9:26 pm, CANADA
- Arrived Abroad, December 13, 2007, 9:26 pm, CANADA
- Acceptance, December 07, 2007, 4:36 pm, WILMINGTON, DE 19801



**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

**EXHIBIT B**

## AFFIDAVIT OF RUDOLF E. HUTZ, ESQUIRE

I, Rudolf E. Hutz, being duly sworn according to law do depose and say:

1. I am an attorney for Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd.

2. To the best of my knowledge, Cobalt Pharmaceuticals, Inc. ("Defendant") has an address of 6500 Kitimat Road, Mississauga, Ontario, Canada L5N 2B8.

3. On December 6, 2007, Brian Steilkie, of Parcels, Inc. served the summons and complaint upon Defendant by serving the Delaware Secretary of State.

4. On December 7, 2007, I mailed, by registered mail, return receipt requested, the summons and complaint with the notice required by 10 *Del.C.* § 3104 to Defendant in care of Ms. Tirtho Uppal, VP, R&D and Regulatory Affairs, 6500 Kitimat Road, Mississauga, Ontario, Canada L5N 2B8. I have attached hereto as Exhibit A the return receipt (i.e., the pink card) indicating Defendant's receipt of the summons and complaint.

5. On January 4, 2008, I received the return receipt from the post office.

_____
Rudolf E. Hutz (#484)

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 7th day of January, 2008.

_____
Notary Public

Barbara J. Miller
Notary Public
State of Delaware
My Commission Expires March 9, 2011

- 3 -

581290