IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COBALT PHARMACEUTICALS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 07-790 JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO EXTEND TIME
## FOR RESPONSIVE MOTION, ANSWER, OR OTHER RESPONSIVE PLEADING

The parties, through their undersigned attorneys and subject to the approval of the Court, hereby stipulate to an extension up to and including January 25, 2008 for Defendant Cobalt Pharmaceuticals, Inc. to move, answer, or otherwise plead in response to the Complaint filed in this action.

/s/ Jeffrey B. Bove
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Buidling
1007 North Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
jbove@cblh.com
*Attorneys for Plaintiffs*

[signature]
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jcastellano@ycst.com
*Attorneys for Defendant*

OF COUNSEL:
Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007
(202) 672-5300

Douglas H. Carsten
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
(858) 847-6700

Dated: January 15, 2008

SO ORDERED this _____ day of January, 2008

_____
United States District Judge