## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC,                                     )
PFIZER IRELAND PHARMACEUTICALS,)
WARNER-LAMBERT COMPANY,                          )
WARNER-LAMBERT COMPANY, LLC      )
and                                             )
WARNER-LAMBERT EXPORT LTD.,       )
                                                )
Plaintiffs,                                     )
                                                )
v.                                              )       Civil Action No.  07-790-JJF
                                                )
COBALT PHARMACEUTICALS, INC.      )
                                                )
Defendant.

### PROOF OF SERVICE OF COMPLAINT UPON DEFENDANT
### COBALT PHARMACEUTICALS, INC.,
### PURSUANT TO 10 *DEL.C.* § 3104

Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-

Lambert Company, LLC and Warner-Lambert Export Ltd., (collectively referred to as "Pfizer")

hereby provides proof of service of the process and complaint upon Defendant Cobalt

Pharmaceuticals, Inc., pursuant to 10 *Del.C.* § 3104 by filing the receipt for registered mail and

return receipt.  The receipt for registered mail and the return receipt are attached hereto as

Exhibit A.  Attached as Exhibit B is the Affidavit of Rudolf E. Hutz, Esq., regarding Defendant's

non-residence and the sending of the process and complaint with the notice required by 10 *Del.*

*C.* § 3104.

585938

RESPECTFULLY SUBMITTED,

/s/ Rudolf E. Hutz

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiffs Pfizer Inc, Pfizer Ireland*
*Pharmaceuticals, Warner-Lambert Company,*
*Warner-Lambert Company, LLC and Warner*
*Lambert Export, Ltd.*

Dated:  January 16, 2008

585938

## EXHIBIT A

Registered No.

RB 972232834 US

| Reg. Fee | 9.50 | | |
|---|---|---|---|
| Handling Charge | | Return Receipt | 2.15 |
| Postage | 1.99 | Restricted Delivery | |
| Received by | | | |
| Customer Must Declare Full Value $ | | ☐ With Postal Insurance ☐ Without Postal Insurance | |

**To Be Completed By Post Office**

**Date Stamp**

RODNEY SQ. STA. WILMINGTON, DE. 19801
DEC 10 2007
USPS

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
Connolly Bove Lodge + Hutz (KPB)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

TO
Cobalt Pharmaceuticals, Inc.
c/o Strategic Bioscience Corp. Attn: James Parker
93 Birch Hill Road
Stow, MA 01775

PS Form 3806, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**Section 2**

**A. TYPE OF SERVICE**

- ☐ Certified Mail™
- ☐ COD
- ☐ Express Mail®
- ☐ Numbered Insured
- ☑ Registered Mail™
- ☑ Return Receipt for Merchandise

**C. ARTICLE INFORMATION**

Article Number
RB 972 232 834 US

Mailing Date (mm/dd/yy)
12/10/07

**B. ARTICLE ADDRESSED TO**

Addressee Name
Cobalt Pharmaceuticals Inc.   C/o Strategic Bioscience Corp. Attn: James Parker

Addressee Address
93 Birch Hill Road
(No., street, apt./ste. no.)
Stow, MA 01775
(City, state, ZIP Code™)

**D. REQUESTOR**

Requestor Name
Kimberly Boots of Connolly Bove Lodge + Hutz

Requestor Address
The Nemours Building 1007 North Orange Street
(No., street, apt./ste. no.)
Wilmington, DE 19899
(City, state, ZIP Code)

Fax Number (Include area code) or email address (Complete ONLY if an electronic inquiry)

**Section 3**

**For Delivery Office Use Only**

Postal Service records show no delivery information because:
- ☐ Record not found
- ☐ Forwarded (date)
- ☐ Returned (date)

Delivered to the following individual, company or organization.
James Parker

Delivery Date
12/18/07

Delivery Address (if different from address in section 2B)

Delivery Office Postmark
RODNEY WILMINGTON DE STA 1980 JAN 9 2008 USPS

PS Form **3811-A**, September 2004 (PSN 7530-02-000-9054)

Request for Delivery Information/Return Receipt After Mailing
United States Postal Service®

**EXHIBIT B**

## AFFIDAVIT OF RUDOLF E. HUTZ, ESQUIRE

I, Rudolf E. Hutz, being duly sworn according to law do depose and say:

1.      I am an attorney for Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd.

2.      To the best of my knowledge, Cobalt Pharmaceuticals, Inc. ("Defendant") has a registered agent, Strategic Bioscience Corporation, at the address of 93 Birch Hill Road, Stow, Massachusetts 01775.

3.      On December 6, 2007, Brian Steilkie, of Parcels, Inc. served the summons and complaint upon Defendant by serving the Delaware Secretary of State.

4.      On December 10, 2007, I mailed, by registered mail, return receipt requested, the summons and complaint with the notice required by 10 *Del.C.* § 3104 to Defendant in care of Dr. James Parker of Strategic Bioscience Corporation, 93 Birch Hill Road, Stow, Massachusetts 01775. I have attached hereto as Exhibit A the return receipt after mailing indicating Defendant's receipt of the summons and complaint.

5.      On January 11, 2008, I received the return receipt from the post office.

Rudolf E. Hutz (#484)

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 16th day of January, 2008.

Notary Public

JUDITH T. FETTERMAN
NOTARY PUBLIC, STATE OF DELAWARE
MY COMMISSION EXPIRES APRIL 5, 2010

- 3 -

585938