IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PFIZER INC, )
PFIZER IRELAND PHARMACEUTICALS, )
WARNER-LAMBERT COMPANY, )
WARNER-LAMBERT COMPANY, LLC )
and WARNER-LAMBERT EXPORT LTD., )
)
    Plaintiffs/Counterclaim-Defendants )
)
)
)
vs. )        C.A. No. 07-790-JJF
)
COBALT PHARMACEUTICALS, INC., )
)
    Defendant/Counterclaim-Plaintiff. )

## ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS
## OF DEFENDANT COBALT PHARMACEUTICALS, INC.

Defendant Cobalt Pharmaceuticals, Inc. ("Cobalt") hereby answers the Complaint filed

by Pfizer Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert

Company, LLC and Warner-Lambert Export Ltd. (collectively "Pfizer"), as follows:

    1.    Cobalt admits that the Complaint purports to state an action for infringement of

U.S. Patent No. 5,273,995 ("the '995 patent"). Cobalt admits that a copy of the '995 patent was

attached to the Complaint. Cobalt denies each and every remaining allegation contained in

paragraph 1 of the Complaint.

    2.    Cobalt admits that the '995 patent, entitled "[R-(R*R*)]-2-(4-Fluorophenyl)-$\beta$,$\delta$-

Dihydroxy-5-(1-Methylethyl-3-Phenyl-4-[(Phenylamino) Carbonyl]-1H-Pyrrole-1-Heptanoic

Acid, Its Lactone Form And Salts Thereof," issued on December 28, 1993, and that the '995

patent names as sole inventor Bruce D. Roth. Cobalt admits that the '995 patent states that

        

Warner-Lambert Company is the assignee. Cobalt denies each and every remaining allegation contained in paragraph 2 of the Complaint.

## PARTIES, JURISDICTION AND VENUE

3.      Cobalt lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 3 of the Complaint and, therefore, denies each and every allegation in paragraph 3 on that basis.

4.      Cobalt lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 4 of the Complaint and, therefore, denies each and every allegation in paragraph 4 on that basis.

5.      Cobalt lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 5 of the Complaint and, therefore, denies each and every allegation in paragraph 5 on that basis.

6.      Cobalt lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 6 of the Complaint and, therefore, denies each and every allegation in paragraph 6 on that basis.

7.      Cobalt lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 7 of the Complaint and, therefore, denies each and every allegation in paragraph 7 on that basis.

8.      Cobalt lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 8 of the Complaint and, therefore, denies each and every allegation in paragraph 8 on that basis.

2

067003.1001

9. Cobalt lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 9 of the Complaint and, therefore, denies each and every allegation in paragraph 9 on that basis.

10. On information and belief, Cobalt admits the allegations contained in paragraph 10 of the Complaint.

11. Cobalt admits that the '995 patent is listed in the Orange Book with respect to the Lipitor® product. Cobalt denies each and every remaining allegation contained in paragraph 11 of the Complaint.

12. Cobalt admits the allegations contained in paragraph 12 of the Complaint.

13. Cobalt admits the allegations contained in paragraph 13 of the Complaint.

14. Cobalt denies each and every allegation contained in paragraph 14 of the Complaint. Nonetheless, Cobalt waives the defense as permitted under Rule 12 by virtue of Cobalt's Answer, Affirmative Defenses and Counterclaims to the Complaint.

15. Cobalt admits that it manufactures certain generic prescription drug products, and that certain of Cobalt's manufactured generic prescription drug products are ultimately sold to one or more distributors located in the United States. Cobalt denies each and every remaining allegation contained in paragraph 15 of the Complaint.

16. Cobalt admits that certain generic prescription drug products manufactured by Cobalt are available for purchase in various states in the United States. Cobalt denies each and every remaining allegation contained in paragraph 16 of the Complaint.

17. Cobalt admits the allegations contained in paragraph 17 of the Complaint.

18. Cobalt admits that it is an indirect subsidiary of Robin Hood Holdings Ltd, a private corporation organized and existing under the laws of Malta. Cobalt admits that Cobalt

3

Laboratories is an indirect subsidiary of Robin Hood Holdings Ltd. Cobalt denies each and every remaining allegation contained in paragraph 18 of the Complaint.

19.    Cobalt denies each and every allegation contained in paragraph 19 of the Complaint.

20.    Cobalt denies each and every allegation contained in paragraph 20 of the Complaint. Nonetheless, Cobalt waives the defense as permitted under Rule 12 by virtue of Cobalt's Answer, Affirmative Defenses and Counterclaims to the Complaint.

21.    Cobalt denies each and every allegation contained in paragraph 21 of the Complaint. Nonetheless, Cobalt waives the defense as permitted under Rule 12 by virtue of Cobalt's Answer, Affirmative Defenses and Counterclaims to the Complaint.

22.    Cobalt admits that claim 6 of the '995 patent is invalid, and that two documents appearing on their face to be orders from Civil Action No. 03-209-JJF in the United States District Court for the District of Delaware are attached to the Complaint as Exhibit B. On information and belief, Cobalt admits that a reissue application has been filed. Cobalt lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 22 of the Complaint and, therefore denies each and every remaining allegation in paragraph 22 on that basis.

### First Claim for Relief:
### Infringement of the '995 Patent

23.    Cobalt answers the allegations of paragraphs 1 through 22 above as if fully set forth herein.

24.    Cobalt admits the allegations contained in paragraph 24 of the Complaint.

4

25.     Cobalt admits only that the '995 patent, if valid, would expire on December 28, 2010. Cobalt denies each and every remaining allegation contained in paragraph 25 of the Complaint.

26.     Cobalt admits only that the electronic Orange Book (http://www.fda.gov/cder/ob/default.htm) provides that Lipitor® is eligible for a period of pediatric exclusivity until June 28, 2011. Cobalt denies each and every remaining allegation contained in paragraph 26 of the Complaint.

27.     Cobalt denies each and every allegation contained in paragraph 27 of the Complaint.

28.     Cobalt denies each and every allegation contained in paragraph 28 of the Complaint.

29.     Cobalt denies that Pfizer is entitled to the judgment and relief prayed for in paragraphs A through E of the Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

30.     The manufacture, use, offer for sale, sale or importation of the products described in Cobalt's NDA No. 22-245 do not and will not infringe (either literally or under the doctrine of equivalents), directly or indirectly (either by inducement or contributorily), any valid and enforceable claim of the '995 patent.

### Second Affirmative Defense

31.     The claims of the '995 patent are invalid for failure to comply with one or more of the requirements of 35 U.S.C. §§ 102, 103, 112 and/or for double patenting.

5

## COUNTERCLAIMS

Defendant/Counterclaim-Plaintiff Cobalt Pharmaceuticals, Inc. ("Cobalt"), for its counterclaims against Plaintiffs/Counterclaim-Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd. (collectively "Pfizer"), alleges as follows:

### Nature of the Action

1.       Cobalt is entitled by statute to bring and maintain the instant counterclaim for declaratory judgments of patent noninfringement, invalidity and/or unenforceability under, *inter alia*, 21 U.S.C. § 355(c)(3)(C)(D)(i)-(ii), 35 U.S.C. § 271(e)(5), and 28 U.S.C. § 2201.

2.       These counterclaims arise, *inter alia*, out of Cobalt's submission of the New Drug Application ("NDA") No. 22-245 to the United States Food and Drug Administration ("FDA") with respect to Cobalt's proposed atorvastatin sodium product.

3.       Pfizer collectively includes the purported assignee and exclusive licensee of the patent-in-suit, United States Patent No. 5,273,995 ("the '995 patent"). Pfizer also includes the purported assignee and exclusive licensee for three other patents-in-suit which are listed in the Orange Book as relating to Pfizer's atorvastatin calcium Lipitor® product, United States Patent Nos. 6,126,971 ("the '971 patent," attached hereto as Exhibit 1), 5,686,104 ("the '104 patent," attached hereto as Exhibit 2) and 5,969,156 ("the '156 patent," attached hereto as Exhibit 3).

4.       One or more Plaintiffs/Counterclaim-Defendants listed the '995, '971, '104 and '156 patents in the FDA's "Orange Book," a compilation of information relating to approved drug products and patents which purportedly claim the listed approved drug products. As a consequence of such listing, Plaintiffs/Counterclaim-Defendants were and are representing to the world that these patents claim the approved drug product, and that patent infringement actions

6

relating to each of these Orange Book patents could reasonably be expected to be brought against unlicensed filers of New Drug Applications for which certification would be required.

5.      On information and belief, Pfizer has enforced and continues to enforce vigorously its intellectual property rights by filing patent infringement actions.

6.      As required by statute, Cobalt has submitted an NDA and certified to the FDA as part of its NDA that its proposed atorvastatin sodium product will not infringe any valid and enforceable claim contained in the '995, '971, '104 and '156 patents, and that one or more claims of the '995, '971, '104 and '156 patents are invalid and/or unenforceable.

7.      Cobalt notified Pfizer of the factual and legal bases for its certifications with respect to these four patents in a letter dated October 24, 2007. The October 24, 2007 letter included an offer of confidential disclosure pursuant to 21 U.S.C. § 355(c)(3)(D)(i)(III).

8.      By submitting paragraph IV certifications to the listed '995, '971, '104 and '156 patents in its NDA No. 22-245, Cobalt has created a case or controversy under Article III of the Constitution regarding the infringement, validity and/or unenforceability of the '995, '971, '104 and '156 patents. This case or controversy provided subject matter for Plaintiffs/Counterclaim-Defendants to bring and maintain a suit alleging infringement of the '995, '971, '104 and '156 patents. Likewise, those certifications provided the necessary case or controversy and subject matter jurisdiction for Cobalt to bring and maintain the instant counterclaims for non-infringement, invalidity, and/or unenforceability of the '995, '971, '104 and '156 patents.

9.      Pfizer actually brought suit pursuant to the Hatch-Waxman Act alleging infringement of only one of the four patents to which Cobalt had certified, namely the '995 patent, in the instant action.

10.     It has been more than 45 days since Pfizer received Cobalt's October 24, 2007 letter. Plaintiffs/Counterclaim-Defendants failed to bring suit alleging infringement of any of the '971, '104 or '156 patents. Plaintiffs/Counterclaim-Defendants have not provided a covenant not to sue Cobalt alleging infringement of such patents.

11.     There is an actual, substantial and continuing justiciable case and controversy between Cobalt and Pfizer regarding infringement of the '995, '971, '104 and '156 patents, over which this Court can and should exercise jurisdiction and declare the rights of the parties.

12.     Cobalt is entitled by law to bring and maintain these counterclaims for declaratory judgment of patent noninfringement, invalidity and/or unenforceability where, as here, Pfizer brought an action for patent infringement within forty-five (45) days of receipt of Cobalt's notice of paragraph IV certification of the '995 patent.

13.     Cobalt is entitled by law to bring and maintain these counterclaims for declaratory judgment of patent noninfringement, invalidity and/or unenforceability where, as here, Pfizer did not sue Cobalt within forty-five (45) days of receipt of Cobalt's notice of paragraph IV certification to the '971, '104 and '156 patents, and Cobalt has extended Pfizer an Offer of Confidential Access to Cobalt's NDA No. 22-245.

## The Parties

14.     Defendant/Counterclaim-Plaintiff Cobalt is a corporation duly organized and existing under the laws of Canada, having its principal place of business at 6500 Kitimat Road, Mississauga, Ontario, Canada, L5N 2B8.

15.     According to Plaintiffs/Counterclaim-Defendants' Complaint at paragraph 3, Pfizer Inc. is a corporation organized and existing under the laws of the State of Delaware and has a place of business at 235 East 42nd Street, New York, New York 10017.

8

16.     According to Plaintiffs/Counterclaim-Defendants' Complaint at paragraph 4, Warner-Lambert Company is a corporation formerly organized under the laws of the State of Delaware with offices for service of process at 235 East 42nd Street, New York, New York 10017. According to Plaintiffs/Counterclaim-Defendants' Complaint at paragraph 4, Warner-Lambert Company has been the owner of record of the '995 patent since its issuance.

17.     According to Plaintiffs/Counterclaim-Defendants' Complaint at paragraph 5, Warner-Lambert Company became a wholly owned subsidiary of Pfizer Inc. effective June 19, 2000.

18.     According to Plaintiffs/Counterclaim-Defendants' Complaint at paragraph 6, Warner-Lambert Company was converted into Warner-Lambert Company, LLC, a Delaware limited liability company by certificate dated December 31, 2002. According to Plaintiffs/Counterclaim-Defendants' Complaint at paragraph 6, Warner-Lambert Company, LLC has offices located at 235 East 42nd Street, New York, New York 10017.

19.     According to Plaintiffs/Counterclaim-Defendants' Complaint at paragraph 7, Pfizer Ireland Pharmaceuticals is a partnership, organized and existing under the laws of Ireland, with registered offices at Pottery Road, Dun Laoghaire, Co. Dublin, Ireland. According to Plaintiffs/Counterclaim-Defendants' Complaint at paragraph 7, Pfizer Ireland Pharmaceuticals is a wholly owned, indirect subsidiary of Pfizer Inc.

20.     According to Plaintiffs/Counterclaim-Defendants' Complaint at paragraph 8, Warner-Lambert Export, Ltd. is a corporation formerly organized under the laws of Ireland with a registered office located at Pottery Road, Dun Laoghire, Co. Dublin, Ireland.

9

21.    According to Plaintiffs/Counterclaim-Defendants' Complaint at paragraph 9, Pfizer Ireland Pharmaceuticals, formerly Warner-Lambert Export, Ltd., is the exclusive licensee of the '995 patent.

### Jurisdiction and Venue

22.    This action arises under, *inter alia*, the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq.*; 28 U.S.C. §§ 2201 and 2202; 21 U.S.C. § 355(c)(3)(D)(i)-(ii) and 35 U.S.C. § 271(e)(5).

23.    This Court has original jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a), because it involves substantial claims arising under the United States Patent Act, 35 U.S.C. §§ 1 *et seq.*; under 28 U.S.C. §§ 2201 and 2202 because it is an actual controversy concerning the infringement, validity and/or enforceability of the '995, '971, '104 and '156 patents; and under 21 U.S.C. § 355(c)(3)(D)(i)-(ii) and 35 U.S.C. § 271(e)(5) because Congress has directed that district courts maintain and exercise jurisdiction in such cases.

24.    There exists a substantial and continuing actual, justiciable case or controversy between Cobalt and Pfizer concerning the infringement, validity and/or enforceability of the '995, '971, '104 and '156 patents.

25.    This Court can and should declare the rights and legal relations of the parties regarding the '995, '971, '104 and '156 patents pursuant to, *inter alia*, 28 U.S.C. §§ 2201 and 2202 and 21 U.S.C. § 355(c)(3)(D)(i)-(ii) and 35 U.S.C. § 271(e)(5).

26.    Upon information and belief, Pfizer manufactures, markets, distributes and/or sells, directly or indirectly, pharmaceutical products, including Lipitor®, throughout the United States, including Delaware.

10

27.     Upon information and belief, Pfizer's pharmaceutical products, including Lipitor®, are available for purchase throughout the United States, including Delaware.

28.     Upon information and belief, Pfizer has enforced and continues to enforce aggressively its intellectual property rights in this District. For example, in the past five years, Pfizer has filed the following patent actions in this District: *Pfizer Inc. v. Bayer AG*, Civil Action 2002-01560; *Pfizer Inc. v. Lilly ICOS LLC*, Civil Action 2002-01561; *Pfizer Inc. v. Ranbaxy Laboratories Limited*, Civil Action 2003-00209; *Pfizer Inc. v. Ranbaxy Laboratories Limited*, Civil Action 2003-00259; *Pfizer Inc. v. Ranbaxy Laboratories Limited*, Civil Action 2003-00374; *Pfizer Inc. v. Ranbaxy Laboratories Limited*, Civil Action 2003-00375; *Pfizer Inc. v. Bayer AG*, Civil Action 2003-00888; *Pfizer Inc. v. Adirondack Company*, Civil Action 2004-00280; *Pfizer Inc. v. Koli*, Civil Action 2004-00281; *Pfizer Inc. v. Saranath*, Civil Action 2004-00282; *Pfizer Inc. v. Singh*, Civil Action 2004-00283; *Pfizer Inc. v. International-Pharmacy Group*, Civil Action 2004-01212; *Pfizer Inc. v. Fitzsimons*, Civil Action 2004-01213; *Pfizer Inc. v. Gibson*, Civil Action 2004-01214; *Pfizer Inc. v. Limestar Inc.*, Civil Action 2004-01215; *Pfizer Inc. v. Luke Amoresano*, Civil Action 2004-01216; *Pfizer Inc. v. Sarode*, Civil Action 2004-01217; *Pfizer Inc. v. Chapman*, Civil Action 2004-01218; *Pfizer Inc. v. Jayanti Nagar*, Civil Action 2004-01219; *Pfizer Inc. v. Cohen*, Civil Action 2004-01220; *Pfizer Inc. v. Hillman*, Civil Action 2004-01221; *Pfizer Inc. v. Becker*, Civil Action 2004-01222; *Pfizer Inc. v. Becker*, Civil Action 2004-01223; *Pfizer Inc. v. Generic Lipitor*, Civil Action 2004-01224; *Pfizer Inc. v. GDL Access*, Civil Action 2004-01225; *Pfizer Inc. v. Young*, Civil Action 2004-01226; *Pfizer Inc. v. Ranbaxy Laboratories Limited*, Civil Action 2007-00138; *Pfizer Inc. v. Teva Pharmaceuticals USA Inc.*, Civil Action 2007-00360.

11

29.     This Court has personal jurisdiction over Pfizer because it conducts substantial business in, and has regular and systematic contact with, this District, including those conducts related to the marketing, distribution and/or sale of its pharmaceutical products in this District. This Court also has jurisdiction over Pfizer because Pfizer has availed itself of the rights and privileges of this forum by filing numerous lawsuits in this District. This Court also has personal jurisdiction over Pfizer because Pfizer has consented to jurisdiction by bringing in this District an action against Cobalt which arises from the same controversy as these Counterclaims.

30.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1400(b).

### First Claim for Relief:
### Declaratory Judgment of Patent Invalidity and Noninfringement of the '995 Patent

31.     Cobalt asserts and realleges paragraphs 1 through 30 as if fully set forth herein.

32.     One or more claims of the '995 patent are invalid for failure to comply with one or more of the conditions for patentability set forth in Part II of Title 35 of the United States Patent Code, including, but not limited to, 35 U.S.C. §§ 102, 103, 112 and/or for double patenting.

33.     The manufacture, sale, offer for sale, use, or importation of Cobalt's proposed atorvastatin sodium product that is the subject of NDA No. 22-245 does not and will not infringe (either literally or under the doctrine of equivalents), directly or indirectly (either by inducement or contributorily), any valid and enforceable claim of the '995 patent.

34.     Cobalt is entitled to a judicial declaration that one or more claims of the '995 patent are invalid.

35.     Cobalt is entitled to a judicial declaration that the manufacture, sale, offer for sale, use, or importation of Cobalt's proposed atorvastatin sodium product that is the subject of NDA No. 22-245 does not and will not infringe (either literally or under the doctrine of equivalents),

12

directly or indirectly (either by inducement or contributorily), any valid and enforceable claim of the '995 patent.

### Second Claim for Relief:
### Declaratory Judgment of Patent Invalidity and Noninfringement of the '104 Patent

36.     Cobalt asserts and realleges paragraphs 1 through 30 as if fully set forth herein.

37.     One or more claims of the '104 patent are invalid for failure to comply with one or more of the conditions for patentability set forth in Title II of Title 35 of the United States Patent Code, including, but not limited to, 35 U.S.C. §§ 102, 103, 112 and/or for double patenting.

38.     The manufacture, sale, offer for sale, use, or importation of Cobalt's proposed atorvastatin sodium product that is the subject of NDA No. 22-245 does not and will not infringe (either literally or under the doctrine of equivalents), directly or indirectly (either by inducement or contributorily), any valid and enforceable claim of the '104 patent.

39.     Cobalt is entitled to a judicial declaration that one or more claims of the '104 patent are invalid.

40.     Cobalt is entitled to a judicial declaration that the manufacture, sale, offer for sale, use, or importation of Cobalt's proposed atorvastatin sodium product that is the subject of NDA No. 22-245 does not and will not infringe (either literally or under the doctrine of equivalents), directly or indirectly (either by inducement or contributorily), any valid and enforceable claim of the '104 patent.

### Third Claim for Relief:
### Declaratory Judgment of Patent Invalidity and Noninfringement of the '971 Patent

41.     Cobalt asserts and realleges paragraphs 1 through 30 as if fully set forth herein.

13

42.    One or more claims of the '971 patent are invalid for failure to comply with one or more of the conditions for patentability set forth in Title II of Title 35 of the United States Patent Code, including, but not limited to, 35 U.S.C. §§ 102, 103, 112 and/or for double patenting.

43.    The manufacture, sale, offer for sale, use, or importation of Cobalt's proposed atorvastatin sodium product that is the subject of NDA No. 22-245 does not and will not infringe (either literally or under the doctrine of equivalents), directly or indirectly (either by inducement or contributorily), any valid and enforceable claim of the '971 patent.

44.    Cobalt is entitled to a judicial declaration that one or more claims of the '971 patent are invalid.

45.    Cobalt is entitled to a judicial declaration that the manufacture, sale, offer for sale, use, or importation of Cobalt's proposed atorvastatin sodium product that is the subject of NDA No. 22-245 does not and will not infringe (either literally or under the doctrine of equivalents), directly or indirectly (either by inducement or contributorily), any valid and enforceable claim of the '971 patent.

### Fourth Claim for Relief:
### Declaratory Judgment of Patent Noninfringement of the '156 Patent

46.    Cobalt asserts and realleges paragraphs 1 through 30 as if fully set forth herein.

47.    The manufacture, sale, offer for sale, use, or importation of Cobalt's proposed atorvastatin sodium product that is the subject of NDA No. 22-245 does not and will not infringe (either literally or under the doctrine of equivalents), directly or indirectly (either by inducement or contributorily), any valid and enforceable claim of the '156 patent.

48.    Cobalt is entitled to a judicial declaration that the manufacture, sale, offer for sale, use, or importation of Cobalt's proposed atorvastatin sodium product that is the subject of NDA

No. 22-245 does not and will not infringe (either literally or under the doctrine of equivalents),
directly or indirectly (either by inducement or contributorily), any valid and enforceable claim of
the '156 patent.

<u>Prayer</u>

WHEREFORE, Cobalt prays for the following relief:

A.    That U.S. Patent Nos. 5,273,995, 6,126,971, 5,686,104, and 5,969,156 be
      adjudged invalid, void and/or unenforceable;

B.    That it be adjudged and decreed that Cobalt's proposed atorvastatin
      sodium product described in NDA No. 22-245 does not and will not
      infringe (either literally or under the doctrine of equivalents), directly or
      indirectly (either by inducement or contributorily), upon any valid and
      enforceable claim of U.S. Patent Nos. 5,273,995, 6,126,971, 5,686,104,
      and 5,969,156;

C.    That it be adjudged and decreed that this is an exceptional case;

D.    That Cobalt be awarded its attorneys' fees under 35 U.S.C. § 285;

E.    That Cobalt be awarded costs and expenses in this action; and

067003.1001

F.   That such other and further relief and damages be granted to Cobalt as the

Court may deem justice and equity require.


YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
John Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Defendant/Counterclaim-
Plaintiff

OF COUNSEL:
Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, D.C.  20007
(202) 672-5300

Douglas H. Carsten
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
(858) 847-6700

Dated:  January 25, 2008

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on January 25, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Rudolf E. Hutz, Esquire
> Jeffrey B. Bove, Esquire
> Mary W. Bourke, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

I further certify that on January 25, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record.

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> John W. Shaw (No. 3362)
> jshaw@ycst.com
> Jeffrey T .Castellano (No. 4837)
> jcastellano@ycst.com
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19899
> (302) 571-6600
>
> Attorneys for Defendant/Counterclaim-Plaintiff

# EXHIBIT 1

US006126971A

# United States Patent [19]

## Mills et al.

[11] **Patent Number:** 6,126,971

[45] **Date of Patent:** *Oct. 3, 2000

[54] **STABLE ORAL CI-981 FORMULATION AND PROCESS FOR PREPARING SAME**

[75] Inventors: **Nancy Mills**, Mt. Arlington; **Nouman A. Muhammad**, Long Valley; **Jay Weiss**, East Brunswick; **Russell U. Nesbitt**, Somerville, all of N.J.

[73] Assignee: **Warner-Lambert Company**, Morris Plains, N.J.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/886,982**

[22] Filed: **Jul. 2, 1997**

### Related U.S. Application Data

[63] Continuation of application No. 08/246,919, May 20, 1994, Pat. No. 5,686,104, which is a continuation of application No. 08/005,708, Jan. 19, 1993, abandoned.

[51] **Int. Cl.$^7$** .................................................... **A61K 47/02**
[52] **U.S. Cl.** ........................................... **424/484**; 514/970
[58] **Field of Search** ........................... 424/484, 692–693, 424/715; 514/824, 970

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

4,681,893   7/1987   Roth et al. ............................... 514/422

5,030,447   7/1991   Joshi et al. ................................. 424/80
5,686,104   11/1997   Mills et al. ............................. 424/451

#### FOREIGN PATENT DOCUMENTS

0 409 281 A1   1/1991   European Pat. Off. .

*Primary Examiner*—Edward J. Webman
*Attorney, Agent, or Firm*—Merchant & Gould P.C.

[57] **ABSTRACT**

An oral pharmaceutical composition is provided for treating hypercholesterolemia or hyperlipidemia containing an advantageous formulation for stabilizing the HMG-CoA coenzyme A inhibitor, CI-981 Hemi-Calcium, of formula (IA)



with effective amounts of calcium carbonate.

A method for preparing a CI-981 stabilizing composition is described.

**19 Claims, No Drawings**

6,126,971

1

## STABLE ORAL CI-981 FORMULATION AND PROCESS FOR PREPARING SAME

This application is a continuation of Ser. No. 08/246,919 filed May 20, 1994 now U.S. Pat. No. 5,686,104, which is a continuation of Ser. No. 08/005,708 filed Jan. 19, 1993 now abandoned.

### FIELD OF THE INVENTION

The present invention relates to stable oral pharmaceutical formulations of acid-sensitive substituted pyran ring-opened acid forms of substituted pyrrolyl carboxamides useful in the treatment of hypercholesterolemia or hyperlipidemia. A method for the preparation of such formulations is also described.

### BACKGROUND OF THE INVENTION

Hypercholesterolemia and hyperlipidemia, conditions of excessively high levels of blood cholesterol and lipids, are well recognized risk factors in the onset of atherosclerosis and coronary heart disease. The blood cholesterol pool is generally dependent on dietary uptake of cholesterol from the intestine and biosynthesis of cholesterol throughout the body, especially the liver. Cholesterol is an indispensable component of virtually all cell membrane systems, as well as a precursor of a variety of steroid hormones and bile acids.

It is well known that inhibitors of 3-hydroxy-3-methylglutaryl-coenzyme A reductase (HMG-CoA reductase), an important enzyme catalyzing the intracellular synthesis of cholesterol, will bring about reduced levels of blood cholesterol, especially in terms of the low density lipoprotein form of cholesterol. Therefore, HMG-CoA reductase enzyme inhibitors are considered potentially useful as hypocholesterolemic or hypolipidemic agents.

Certain trans-6-[2-(3 or 4-carboxamido-substituted pyrrol-1-yl)alkyl]-4-hydroxypyran-2-ones and corresponding pyran ring-opened hydroxy acids derived therefrom have been described in U.S. Pat. No. 4,681,893 to Roth as potent inhibitors of HMG-CoA reductase which description is herewith incorporated by reference in the present specification. The pyran ring-opened hydroxy acids which are intermediates in the synthesis of the lactone compounds can be used as free acids or as pharmaceutically acceptable metal or amine salts. In particular, these compounds can be represented by the formula I below:

(I)



wherein X is —CH$_2$—, —CH$_2$CH$_2$—, —CH$_2$CH$_2$CH$_2$— or —CH$_2$CH(CH$_3$)—;

R$_1$ is 1-naphthyl; 2-naphthyl; cyclohexyl, norbornenyl; 2-,3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoylalkoxy of from two to eight carbon atoms;

2

either R$_2$ or R$_3$ is ——CONR$_5$R$_6$ where R$_5$ and R$_6$ are independently hydrogen; alkyl of from one to six carbon atoms; 2-,3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, cyano, trifluoromethyl, or carboalkoxy of from three to eight carbon atoms; and the other of R$_2$ or R$_3$ is hydrogen; alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; phenyl; or phenyl substituted with fluorine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoyloxy of from two to eight carbon atoms;

R$_4$ is alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; or trifluoromethyl; and M is a pharmaceutically acceptable salt, which includes a pharmaceutically acceptable metal salt or a pharmaceutically acceptable amine salt.

Among the stereo-specific isomers one particular compound having HMG-CoA reductase inhibitory activiiy, CI-981 Hemi-Calcium, is currently under development for the treatment of moderate to severe familial or nonfamilial hypercholesterolemia (Type IIa). This most preferred compound characterized is the ring-opened form of (2R-trans)-5-(4-fluorophenyl)-2-(1 methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide, namely, the enantiomer [R-(R*, R*)]-2-(4-fluorophenyl-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl)]-1H-pyrrole-1-heptanoic acid hemicalcium salt. Its chemical structure may be represented by formula IA:

(IA)



The specific isomer (CI-981) has been described in U.S. Pat. No. 5,273,995.

However, these compounds are unstable in that they are susceptible to heat, moisture, low pH environment, and light. In an acidic environment, in particular, the hydroxy acids will degrade to lactone. In addition, the hydroxy acids will decompose rapidly when exposed to UV or fluorescent light.

When packaged in the form of tablets, powders, granules, or within capsules, the compounds may be further destabilized by contact with the molecular moieties of other components. Since pharmaceutical dosage components such as binders, diluents, antiadherents, surfactants and the like may adversely interact with the active ingredient compound, a stabilizing means is required for effective pharmaceutical dosages.

Therefore, it is an object of the present invention to provide a stable solid peroral pharmaceutical formulation

6,126,971

3

comprising substituted pyrrolyl substituted pyran ring-opened hydroxy acids for therapy of hypercholesterolemia or hyperlipidemia. More particularly, it is the object of the present invention to provide a stable solid peroral pharmaceutical formulation comprising a HMG CoA reductase inhibitor, such as the aforedescribed CI-981 Hemi-Calcium, as active ingredient.

SUMMARY OF THE INVENTION

Accordingly, the present invention provides a pharmaceutical formulation characterized by improved stability of a 7-substituted pyrrolyl-3,5 -dihydroxyheptanoic acid salt as active ingredient combined with at least one pharmaceutically acceptable stabilizing additive for peroral treatment of hypercholesterolemia or hyperlipidemia.

An aspect of the present invention is to provide a stable oral pharmaceutical formulation for the treatment of hypercholesterolemia or hyperlipidemia comprising as active ingredient, a HMG-CoA reductase enzyme inhibitor according to Formula (I), as defined above, which is stabilized by combination with at least one pharmaceutically acceptable metal salt additive.

Another aspect of the present invention is to provide a stable oral pharmaceutical formulation for the treatment of hypercholesterolemia or hyperlipidemia comprising, as an active ingredient, a HMG-CoA reductase inhibitor such as CI-981 Hemi-Calcium namely the enantiomer [R-(R*,R*)]-2-(4-fluorophenyl-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl)]-1H-pyrrole-1-heptanoic acid, hemicalcium salt, having the proposed isomeric structural Formula (IA) stabilized by a combination with at least one pharmaceutically acceptable alkaline earth metal salt such as calcium carbonate, calcium hydroxide, magnesium carbonate, magnesium hydroxide, magnesium silicate, magnesium aluminate or aluminum magnesium hydroxide.

Further, a preferred embodiment of the present invention provides a stable peroral pharmaceutical formulation for the treatment of hypercholesterolemia or hyperlipidemia comprising the HMG-CoA reductase inhibitor, CI-981 Hemi-Calcium, having the proposed structure according to the above-described structural Formula (IA) combined with calcium carbonate as stabilizing additive.

Further, a preferred embodiment of the present invention provides a stable oral pharmaceutical formulation for the treatment of hypercholesterolemia or hyperlipidemia comprising the HMG-CoA reductase inhibitor, CI-981 Hemi-Calcium, as active ingredient in a composition comprising, in addition to the stabilizing additive calcium carbonate, at least one other ingredient such as a binder, diluent, disintegrant, surfactant, and, optionally, antioxidant.

More specifically, the present invention provides a stable solid oral pharmaceutical composition wherein the active ingredient dosage is between about 1% and about 50% by weight of the composition.

The present invention also provides a stable solid oral pharmaceutical composition containing about 5% to about 75% of the stabilizer calcium carbonate by weight of the composition.

Another preferred embodiment of the present invention is a stable solid oral pharmaceutical composition comprising in

4

addition to the active and the stabilizing ingredients, cited above, by weight, between about 5% and about 75% microcrystalline cellulose; between about 1% and about 80% of hydrous lactose; between about 1% and about 15% of croscarmellose sodium; between about 0.5% and about 6% hydroxypropyl cellulose; between about 0.1% and about 4% of Tween 80; between about 0.25% and about 2% of magnesium stearate; and optionally between about 0.0% and about 3% of sodium ascorbate or butylated hydroxyanisole of the total solid composition.

The present invention is also directed to a method of preparing a stable solid composition of the active ingredient according to Formula (I) comprising a stabilizing additive, for peroral therapy of hypercholesterolemia or hyperlipidemia.

A preferred embodiment of the present invention also provides a method for preparing the solid oral composition, including stabilizing the active ingredient, CI-981 Hemi-Calcium, according to Formula (IA) with calcium carbonate and admixing a binder, a diluent, a disintegrant, a surfactant, and optionally an antioxidant.

DETAILED DESCRIPTION OF THE INVENTION

The pyran ring-opened hydroxy acid corresponding to certain trans-6-[2-(3 or 4-carboxamido-substituted pyrrol-1-yl)alkyl]-4-hydroxypyran-2-ones can be useful inhibitors of HMG-CoA reductase and may be used in their free acid form. Both lactone and free acid forms can be prepared in accordance with the process described in U.S. Pat. No. 4,681,893, which is incorporated by reference therefor. The free acid can be prepared by hydrolysis of the lactone form or by treatment of the salt with cationic exchange resin (H+ resin) and evaporating the water portion. These free acids also react to form pharmaceutically acceptable metal or amine salts. The term "pharmaceutically acceptable metal salt" contemplates sodium, potassium, lithium, calcium, magnesium, aluminum, iron, or zinc salts. The term "pharmaceutically acceptable amine salt" contemplates salts formed by reaction with ammonium hydroxide or organic amine salt or for example methylglucamine, choline, arginine, 1-deoxy-2-(methylamino)-D-glucitol and the like.

Insofar as the hydroxy acid compounds according to formula I or metal or amine salts thereof are HMG-CoA reductase inhibitors they may be useful in the treatment of hypercholesterolemia or hyperlipidemia. The compound of particular interest is the HMG-CoA reductase enzyme inhibitor, CI-981 Hemi-Calcium, Formula (IA), which is presently under development as a drug for treatment of hypercholesterolemia or hyperlipidemia.

6,126,971

**5**

The preferred compounds according to the present invention, especially the compound CI-981 or [R-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid hemicalcium salt, inhibit the biosynthesis of cholesterol as measured in the CSI screen assay disclosed in U.S. Pat. No. 4,681,893, which is incorporated by reference. More particularly, the level of HMG-CoA reductase enzyme activity in standard laboratory rats is increased by feeding the rats a chow diet containing 5% cholestyramine for four days, after which the rats are sacrificed. The rat livers are dissected and homogenized, and the incorporation of cholesterol—$^{14}$C-acetate into nonsaponifiable lipid by the rat liver homogenate is measured. The micromolar concentration of compound required for 50% inhibition of sterol synthesis over a one-hour period is measured, and denoted as an $IC_{50}$ value. The activity data of representative examples of the compound CI-981 Hemi-Calcium, its enantiomer and the racemate of both compounds have been disclosed in the aforementioned U.S. Pat. No. 5,273,995, which are incorporated herein.

**6**

| Compound | $IC_{50}$ (micromoles/liter) |
|---|---|
| [R-(R*R*)] isomer (CI-981 Hemi-Calcium) | 0.0044 |
| [S-(R*R*)] isomer | 0.44 |
| Racemate | 0.045 |

The most preferred compound of the present invention, CI-981 (structural Formula IA), is the enantiomer [R-(R*R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid, hemicalcium salt. This chiral form can be synthesized from known starting materials or from materials prepared according to methods analogous to known processes in accordance with the scheme 2 of the copending patent application recited above and incorporated by reference herein, as follows:

6,126,971

**7**                                                                                    **8**

-continued



1. B(Et)$_3$, NaBH$_4$
2. H$_2$O$_2$

78%        (5)



1. NaOH
2. Tol.⟶H$_2$O

83%        (6)



$[\alpha]_D^{23} = +18.07$ (CHCl$_3$)

57%        (7)

In addition, the preferred chiral form can be prepared from a racemic mixture prepared by the methods described in U.S. Pat. No. 4,681,893, especially examples 1 and 2 which description is incorporated by reference therefor.

Reference of the racemate and separation of the preferred isomer can be performed in accordance with the methodology for chiral synthesis disclosed in U.S. Pat. No. 5,273,995, as illustrated in the Examples 1–5, which is incorporated herein by reference therefor.

The present invention provides a pharmaceutical composition containing hypocholesterolemic or hypolipidemic compounds according to preferredly Formula (I) or more preferredly Formula (IA). The preferred effective stereoisomeric compounds of the present invention are administered to the patient at adult dosage levels of from approximately 10 to 500 mg per day, or from about 0.1 to about 8.0 mg/kg body weight per day. More preferred daily dosages range from about 0.5 to about 1.0 mg/kg. The unit dosage treat-

ment embodiment provided by the present invention for oral or parenteral administration may be varied or adjusted from 10 to 500 mg, preferably from 20 to 100 mg depending on potency or application.

Since the hydroxy acid compounds according to formula I are susceptible to degradation to the lactone form in an acidic environment, it has been necessary to stabilize their structural integrity in pharmaceutical formulations. Moreover, the compounds have been determined to decompose rapidly under the impact of UV and fluorescent light.

For the purpose of stable oral preparations of the present invention, pharmaceutically acceptable inert carriers can be either solid or liquid. The most preferred embodiment of the present invention provides for an oral solid formulation which may include powders, tablets, dispersible granules, capsules, and cachets. A solid carrier may be one or more substances which can also act as diluents, flavoring agents, binders, or tablet disintegrating agents. Encapsulating materials are also within the scope of the present invention.

6,126,971

**9**

In powdered preparations, the carrier is preferably a solid which is finely divided in a homogeneous mixture with the finely divided active ingredient. In tablets, the active component is blended with the carrier material with binding properties that facilitate compacting, shaping and sizing as desirable. Oral powders or tablets according to the present invention are generally designed to contain between about 1% to about 50% by weight of the active ingredient.

As is usual in the art, pharmaceutical preparations are in suitable unit dosage form, which can be a capsule, cachet or tablet, or any number thereof, as appropriate. Dosages are held to be within the skill of the art and may vary with the particular requirements and bioavailability of the active ingredient.

In practice, use of the salt form amounts to use of the acid or lactone form. Appropriate pharmaceutically acceptable salts within the scope of the invention are those derived from bases such as sodium hydroxide, potassium hydroxide, lithium hydroxide, calcium hydroxide, 1-deoxy-2-(methylamino)-D-glucitol, magnesium hydroxide, zinc hydroxide, aluminum hydroxide, ferrous or ferric hydroxide, ammonium hydroxide or organic amines such as N-methylglucamine, choline, arginine and the like.

**10**

Preferably, the lithium, calcium, magnesium, aluminum and ferrous or ferric salts are prepared from the sodium or potassium salt by adding the appropriate reagent to a solution of the sodium or potassium salt, i.e., addition of calcium chloride to a solution of the sodium or potassium salt of the compound of the formula I will give the calcium salt thereof.

The active hydroxy acid metal salt ingredient of the present invention which may be an isomeric compound with a structure according to Formula (I) or, preferably, Formula (IA) can be prepared from sodium salt or lactone as illustrated in Example A, below.

EXAMPLE A

Calcium Salt from Sodium Salt and/or Lactone

One mole lactone (540.6 g) is dissolved in 5 L of MeOH; after dissolution 1 L $H_2O$ is added. While stirring, one equivalent NaOH is added and the reaction is followed by HPLC until 2% or less lactone and methyl ester of the diolacid remains (one cannot use an excess of NaOH, because $Ca(OH)_2$ will form on addition of $CaCl_2$). Usually NaOH is charged as caustic (51.3 ml, 0.98 eq.) or as pellets (39.1 g, 0.98 eq.).

The above procedure is shown as follows:



m.w. = 540.6 g

The abbreviation "Ph" is for the term phenyl group. Upon completion of hydrolysis, 10 L $H_2O$ are added, then the product is washed at least two times with a 1:1 mixture of EtOAc/Hexane. Each wash should contain 10 L each of EtOAc/Hexane. If sodium salt is pure, 15 L of MeOH are added. If it is impure and/or contains color, 100 g of G-60 charcoal are added, the mixture is stirred for two hours, filtered over supercel, and washed with 15 L MeOH. An assay analysis (weight per volume, %) is performed on the reaction mixture by HPLC, to determine the exact amount of salt in solution.

6,126,971

**11**

Subsequently, about ½ equivalent or a slight excess of $CaCl_2 2H_2O$ (73.5 g) is dissolved in 20 L $H_2O$. Both the reaction mixture and the $CaCl_2$ solution are heated to 60° C. $CaCl_2$ solution is added slowly, with high agitation. After complete addition, the reaction mixture is cooled slowly to 15° C. and filtered. The filter cake is washed with 5 L $H_2O$ and dried at 50° C. in a vacuum oven.

The product can be recrystallized by dissolving in 4 L of EtOAc (50° C.) filtering over supercel, washing with 1 L EtOAc, then charging 3 L of hexane to the 50° C. reaction solution.

The above procedure is shown as follows:

**12**

(IA). The solid formulation according to the present invention also includes, in addition to a stabilizing metal or alkaline earth metal salt, several additives which are known as suitable agents in the art comprising combinations and concentrations as further described below.

The present invention without limiting further provides for diluent additives such as microcrystalline cellulose, hydrous lactose, corn starch, sucrose, silicic anhydride or polysaccharides (as are known as suitable in the art); binders such as methyl cellulose, carboxymethylcellulose, hydroxypropylcellulose, hydroxymethylpropylcellulose, polyvinylpyrrolidone, polyvinylalcohol or starch; disinte-



m.w. = 580.6 q



m.w. = 1155.4 g

The present invention provides a preferred composition for stabilizing the active ingredient such as, e.g., CI-981 Hemi-Calcium, using basic inorganic pharmaceutically acceptable salts of calcium such as calcium carbonate and calcium hydroxide or basic inorganic pharmaceutically acceptable salts of magnesium such as magnesium carbonate, magnesium hydroxide, magnesium silicate, magnesium aluminate, and aluminum magnesium hydroxide, or basic inorganic pharmaceutically acceptable salts of lithium such as lithium hydroxide and similar lithium compounds or other similarly suitable alkaline earth metals. The basic inorganic salts of calcium, lithium or magnesium can be utilized in a weight ratio ranging between about 0.1 to 1 and about 50 to 1 of salt compound to active ingredient.

Stabilized solid oral pharmaceutical formulations of the present invention are designed to protect the anti-hypercholesterolemia or anti-hyperlipidemia drug, e.g., CI-981 Hemi-Calcium, of Formula IA (as defined above), from any degrading or processing environment, as well as preserve it from photochemical decomposition during storage. Specifically, the most preferred active chemical ingredient is the compound CI-981 Hemi-Calcium of Formula

grants such as carboxymethylcellulose calcium, croscarmellose sodium, or starch; and surfactants such as Tween 80 or polyoxyethylene-polyoxypropylene copolymer.

Antioxidants can also be incorporated with the formulations in order to prevent any oxidation of the drug compound. For example, antioxidants that could be used are butylated hydroxanisole, sodium ascorbate, butylated hydroxytoluene, sodium metabisulfate, malic acid, citric acid and ascorbic acid.

The most preferred embodiment of the present invention is directed to a solid oral composition including CI-981 Hemi-Calcium as active ingredient, calcium carbonate as the stabilizing component, and other additives.

The basic excipient, calcium carbonate, has been found to provide effective control of the microenvironment of the composition. Further to the present invention, microcrystalline cellulose and hydrous lactose are applied as suitable diluents. In addition, the inventive composition contains a suitable amount of croscarmellose sodium as functional disintegrant. The non-ionic detergent Tween 80 is used as a surfactant. The composition also contains hydroxypropyl cellulose as binder selected from among several applicable

6,126,971

13

substances such as, i.e., polyethylene glycol, polyvinylpyrrolidone, polyvinyl alcohol, hydroxymethylcellulose or hydroxypropylmethylcellulose. As anti-oxidants, reagents such as butylated hydroxyanisole, sodium ascorbate, ascorbic acid or others may optionally be incorporated in the composition. Magnesium stearate can be selected from a group including other substances such as stearic acid, palmitic acid, talc or similar lubricating compounds.

Other possible and supplemental ingredients such as preservatives, driers, glidants, or colorants known as conventional by those skilled in the art may be included optionally in the inventive formulation.

In accordance with the preferred embodiment of the present invention, the formulations provide for the following concentration ranges of ingredients by weight: the active ingredient or drug concentration is in the range from about 1% to about 50%; calcium carbonate from about 5% to about 75%; microcrystalline cellulose from about 5% to about 75%; hydrous lactose from about 1% to about 80%; croscarmellose sodium from about 1% to about 15%; hydroxypropylcellulose from about 0.5% to about 6%; Tween 80 from about 0.1% to about 4%; magnesium stearate from about 0.25% to about 2%; and sodium ascorbate [or ascorbic acid] from about 0.0% to about 3%.

The more preferred composition formulated according to the present invention includes the following approximate concentrations of ingredients by weight: 6.91% of the drug; 22% of calcium carbonate; 40% microcrystalline cellulose; 22.19% hydrous lactose; 6% croscarmellose sodium; 2% hydroxypropyl cellulose; 0.4% Tween 80; and 0.5% magnesium stearate; in addition, optionally 0.02% of an anti-oxidant such as sodium ascorbate.

In particular, CI-981 Hemi-Calcium degrades rapidly in compositions prepared by the wet-granulation method. It has therefore been a surprising discovery that, by adding calcium carbonate, solid formulations for this drug can be prepared by the wet granulation method without compromising the stability of the drug.

Method of Preparation of Pharmaceutical Composition:

The method for preparing a solid pharmaceutical composition according to the present invention includes (a) milling an excess of the drug, which can be a compound of Formula I or Formula IA (CI-981 Hemi-Calcium); (b) dissolving at least one binder additive in aqueous surfactant solution; (c) blending the milled drug with at least one drug-stabilizing additive and at least one diluent additive with the drug-stabilizing additive and one half of a disintegrant additive in a rotary mixing vessel equipped with a chopping device; (d) granulating the blended drug ingredient mixture of step (c) with the surfactant/binder solution of step (b) in gradual increments in the chopper equipped mixing vessel; (e) drying the granulated drug mixture overnight at about 50° C.; (f) sieving the dried granulated drug mixture; (g) tumble blending the sieved drug mixture with the remaining amount of the disintegrant additive; (h) mixing separately an aliquot of the drug mixture of step (g) with magnesium stearate, sieving same, and returning same to the drug mixture of step (g) and tumble blending the entire drug mixture; and compressing aliquots of the drug mixture of step (h) into tablet having suitable drug strength.

More particularly, the preferred embodiments of the present invention can be prepared in accordance with the batch procedure given in the examples below.

14

EXAMPLE 1 (PROTOCOL)

In order to produce 1.5 kg of the composition formulated for peroral therapy, the following steps are taken:

(a) An excess of about 5% by weight of CI-981 Hemi-Calcium is passed through a Model D Fitzmill, which is equipped with a No. 0 RH screen (0.027"). The mill is run at a high speed with impact forward. Exactly 103.65 g of the milled drug is weighed for step (c).

(b) Tween 80 in an appropriate amount (6.0 g) is dissolved in 100 ml of purified water heated to about 50° C. and mixed for approximately 5 minutes; similarly the hydroxypropyl cellulose (30.0 g) is dispersed in the warm Tween 80 solution and mixed for about 5 minutes; the remaining purified water (500 ml) is added, and the entire mixture is then allowed to hydrate for at least 4 (four) hours.

(c) Thereafter, the milled drug, CI-981 Hemi-Calcium (103.65 g), calcium carbonate (330.0 g), microcrystalline cellulose (600.0 g), hydrous lactose (332.85 g), and 50% of the croscarmellose sodium (45.0 g) are mixed in the 10 liter-Collette Gral for about 5 minutes with the mixer running at 300 rpm and chopper speed 1.

(d) The blended preparation of step (c) is granulated with the solution of step (b) by adding the solution over 30 to 60 seconds with only the mixer running at 300 rpm; then the mixing is continued up to a total of 3 minutes with the mixer speed of 300 rpm and the chopper speed set at 1; the bowl is now lowered and material scraped from the blades and the top of the mixing apparatus. Subsequently, the preparation is remixed for another 3 minutes with the mixer running 300 rpm and the chopper speed setting at 1, with additional amounts of purified water and 3 minutes time increments of mixing, as necessary to obtain adequate granular consistency.

(e) The granulated preparation is spread on paper-lined trays, dried at 50° C. overnight to a load only of approximately 2%.

(f) The dried granulation is passed through a Quadromill (Comill) which is equipped with a 0.032" screen.

(g) Approximately half the milled granulation is transferred to a 4 qt. twin shell blender, followed by the remaining 50% (w/w) of the croscarmellose sodium (45.0 g) and finally the remaining milled granulation; the entire mixture is tumble blended for 10 minutes.

(h) Approximately 50 g of the blend resulting from step (g) is removed and mixed with magnesium stearate (7.50 g); this side mixture is passed through a #40 mesh screen and returned to the 4 qt. twin shell blender, and the entire mixture is tumble blended for 5 minutes.

(i) Finally, an appropriate aliquot of the final mixture is compressed to obtain a tablet weight containing the desired drug strength.

EXAMPLE 2

All steps in this Example 2 are the same as in Example 1 except for step (b) which proceeds as follows:

(2b) Firstly, Tween 80 (6.0 g) is dissolved in 100 ml of purified water which has been heated to 50° C.; secondly, after about 5 minutes of mechanical stirring, the hydroxypropyl cellulose (30.0 g) is dispersed in the Tween 80 solution and further mixed for about 5 minutes; thirdly (and optionally) sodium ascorbate (0.3 g) is dissolved in the remaining volume of purified

6,126,971

**15**

water and added to the Tween 80-hydroxypropyl cellulose mixture. Thereupon the mixture is allowed to hydrate for at least four (4) hours.

EXAMPLE 3

All steps of this alternative embodiment are as described in Example 1 with the exception of process step (b). However, step (b) is as follows:

Firstly, Tween 80 is dissolved in 100 ml of purified water which has been heated to 50° C. Secondly, butylated hydroxyanisole is dissolved in 10 ml of ethanol; which solution is then stirred into the Tween 80 mixture and agitated for 5 minutes. Thirdly, the hydroxypropyl cellulose is dispersed in the above mixture and stirred for approximately 5 minutes. The remaining purified water is added to the mixture which is then allowed to hydrate for at least 4 hours.

The tablets as prepared in all the Examples are film-coated with a film-coating agent known to those of skill in the art to about a 3% weight increase.

The comparative stability of the preferred antihypercholesterolemia or antihyperlipidemia formulations containing CI-981 was tested under highly accelerated stress conditions at elevated temperatures. In particular, the stability of a CI-981 formulation was tested by comparing a powder blend prepared according to the method of Example 3, at 2.5 mg active ingredient dosage in the presence (Ex. 4) or the absence (Ex. 5) of calcium carbonate. The samples were stored in duplicate at either 45° or 60° C. and then analyzed by reverse phase high performance liquid chromatography ("HPLC"). The HPLC assay procedure employs a Zorbax® Reliance C18 column (8 cm long, 5 micron bead) and a mobile phase of acetonitrile in aqueous buffer (35:65) containing triethylamine, sodium acetate adjusted to pH 4.0. A detection wavelength of 244 nm was used.

The results showed that the calcium carbonate containing preparation of Example 4 incurred no detectable losses of the drug CI-981 after two weeks at 60° C. and only negligible losses of about 0.25% by weight after four weeks at 45° C. and about one half percent by weight at 60° C. In contrast, the formulation of Example 5, lacking calcium carbonate, lost by weight about 2.45% ingredient after four weeks storage at 45° C., about 4.12% of CI-981 after only two weeks and about 5.3% at 60° C. (See Table I).

The second set of comparative data (see Table II) concerns the formulations of Examples 6 and 7 prepared in accord with the protocol of Example 3, wherein the composition was packaged in a capsule at 2.5 mg strength with calcium carbonate (Ex. 6) and without calcium carbonate (Ex. 7). The formulation of Example 6, when measured by HPLC, lost about one half a percent by weight of CI-981 after four weeks at 45° C. and about 2.2% after two weeks at 60° C. The capsule preparation of Example 7 had a

**16**

TABLE I

Stability of CI-981 formulations: a powder blend with (Example 4) and without (Example 5) calcium carbonate.

| | PERCENT DRUG REMAINING | | | |
| | Ex. 4 | | Ex. 5 | |
| TIME (WEEKS) | 45° C. | 60° C. | 45° C. | 60° C. |
|---|---|---|---|---|
| 0 | 100 | 100 | 100 | 100 |
| 2 | ND | 100 | 100 | 95.88 |
| 4 | 99.75 | 99.48 | 97.55 | 94.7 |

ND = not determined

TABLE II

Stability of CI-981 formulations: a capsule with (Example 6) and without (Example 7) calcium carbonate.

| | PERCENT DRUG REMAINING | | | |
| | Ex. 6 | | Ex. 7 | |
| TIME (WEEKS) | 45° C. | 60° C. | 45° C. | 60° C. |
|---|---|---|---|---|
| 0 | 100 | 100 | 100 | 100 |
| 2 | ND | 97.81 | ND | 86 |
| 4 | 99.55 | ND | 95.6 | ND |

ND = not determined

TABLE III

Stability of CI-981 formulations: a coated tablet with calcium carbonate (Example 8).

| | PERCENT DRUG REMAINING | |
| TIME (WEEKS) | 45° C. | 60° C. |
|---|---|---|
| 0 | 100 | 100 |
| 2 | ND | 99.11 |
| 4 | 99.47 | 98.30 |

ND = not determined

CI-981 content which was diminished by about 4.4% after four weeks at 45° C. After two weeks at 60° C., about 14% of CI-981 Hemi-Calcium was lost, as measured by HPLC.

Finally, the stability of the preferred formulation according to the present invention was tested in the form of a coated tablet (Example 8) containing calcium carbonate (see Table III). In particular, the preparation of Example 8 was stored for four weeks at 45° C. and lost about 0.5% by weight of CI-981. After two weeks at 60° C., the composition (Ex. 8) contained about 0.9% less by weight active ingredient and after four weeks at 60° C. about 1.7% less by weight active ingredient. Clearly, the formulation according to the preferred embodiment containing calcium carbonate effectively protects the integrity of the active compounds during both the wet granulation step of the process of preparing the stable solid composition and the subsequent storage in the form of a powder blend, capsule or coated tablet.

Consequently, any variations of the invention described above are not to be regarded as a departure from the spirit and scope of the invention as claimed.

What is claimed is:

1. A pharmaceutical composition for the peroral treatment of hypercholesterolemia or hyperlipidemia characterized by

6,126,971

17

improved stability comprising in a mixture, about 1% to about 50% by weight of the composition of a compound as active ingredient of structural formula I

formula I



wherein X is —CH₂—, —CH₂CH₂—, —CH₂CH₂CH₂— or —CH₂CH(CH₃)1

$R_1$ is 1-naphthyl; 2-naphthyl; cyclohexyl, norbornenyl; 2-,3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoylalkoxy of from two to eight carbon atoms;

either $R_2$ or $R_3$ is ——CONR$_5$R$_6$ where $R_5$ and $R_6$ are independently hydrogen; alkyl of from one to six carbon atoms; 2-,3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, cyano, trifluoromethyl, or carboalkoxy of from three to eight carbon atoms; and the other of $R_2$ or $R_3$ is hydrogen; alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; phenyl; or phenyl substituted with fluorine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoyloxy of from two to eight carbon atoms;

$R_4$ is alkyl of from one to six carbon atoms, cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, or trifluoromethyl;

M is a pharmaceutically acceptable metal salt; and

about 5% to about 75% by weight of the composition of calcium carbonate to stabilize the composition.

2. The stable pharmaceutical composition of claim 1, wherein M is a pharmaceutically acceptable alkaline earth metal salt.

3. The stable pharmaceutical composition of claim 2, wherein the alkaline earth metal salt is selected from the group consisting of calcium carbonate, calcium hydroxide, magnesium carbonate, magnesium hydroxide, magnesium silicate, magnesium aluminate and aluminum magnesium hydroxide.

4. A pharmaceutical composition characterized by improved stability comprising in a mixture, about 1% to about 50% by weight of the composition of a pharmaceutically acceptable metal salt of [R—R*,R*)]-2-(4-fluorophenyl-β, Λ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid; and about 5% to about 75% by weight of the composition of calcium carbonate to stabilize the composition.

5. The stable pharmaceutical composition of claim 4, wherein the pharmaceutically acceptable metal salt is an alkaline earth metal salt.

6. The stable pharmaceutical composition of claim 5, wherein the alkaline earth metal salt is selected from the group consisting of calcium carbonate, calcium hydroxide, magnesium carbonate, magnesium hydroxide, magnesium silicate, magnesium aluminate and aluminum magnesium hydroxide.

18

7. A pharmaceutical composition characterized by improved stability comprising in a mixture, the Hemi-Calcium of Formula (IA):

(IA)



•½ Ca

and an effective amount of calcium carbonate.

8. A method of improving the stability of a pharmaceutical composition comprising as an active ingredient a compound having the structural formula I

formula I



wherein X is —CH₂—, —CH₂CH₂—, —CH₂CH₂CH₂— or —CH₂CH(CH₃);

$R_1$ is 1-naphthyl; 2-naphthyl; cyclohexyl, norbornenyl; 2-,3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoylalkoxy of from two to eight carbon atoms;

either $R_2$ or $R_3$ is ——CONR$_5$R$_6$ where $R_5$ and $R_6$ are independently hydrogen; alkyl of from one to six carbon atoms; 2-3- or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, cyano, trifluoromethyl, or carboalkoxy of from three to eight carbon atoms; and the other of $R_2$ or $R_3$ is hydrogen; alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; phenyl; or phenyl substituted with fluorine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoyloxy of from two to eight carbon atoms;

$R_4$ is alkyl of from one to six carbon atoms, cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, or trifluoromethyl;

M is a pharmaceutically acceptable metal salt;

by adding an effective amount of an alkaline earth metal salt to the composition.

9. The method of claim 8, wherein the alkaline earth metal salt is selected from the group consisting of calcium carbonate, calcium hydroxide, magnesium carbonate, magnesium hydroxide, magnesium silicate, magnesium aluminate and aluminum magnesium hydroxide.

10. The method of claim 9, wherein the alkaline earth metal salt is calcium carbonate.

6,126,971

## 19

11. The method of claim 8, wherein M is a pharmaceutically acceptable alkaline earth metal salt.

12. The method of claim 11, wherein the alkaline earth metal salt is selected from the group consisting of calcium carbonate, calcium hydroxide, magnesium carbonate, magnesium hydroxide, magnesium silicate, magnesium aluminate and aluminum magnesium hydroxide.

13. A method of improving the stability of a pharmaceutical composition by adding an effective amount of calcium carbonate to a composition comprising a pharmaceutically acceptable metal salt of [R—R*,R*)]-2-(4-fluorophenyl-β, δ-dihydroxy-5-(1 -methylethyl)-3-phenyl-4-[(phenylamino) carbonyl]-1H-pyrrole-1 heptanoic acid.

14. The method of claim 13, wherein the pharmaceutically acceptable metal salt is an alkaline earth metal salt.

15. The method of claim 14, wherein the alkaline earth metal salt is selected from the group consisting of calcium carbonate, calcium hydroxide, magnesium carbonate, magnesium hydroxide, magnesium silicate, magnesium aluminate and aluminum magnesium hydroxide.

16. A method of improving the stability of a pharmaceutical composition by adding an effective amount of calcium carbonate to a composition comprising the Hemi-Calcium of Formula (IA):

(IA)



•½ Ca.

17. A pharmaceutical composition for the peroral treatment of hypercholesterolemia or hyperlipidemia characterized by improved stability comprising in a mixture, about 1% to about 50% by weight of the composition of a compound as active ingredient of structural formula I

## 20

formula I



wherein X is —CH₂—, —CH₂CH₂—, —CH₂CH₂CH₂— or —CH₂CH(CH₃)1

R₁ is 1-naphthyl; 2-naphthyl; cyclohexyl, norbornenyl; 2-,3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoylalkoxy of from two to eight carbon atoms;

either R₂ or R₃ is ——CONR₅R₆ where R₅ and R₆ are independently hydrogen; alkyl of from one to six carbon atoms; 2-,3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, cyano, trifluoromethyl, or carboalkoxy of from three to eight carbon atoms; and the other of R₂ or R₃ is hydrogen; alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; phenyl; or phenyl substituted with fluorine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoyloxy of from two to eight carbon atoms;

R₄ is alkyl of from one to six carbon atoms, cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, or trifluoromethyl;

M is a pharmaceutically acceptable metal salt; and

about 5% to about 75% by weight of the composition of at least one stabilizing pharmaceutically acceptable calcium or lithium salt additive.

18. The stable pharmaceutical composition of claim 17 wherein the active ingredient is a pharmaceutically acceptable metal salt of [R—(R*,R*)]-2-(4-fluorophenyl-β, δ-dihydroxy-5(1-methylethyl)-3-phenyl-4-[(phenylamino) carbonyl]-1H-pyrrole-1-heptanoic acid.

19. The stable pharmaceutical composition of claim 17 wherein the stabilizing pharmaceutically acceptable additive is a calcium salt.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.　　: 6,126,971　　　　　　　　　　　　　　　　Page 1 of 1
DATED　　　　　: October 3, 2000
INVENTOR(S)　: Mills et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [75], Inventors, insert -- **Jr.** -- after the name "**Nesbitt**"

Column 14,
Line 39, "load only" should read -- load-only dose --

Signed and Sealed this

Ninth Day of July, 2002

Attest:

JAMES E. ROGAN
*Attesting Officer*　　　　　*Director of the United States Patent and Trademark Office*

# EXHIBIT 2

US005686104A

# United States Patent [19]

## Mills et al.

[11] Patent Number: 5,686,104

[45] Date of Patent: Nov. 11, 1997

[54] **STABLE ORAL CI-981 FORMULATION AND PROCESS OF PREPARING SAME**

[75] Inventors: **Nancy Mills**, Mt. Arlington; **Nouman A. Muhammad**, Long Valley; **Jay Weiss**, East Brunswick; **Russell U. Nesbitt**, Somerville, all of N.J.

[73] Assignee: **Warner-Lambert Company**, Morris Plains, N.J.

[21] Appl. No.: **246,919**

[22] Filed: **May 20, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 5,708, Jan. 19, 1993, abandoned.

[51] Int. Cl.[6] ................................. **A61K 9/16; A61K 9/20; A61K 9/48; A61K 47/02**

[52] U.S. Cl. ........................... **424/451**; 424/465; 424/683; 424/692; 424/693; 424/715; 424/489; 514/824

[58] Field of Search ...................... 424/451, 454, 424/465, 715, 683, 692, 693; 514/824

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,681,893 | 7/1987 | Roth | 514/422 |
| 5,030,447 | 7/1991 | Mills et al. | 514/422 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 409281A1 | 1/1991 | European Pat. Off. | . |

Primary Examiner—Edward J. Webman
Attorney, Agent, or Firm—Michael J. Atkins

[57] **ABSTRACT**

An oral pharmaceutical composition is provided for treating hypercholesterolemia or hyperlipidemia containing an advantageous formulation for stabilizing the HMG-CoA coenzyme A inhibitor, CI-981 Hemi-Calcium, of formula (IA)



with effective amounts of calcium carbonate. A method for preparing a CI-981 stabilizing composition is described.

**22 Claims, No Drawings**

5,686,104

1

## STABLE ORAL CI-981 FORMULATION AND PROCESS OF PREPARING SAME

### CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. Ser. No. 08/005,708 filed Jan. 19, 1993, now abandoned.

### FIELD OF THE INVENTION

The present invention relates to stable oral pharmaceutical formulations of acid-sensitive substituted pyran ring-opened acid forms of substituted pyrrolyl carboxamides useful in the treatment of hypercholesterolemia or hyperlipidemia. A method for the preparation of such formulations is also described.

### BACKGROUND OF THE INVENTION

Hypercholesterolemia and hyperlipidemia, conditions of excessively high levels of blood cholesterol and lipids, are well recognized risk factors in the onset of atherosclerosis and coronary heart disease. The blood cholesterol pool is generally dependent on dietary uptake of cholesterol from the intestine and biosynthesis of cholesterol throughout the body, especially the liver. Cholesterol is an indispensable component of virtually all cell membrane systems, as well as a precursor of a variety of steroid hormones and bile acids.

It is well known that inhibitors of 3-hydroxy-3-methylglutaryl-coenzyme A reductase (HMG-CoA reductase), an important enzyme catalyzing the intracellular synthesis of cholesterol, especially in terms of the low density lipoprotein form of cholesterol. Therefore, HMG-CoA reductase enzyme inhibitors are considered potentially useful as hypocholesterolemic or hypolipidemic agents.

Certain trans-6-[2-(3 or 4-carboxamido-substituted pyrrol-1-yl)alkyl]-4-hydroxypyran-2-ones and corresponding pyran ring-opened hydroxy acids derived therefrom have been described in U.S. Pat. No. 4,681,893 to Roth as potent inhibitors of HMG-CoA reductase which description is herewith incorporated by reference in the present specification. The pyran ring-opened hydroxy acids which are intermediates in the synthesis of the lactone compounds can be used as free acids or as pharmaceutically acceptable metal or amine salts. In particular, these compounds can be represented by the formula I below:



wherein X is —CH₂—, —CH₂CH₂—, —CH₂CH₂CH₂— or —CH₂CH(CH₃)—;

R₁ is 1-naphthyl; 2-naphthyl; cyclohexyl, norbornenyl; 2-, 3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoyloxy of from two to eight carbon atoms;

either R₂ or R₃ is —CONR₅R₆ where R₅ and R₆ are independently hydrogen; alkyl of from one to six carbon atoms; 2-, 3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, cyano, trifluoromethyl, or carboalkoxy of from three to eight carbon atoms; and the other

2

of R₂ or R₃ is hydrogen; alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; phenyl; or phenyl substituted with fluorine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoyloxy of from two to eight carbon atoms;

R₄ is alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; or trifluoromethyl; and M is a pharmaceutically acceptable salt, which includes a pharmaceutically acceptable metal salt or a pharmaceutically acceptable amine salt.

Among the stereo-specific isomers one particular compound having HMG-CoA reductase inhibitory activity, CI-981 Hemi-Calcium, is currently under development for the treatment of moderate to severe familial or nonfamilial hypercholesterolemia (Type IIa). This most preferred compound characterized is the ring-opened form of (2R-trans)-5-(4-fluorophenyl)-2-(1 methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1 H-pyrrole-3-carboxamide, namely, the enantiomer [R-(R*, R*)]-2-(4-fluorophenyl-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid hemicalcium salt. Its chemical structure may be represented by formula IA:



(IA)

The specific isomer (CI-981) has been described in U.S. Pat. No. 5,273,995.

However, these compounds are unstable in that they are susceptible to heat, moisture, low pH environment, and light. In an acidic environment, in particular, the hydroxy acids will degrade to lactone. In addition, the hydroxy acids will decompose rapidly when exposed to UV or fluorescent light.

When packaged in the form of tablets, powders, granules, or within capsules, the compounds may be further destabilized by contact with the molecular moieties of other components. Since pharmaceutical dosage components such as binders, diluents, antiadherents, surfactants and the like may adversely interact with the active ingredient compound, a stabilizing means is required for effective pharmaceutical dosages.

Therefore, it is an object of the present invention to provide a stable solid peroral pharmaceutical formulation comprising substituted pyrrolyl substituted pyran ring-opened hydroxy acids for therapy of hypercholesterolemia or hyperlipidemia. More particularly, it is the object of the present invention to provide a stable solid peroral pharmaceutical formulation comprising a HMG CoA reductase inhibitor, such as the aforedescribed CI-981 Hemi-Calcium, as active ingredient.

### SUMMARY OF THE INVENTION

Accordingly, the present invention provides a pharmaceutical formulation characterized by improved stability of a

5,686,104

| 3 | 4 |

7-substituted pyrrolyl-3,5-dihydroxyheptanoic acid salt as active ingredient combined with at least one pharmaceutically acceptable stabilizing additive for peroral treatment of hypercholesterolemia or hyperlipidemia.

An aspect of the present invention is to provide a stable oral pharmaceutical formulation for the treatment of hypercholesterolemia or hyperlipidemia comprising as active ingredient, a HMG-CoA reductase enzyme inhibitor according to Formula (I), as defined above, which is stabilized by combination with at least one pharmaceutically acceptable metal salt additive.

Another aspect of the present invention is to provide a stable oral pharmaceutical formulation for the treatment of hypercholesterolemia or hyperlipidemia comprising, as an active ingredient, a HMG-CoA reductase inhibitor such as CI-981 Hemi-Calcium, namely, the enantiomer [R-(R*,R*)]-2-(4-fluorophenyl-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl)]-1H-pyrrole-1-heptanoic acid, hemicalcium salt, having the proposed isomeric structural Formula (IA) stabilized by a combination with at least one pharmaceutically acceptable alkaline earth metal salt such as calcium carbonate, calcium hydroxide, magnesium carbonate, magnesium hydroxide, magnesium silicate, magnesium aluminate or aluminum magnesium hydroxide.

Further, a preferred embodiment of the present invention provides a stable peroral pharmaceutical formulation for the treatment of hypercholesterolemia or hyperlipidemia comprising the HMG-CoA reductase inhibitor, CI-981 Hemi-Calcium, having the proposed structure according to the above-described structural Formula (IA) combined with calcium carbonate as stabilizing additive.

Further, a preferred embodiment of the present invention provides a stable oral pharmaceutical formulation for the treatment of hypercholesterolemia or hyperlipidemia comprising the HMG-CoA reductase inhibitor, CI-981 Hemi-Calcium, as active ingredient in a composition comprising, in addition to the stabilizing additive calcium carbonate, at least one other ingredient such as a binder, diluent, disintegrant, surfactant, and, optionally, antioxidant.

More specifically, the present invention provides a stable solid oral pharmaceutical composition wherein the active ingredient dosage is between about 1% and about 50% by weight of the composition.

The present invention also provides a stable solid oral pharmaceutical composition containing about 5% to about 75% of the stabilizer calcium carbonate by weight of the composition.

Another preferred embodiment of the present invention is a stable solid oral pharmaceutical composition comprising in addition to the active and the stabilizing ingredients, cited above, by weight, between about 5% and about 75% microcrystalline cellulose; between about 1% and about 80% of hydrous lactose; between about 1% and about 15% of croscarmellose sodium; between about 0.5% and about 6% hydroxypropyl cellulose; between about 0.1% and about 4% of Tween 80; between about 0.25% and about 2% of magnesium stearate; and optionally between about 0.0% and about 3% of sodium ascorbate or butylated hydroxyanisole of the total solid composition.

The present invention is also directed to a method of preparing a stable solid composition of the active ingredient according to Formula (I) comprising a stabilizing additive, for peroral therapy of hypercholesterolemia or hyperlipidemia.

A preferred embodiment of the present invention also provides a method for preparing the solid oral composition,

including stabilizing the active ingredient, CI-981 Hemi-Calcium, according to Formula (IA) with calcium carbonate and admixing a binder, a diluent, a disintegrant, a surfactant, and optionally an antioxidant.

## DETAILED DESCRIPTION OF THE INVENTION

The pyran ring-opened hydroxy acid corresponding to certain trans-6-[2-(3 or 4-carboxamido-substituted pyrrol-1-yl)alkyl]-4-hydroxypyran-2-ones can be useful inhibitors of HMG-CoA reductase and may be used in their free acid form. Both lactone and free acid forms can be prepared in accordance with the process described in U.S. Pat. No. 4,681,893, which is incorporated by reference therefor. The free acid can be prepared by hydrolysis of the lactone form or by treatment of the salt with cationic exchange resin (H+ resin) and evaporating the water portion. These free acids also react to form pharmaceutically acceptable metal or amine salts. The term "pharmaceutically acceptable metal salt" contemplates sodium, potassium, lithium, calcium, magnesium, aluminum, iron, or zinc salts. The term "pharmaceutically acceptable amine salt" contemplates salts formed by reaction with ammonium hydroxide or organic amine salt or for example methylglucamine, choline, arginine, 1-deoxy-2-(methylamino)-D-glucitol and the like.

Insofar as the hydroxy acid compounds according to formula I or metal or amine salts thereof are HMG-CoA reductase inhibitors they may be useful in the treatment of hypercholesterolemia or hyperlipidemia. The compound of particular interest is the HMG-CoA reductase enzyme inhibitor, CI-981 Hemi-Calcium, Formula (IA), which is presently under development as a drug for treatment of hypercholesterolemia or hyperlipidemia.

The preferred compounds according to the present invention, especially the compound CI-981 or [R-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid hemicalcium salt, inhibit the biosynthesis of cholesterol as measured in the CSI screen assay disclosed in U.S. Pat. No. 4,681,893, which is incorporated by reference. More particularly, the level of HMG-CoA reductase enzyme activity in standard laboratory rats is increased by feeding the rats a chow diet containing 5% cholestyramine for four days, after which the rats are sacrificed. The rat livers are dissected and homogenized, and the incorporation of cholesterol -$^{14}C$-acetate into nonsaponifiable lipid by the rat liver homogenate is measured. The micromolar concentration of compound required for 50% inhibition of sterol synthesis over a one-hour period is measured, and denoted as an $IC_{50}$ value. The activity data of representative examples of the compound CI-981 Hemi-Calcium, its enantiomer and the racemate of both compounds have been disclosed in the aforementioned U.S. Pat. No. 5,273,995, which are incorporated herein.

| Compound | $IC_{50}$ (micromoles/liter) |
|---|---|
| [R-(R*R*)] isomer (CI-981 Hemi-Calcium) | 0.0044 |
| [S-(R*R*)] isomer | 0.44 |
| Racemate | 0.045 |

The most preferred compound of the present invention, CI-981 (structural Formula IA), is the enantiomer [R-(R*R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1

5,686,104

**5**

H-pyrrole-1-heptanoic acid, hemicalcium salt. This chiral form can be synthesized from known starting materials or from materials prepared according to methods analogous to known processes in accordance with the scheme 2 of the copending patent application recited above and incorporated by reference herein, as follows:



(2)



73%    (3)

$$\xrightarrow[\text{16 hrs}]{\dfrac{\text{1.1 eq NaOMe}}{\text{MeOH, −10° C.}}}$$



75%    (4)

**6**

-continued



(5)  78%

$$\xrightarrow[\text{2. H}_2\text{O}_2]{\substack{\text{1. B(Et)}_3, \\ \text{NaBH}_4}}$$



(6)  83%

$$\xrightarrow[\text{2. Tol. —H}_2\text{O↑↓}]{\text{1. NaOH}}$$



(7)  57%

$[\alpha]_D^{23} = +18.07 \, (\text{CHCl}_3)$

In addition, the preferred chiral form can be prepared from a racemic mixture prepared by the methods described in U.S. Pat. No. 4,681,893, especially examples 1 and 2 which description is incorporated by reference therefor.

Reference of the racemate and separation of the preferred isomer can be performed in accordance with the methodology for chiral synthesis disclosed in copending U.S. patent application Ser. No. 07,660,976, as illustrated in the Examples 1–5, which is incorporated herein by reference therefor.

The present invention provides a pharmaceutical composition containing hypocholesterolemic or hypolipidemic compounds according to preferredly Formula (I) or more preferredly Formula (IA). The preferred effective stereoisomeric compounds of the present invention are administered to the patient at adult dosage levels of from approximately 10 to 500 mg per day, or from about 0.1 to about 8.0 mg/kg body weight per day. More preferred daily dosages range from about 0.5 to 1.0 mg/kg. The unit dosage treat-

5,686,104

**7**

ment embodiment provided by the present invention for oral or parenteral administration may be varied or adjusted from 10 to 500 mg, preferably from 20 to 100 mg depending on potency or application. .

Since the hydroxy acid compounds according to formula I are susceptible to degradation to the lactone form in an acidic environment, it has been necessary to stabilize their structural integrity in pharmaceutical formulations. Moreover, the compounds have been determined to decompose rapidly under the impact of UV and fluorescent light.

For the purpose of stable oral preparations of the present invention, pharmaceutically acceptable inert carriers can be either solid or liquid. The most preferred embodiment of the present invention provides for an oral solid formulation which may include powders, tablets, dispersible granules, capsules, and cachets. A solid carrier may be one or more substances which can also act as diluents, flavoring agents, binders, or tablet disintegrating agents. Encapsulating materials are also within the scope of the present invention.

In powdered preparations, the carrier is preferably a solid which is finely divided in a homogeneous mixture with the finely divided active ingredient. In tablets, the active component is blended with the carrier material with binding properties that facilitate compacting, shaping and sizing as

**8**

Preferably, the lithium, calcium, magnesium, aluminum and ferrous or ferric salts are prepared from the sodium or potassium salt by adding the appropriate reagent to a solution of the sodium or potassium salt i.e., addition of calcium chloride to a solution of the sodium or potassium salt of the compound of the formula I will give the calcium salt thereof.

The active hydroxy acid metal salt ingredient of the present invention which may be an isomeric compound with a structure according to Formula (I) or, preferredly, Formula (IA) can be prepared from sodium salt or lactone as illustrated in Example A, below.

### EXAMPLE A

Calcium Salt from Sodium Salt and/or Lactone

One mole lactone (540.6 g) is dissolved in 5 L of MeOH; after dissolution 1 L $H_2O$ is added. While stirring, one equivalent NaOH is added and the reaction is followed by HPLC until 2% or less lactone and methyl ester of the diolacid remains (one cannot use an excess of NaOH, because $Ca(OH)_2$ will form on addition of $CaCl_2$). Usually NaOH is charged as caustic (51.3 ml, 0.98 eq.) or as pellets (39.1 g, 0.98 eq.).

The above procedure is shown as follows:



m.w. = 540.6 g

desirable. Oral powders or tablets according to the present invention are generally designed to contain between about 1% to about 50% by weight of the active ingredient.

As is usual in the art, pharmaceutical preparations are in suitable unit dosage form, which can be a capsule, cachet or tablet, or any number thereof, as appropriate. Dosages are held to be within the skill of the art and may vary with the particular requirements and bioavailability of the active ingredient.

In practice, use of the salt form amounts to use of the acid or lactone form. Appropriate pharmaceutically acceptable salts within the scope of the invention are those derived from bases such as sodium hydroxide, potassium hydroxide, lithium hydroxide, calcium hydroxide, 1-deoxy-2-(methylamino)-D-glucitol, magnesium hydroxide, zinc hydroxide, aluminum hydroxide, ferrous or ferric hydroxide, ammonium hydroxide or organic amines such as N-methylglucamine, choline, arginine and the like.

The abbreviation "Ph" is for the term phenyl group. Upon completion of hydrolysis, 10 L $H_2O$ are added, then the product is washed at least two times with a 1:1 mixture of EtOAc/Hexane. Each wash should contain 10 L each of EtOAc/Hexane. If sodium salt is pure, 15 L of MeOH are added. If it is impure and/or contains color, 100 g of G-60 charcoal are added, the mixture is stirred for two hours, filtered over supercel, and washed with 15 L MeOH. An assay analysis (weight per volume, %) is performed on the reaction mixture by HPLC, to determine the exact amount of salt in solution.

Subsequently, about ½ equivalent or a slight excess of $CaCl_2.2H_2O$ (73.5 g) is dissolved in 20 L $H_2O$. Both the reaction mixture and the $CaCl_2$ solution are heated to 60° C. $CaCl_2$ solution is added slowly, with high agitation. After complete addition, the reaction mixture is cooled slowly to 15° C. and filtered. The filter cake is washed with 5 L $H_2O$ and dried at 50° C. in a vacuum oven.

5,686,104

**9**

The product can be recrystallized by dissolving in 4 L of EtOAc (50° C.) filtering over supercel, washing with 1 L EtOAc, then charging 3 L of hexane to the 50° C. reaction solution.

The above procedure is shown as follows:



m.w. = 580.6 g

1/2 eq.CaCl₂.2H₂O / H₂O →



m.w. = 1155.4 g

**30**

The present invention provides a preferred composition for stabilizing the active ingredient such as, e.g., CI-981 Hemi-Calcium, using basic inorganic pharmaceutically acceptable salts of calcium such as calcium carbonate and calcium hydroxide or basic inorganic pharmaceutically acceptable salts of magnesium such as magnesium carbonate, magnesium hydroxide, magnesium silicate, magnesium aluminate, and aluminum magnesium hydroxide, or basic inorganic pharmaceutically acceptable salts of lithium such as lithium hydroxide and similar lithium compounds or other similarly suitable alkaline earth metals. The basic inorganic salts of calcium, lithium or magnesium can be utilized in a weight ratio ranging between about 0.1 to 1 and about 50 to 1 of salt compound to active ingredient.

Stabilized solid oral pharmaceutical formulations of the present invention are designed to protect the anti-hypercholesterolemia or anti-hyperlipidemia drug, e.g., CI-981 Hemi-Calcium, of Formula IA (as defined above), from any degrading or processing environment, as well as preserve it from photochemical decomposition during storage. Specifically, the most preferred active chemical ingredient is the compound CI-981 Hemi-Calcium of Formula (IA). The solid formulation according to the present invention also includes, in addition to a stabilizing metal or alkaline earth metal salt, several additives which are known as suitable agents in the art comprising combinations and concentrations as further described below.

The present invention without limiting further provides for diluent additives such as microcrystalline cellulose, hydrous lactose, corn starch, sucrose, silicic anhydride or polysaccharides (as are known as suitable in the art); binders such as methyl cellulose, carboxymethylcellulose, hydroxypropylcellulose, hydroxymethylpropylcellulose, polyvinylpyrrolidone, polyvinylalcohol or starch; disintegrants such as carboxymethylcellulose calcium, croscarmellose sodium, or starch; and surfactants such as Tween 80 or polyoxyethylene-polyoxypropylene copolymer.

**10**

Antioxidants can also be incorporated with the formulations in order to prevent any oxidation of the drug compound. For example, antioxidants that could be used are butylated hydroxanisole, sodium ascorbate, butylated hydroxytoluene, sodium metabisulfate, malic acid, citric acid and ascorbic acid.

The most preferred embodiment of the present invention is directed to a solid oral composition including CI-981 Hemi-Calcium as active ingredient, calcium carbonate as the stabilizing component, and other additives.

The basic excipient, calcium carbonate, has been found to provide effective control of the microenvironment of the composition. Further to the present invention, microcrystalline cellulose and hydrous lactose are applied as suitable diluents. In addition, the inventive composition contains a suitable amount of croscarmellose sodium as functional disintegrant. The non-ionic detergent Tween 80 is used as a surfactant. The composition also contains hydroxypropyl cellulose as binder selected from among several applicable substances such as, i.e., polyethylene glycol, polyvinylpyrrolidone, polyvinyl alcohol, hydroxymethylcellulose or hydroxypropylmethylcellulose. As anti-oxidants, reagents such as butylated hydroxyanisole, sodium ascorbate, ascorbic acid or others may optionally be incorporated in the composition. Magnesium stearate can be selected from a group including other substances such as stearic acid, palmitic acid, talc or similar lubricating compounds.

Other possible and supplemental ingredients such as preservatives, driers, glidants, or colorants known as conventional by those skilled in the art may be included optionally in the inventive formulation.

In accordance with the preferred embodiment of the present invention, the formulations provide for the following concentration ranges of ingredients by weight: the active ingredient or drug concentration is in the range from about 1% to about 50%; calcium carbonate from about 5% to about 75%; microcrystalline cellulose from about 5% to about 75%; hydrous lactose from about 1% to about 80%; croscarmellose sodium from about 1% to about 15%; hydrox-

5,686,104

**11**

ypropylcellulose from about 0.5% to about 6%; Tween 80 from about 0.1% to about 4%; magnesium stearate from about 0.25% to about 2%; and sodium ascorbate [or ascorbic acid] from about 0.0% to about 3%.

The more preferred composition formulated according to the present invention includes the following approximate concentrations of ingredients by weight: 6.91% of the drug; 22% of calcium carbonate; 40% microcrystalline cellulose; 22.19% hydrous lactose; 6% croscarmellose sodium; 2% hydroxypropyl cellulose; 0.4% Tween 80; and 0.5% magnesium stearate; in addition, optionally 0.02% of an antioxidant such as sodium ascorbate.

In particular, CI-981 Hemi-Calcium degrades rapidly in compositions prepared by the wet-granulation method. It has therefore been a surprising discovery that, by adding calcium carbonate, solid formulations for this drug can be prepared by the wet granulation method without compromising the stability of the drug.

Method of Preparation of Pharmaceutical Composition

The method for preparing a solid pharmaceutical composition according to the present invention includes (a) milling an excess of the drug, which can be a compound of Formula I or Formula IA (CI-981 Hemi-Calcium); (b) dissolving at least one binder additive in aqueous surfactant solution; (c) blending the milled drug with at least one drug-stabilizing additive and at least one diluent additive with the drug-stabilizing additive and one half of a disintegrant additive in a rotary mixing vessel equipped with a chopping device; (d) granulating the blended drug ingredient mixture of step (c) with the surfactant/binder solution of step (b) in gradual increments in the chopper equipped mixing vessel; (e) drying the granulated drug mixture overnight at about 50° C.; (f) sieving the dried granulated drug mixture; (g) tumble blending the sieved drug mixture with the remaining amount of the disintegrant additive; (h) mixing separately an aliquot of the drug mixture of step (g) with magnesium stearate, sieving same, and returning same to the drug mixture of step (g) and tumble blending the entire drug mixture; and compressing aliquots of the drug mixture of step (h) into tablet having suitable drug strength.

More particularly, the preferred embodiments of the present invention can be prepared in accordance with the batch procedure given in the examples below.

EXAMPLE 1 (PROTOCOL)

In order to produce 1.5 kg of the composition formulated for peroral therapy, the following steps are taken:

(a) An excess of about 5% by weight of CI-981 Hemi-Calcium is passed through a Model D Fitzmill, which is equipped with a No. O RH screen (0.027"). The mill is run at a high speed with impact forward. Exactly 103.65 g of the milled drug is weighed for step (c).

(b) Tween 80 in an appropriate amount (6.0 g) is dissolved in 100 ml of purified water heated to about 50° C. and mixed for approximately 5 minutes; similarly the hydroxypropyl cellulose (30.0 g) is dispersed in the warm Tween 80 solution and mixed for about 5 minutes; the remaining purified water (500 ml) is added, and the entire mixture is then allowed to hydrate for at least 4 (four) hours.

(c) Thereafter, the milled drug, CI-981 Hemi-Calcium (103.65 g), calcium carbonate (330.0 g), microcrystalline cellulose (600.0 g), hydrous lactose (332.85 g), and

**12**

50% of the croscarmellose sodium (45.0 g) are mixed in the 10 liter-Collette Gral for about 5 minutes with the mixer running at 300 rpm and chopper speed 1.

(d) The blended preparation of step (c) is granulated with the solution of step (b) by adding the solution over 30 to 60 seconds with only the mixer running at 300 rpm; then the mixing is continued up to a total of 3 minutes with the mixer speed of 300 rpm and the chopper speed set at 1; the bowl is now lowered and material scraped from the blades and the top of the mixing apparatus. Subsequently, the preparation is remixed for another 3 minutes with the mixer running 300 rpm and the chopper speed setting at 1, with additional amounts of purified water and 3 minutes time increments of mixing, as necessary to obtain adequate granular consistency.

(e) The granulated preparation is spread on paper-lined trays, dried at 50° C. overnight to a load-only-dose of approximately 2%.

(f) The dried granulation is passed through a Quadromill (Comill) which is equipped with a 0.032" screen.

(g) Approximately half the milled granulation is transferred to a 4 qt. twin shell blender, followed by the remaining 50% (w/w) of the croscarmellose sodium (45.0 g) and finally the remaining milled granulation; the entire mixture is tumble blended for 10 minutes.

(h) Approximately 50 g of the blend resulting from step (g) is removed and mixed with magnesium stearate (7.50 g); this side mixture is passed through a #40 mesh screen and returned to the 4 qt. twin shell blender, and the entire mixture is tumble blended for 5 minutes.

(i) Finally, an appropriate aliquot of the final mixture is compressed to obtain a tablet weight containing the desired drug strength.

EXAMPLE 2

All steps in this Example 2 are the same as in Example 1 except for step (b) which proceeds as follows:

(2b) Firstly, Tween 80 (6.0 g) is dissolved in 100 ml of purified water which has been heated to 50° C.; secondly, after about 5 minutes of mechanical stirring, the hydroxypropyl cellulose (30.0 g) is dispersed in the Tween 80 solution and further mixed for about 5 minutes; thirdly (and optionally) sodium ascorbate (0.3 g) is dissolved in the remaining volume of purified water and added to the Tween 80-hydroxypropyl cellulose mixture. Thereupon the mixture is allowed to hydrate for at least four (4) hours.

EXAMPLE 3

All steps of this alternative embodiment are as described in Example 1 with the exception of process step (b). However, step (b) is as follows:

Firstly, Tween 80 is dissolved in 100 ml of purified water which has been heated to 50° C. Secondly, butylated hydroxyanisole is dissolved in 10 ml of ethanol; which solution is then stirred into the Tween 80 mixture and agitated for 5 minutes. Thirdly, the hydroxypropyl cellulose is dispersed in the above mixture and stirred for approximately 5 minutes. The remaining purified water is added to the mixture which is then allowed to hydrate for at least 4 hours.

The tablets as prepared in all the Examples are film-coated with a film-coating agent known to those of skill in the art to about a 3% weight increase.

5,686,104

**13**

The comparative stability of the preferred antihypercholesterolemia or antihyperlipidemia formulations containing CI-981 was tested under highly accelerated stress conditions at elevated temperatures. In particular, the stability of a CI-981 formulation was tested by comparing a powder blend prepared according to the method of Example 3, at 2.5 mg active ingredient dosage in the presence (Ex. 4) or the absence (Ex. 5) of calcium carbonate. The samples were stored in duplicate for two and four weeks at either 45° or 60° C. and then analyzed by reverse phase high performance liquid chromatography ("HPLC"). The HPLC assay procedure employs a Zorbax® Reliance C18 column (8 cm long, 5 micron bead) and a mobile phase of acetonitrile in aqueous buffer (35:65) containing triethylamine, sodium acetate adjusted to pH 4.0. A detection wavelength of 244 nm was used.

The results showed that the calcium carbonate containing preparation of Example 4 incurred no detectable losses of the drug CI-981 after two weeks at 60° C. and only negligible losses of about 0.25% by weight after four weeks at 45° C. and about one half percent by weight at 60° C. In contrast, the formulation of Example 5, lacking calcium carbonate, lost by weight about 2.45% ingredient after four weeks storage at 45° C., about 4.12% of CI-981 after only two weeks and about 5.3% at 60° C. (See Table I).

The second set of comparative data (see Table II) concerns the formulations of Examples 6 and 7 prepared in accord with the protocol of Example 3, wherein the composition was packaged in a capsule at 2.5 mg strength with calcium carbonate (Ex. 6) and without calcium carbonate (Ex. 7). The formulation of Example 6, when measured by HPLC, lost about one half a percent by weight of CI-981 after four weeks at 45° C. and about 2.2% after two weeks at 60° C. The capsule preparation of Example 7 had a CI-981 content which was diminished by about 4.4% after four weeks at 45° C. After two weeks at 60° C., about 14% of CI-981 Hemi-Calcium was lost, as measured by HPLC.

**TABLE I**

Stability of CI-981 formulations: a powder blend
with (Example 4) and without (Example 5) calcium carbonate.

| | PERCENT DRUG REMAINING | | | |
|---|---|---|---|---|
| | Ex. 4 | | Ex. 5 | |
| TIME (WEEKS) | 45° C. | 60° C. | 45° C. | 60° C. |
| 0 | 100 | 100 | 100 | 100 |
| 2 | ND | 100 | 100 | 95.88 |
| 4 | 99.75 | 99.48 | 97.55 | 94.7 |

**TABLE II**

Stability of CI-981 formulations: a capsule with
(Example 6) and without (Example 7) calcium carbonate.

| | PERCENT DRUG REMAINING | | | |
|---|---|---|---|---|
| | Ex. 6 | | Ex. 7 | |
| TIME (WEEKS) | 45° C. | 60° C. | 45° C. | 60° C. |
| 0 | 100 | 100 | 100 | 100 |
| 2 | ND | 97.81 | ND | 86 |
| 4 | 99.55 | ND | 95.6 | ND |

**14**

**TABLE III**

Stability of CI-981 formulations: a coated
tablet with calcium carbonate (Example 8).

| | PERCENT DRUG REMAINING | |
|---|---|---|
| TIME (WEEKS) | 45° C. | 60° C. |
| 0 | 100 | 100 |
| 2 | ND | 99.11 |
| 4 | 99.47 | 98.30 |

ND = not determined

Finally, the stability of the preferred formulation according to the present invention was tested in the form of a coated tablet (Example 8) containing calcium carbonate (see Table III). In particular, the preparation of Example 8 was stored for four weeks at 45° C. and lost about 0.5% by weight of CI-981. After two weeks at 60° C., the composition (Ex. 8) contained about 0.9% less by weight active ingredient and after four weeks at 60° C. about 1.7% less by weight active ingredient. Clearly, the formulation according to the preferred embodiment containing calcium carbonate effectively protects the integrity of the active compounds during both the wet granulation step of the process of preparing the stable solid composition and the subsequent storage in the form of a powder blend, capsule or coated tablet.

Consequently, any variations of the invention described above are not to be regarded as a departure from the spirit and scope of the invention as claimed.

What is claimed is:

1. A pharmaceutical composition for the peroral treatment of hypercholesterolemia or hyperlipidemia characterized by improved stability comprising in a mixture, a compound as active ingredient of structural formula I

$$R_2 \overset{R_1}{\underset{R_3}{\diagup}} R_4 \quad N{-}{-}{-}X{-}{-}\overset{HO \quad H}{\underset{}{C}}{-}{-}CH_2{-}{-}\overset{HO \quad H}{\underset{}{CC}}{-}{-}CH_2COOM$$

wherein X is —CH₂—, —CH₂CH₂—, —CH₂CH₂CH₂— or —CH₂CH(CH₃);

$R_1$ is 1-naphthyl; 2-naphthyl; cyclohexyl, norbornenyl; 2-, 3-, or 4-pyridinyl; phenyl; phenyl substituted with flourine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoylalkoxy of from two to eight carbon atoms;

either $R_2$ or $R_3$ is —CONR₅R₆ where R₅ and R₆ are independently hydrogen; alkyl of from one to six carbon atoms; 2-, 3-, or 4-pyridinyl; phenyl; phenyl substituted with fluorine, chlorine, bromine, cyano, trifluoromethyl, or carboalkoxy of from three to eight carbon atoms; and the other R₂ or R₃ is hydrogen; alkyl of from one to six carbon atoms; cyclopropyl; cyclobutyl; cyclopentyl; cyclohexyl; phenyl; or phenyl substituted with fluorine, chlorine, bromine, hydroxyl, trifluoromethyl, alkyl of from one to four carbon atoms, alkoxy of from one to four carbon atoms, or alkanoyloxy of from two to eight carbon atoms;

$R_4$ is alkyl of from one to six carbon atoms, cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, or trifluoromethyl;

5,686,104

**15**

M is a pharmaceutically acceptable metal salt;

at least one stabilizing pharmaceutically acceptable alkaline metal salt additive and comprising by weight of the total solid composition at least one binder selected from the group consisting of methyl cellulose, carboxymethylcellulose, hydroxypropylcellulose, hydroxymethylpropylcellulose, polyvinylpyrrolidone, polyvinylalcohol, starch, and hydroxymethylcellulose comprising by weight between about 0.5% and about 6%;

at least one diluent selected from the group consisting of microcrystalline cellulose, hydrous lactose, cornstarch, sucrose, and silicic anhydride comprising by weight between about 1% and about 80%;

at least one disintegrant selected from the group consisting of carboxymethylcellulose, croscarmellose and starch comprising by weight between about 1% and about 15%;

at least one surfactant selected from the group consisting of polyoxyethylene sorbitan and polyoxyethylene-polyoxypropylene copolymer comprising by weight between about 0.1% and about 4%;

at least one lubricant selected from the group consisting of magnesium stearate, stearic acid, palmitic acid, and talc comprising by weight between about 0.25% and about 2%;

and optionally at least one antioxidant selected from the group consisting of butylated hydroxanisole, sodium ascorbate, butylated hydroxytoluene, sodium metabisulfate, malic acid, citric acid, and ascorbic acid comprising by weight up to about 3%.

2. The stable pharmaceutical composition of claim 1 wherein the active ingredient is a pharmaceutically acceptable metal salt of [R-(R*,R*)]-2-(4-fluorophenyl-β,δ-dihydroxy-5(1-methylethyl)-3-phenyl-4-[(phenylamino) carbonyl]-1H-pyrrole-1-heptanoic acid.

3. The stable pharmaceutical composition of claim 2, wherein the pharmaceutically acceptable metal salt is an alkaline earth metal salt.

4. The stable pharmaceutical composition of claim 2, wherein the active ingredient is CI-981 Hemi-Calcium of Formula (IA):



(IA)

and wherein the stabilizing pharmaceutically acceptable metal salt additive is calcium carbonate.

5. The stable pharmaceutical composition of claim 1, 2 or claim 4, wherein the active ingredient dosage is between about 1% and about 50% by weight of the composition.

6. A method for preparing a stable pharmaceutical composition for the peroral treatment of hypercholesterolemia or hyperlipidemia comprising a step of mixing thoroughly about 1% to about 50% by weight of the active ingredient of claim 1, claim 2 or claim 4 with about 5% to about 75% by weight of a stabilizing pharmaceutically acceptable additive.

**16**

7. The stable pharmaceutical composition of claim 1, wherein the pharmaceutically acceptable metal salt is an alkaline earth metal salt.

8. The stable pharmaceutical composition of claim 1 wherein the stabilizing pharmaceutically acceptable metal salt additive is an alkaline earth metal salt.

9. The stable pharmaceutical composition of claim 8, wherein the alkaline earth metal salt is selected from the group consisting of calcium carbonate, calcium hydroxide, magnesium carbonate, magnesium hydroxide, magnesium silicate, magnesium aluminate and aluminum magnesium hydroxide.

10. The stable pharmaceutical composition of claim 1, wherein the stabilizing pharmaceutically acceptable metal salt additive is calcium carbonate.

11. The stable pharmaceutical composition of claim 10 wherein the stabilizer calcium carbonate is in the range from about 5% to about 75% by weight of the composition.

12. The stable pharmaceutical composition of claim 1, further comprising an antioxidant.

13. The stable pharmaceutical composition of claim 12 wherein the composition comprises by weight between about 5% and about 75% microcrystalline cellulose; between about 1% and about 80% of hydrous lactose; between about 1% and about 15% of croscarmellose sodium; between about 0.5% and about 6% hydroxypropyl cellulose; between about 0.1% and about 4% of Tween 80; between about 0.25% and about 2% of magnesium stearate; and up to about 3% of sodium ascorbate or butylated hydroxyanisole of the total solid composition.

14. A stabilized solid pharmaceutical composition for peroral treatment of hypercholesterolemia or hyperlipidemia comprising in solid unit dosage form an active ingredient [R-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid hemicalcium salt and a stabilizer selected from the group consisting of calcium carbonate, calcium hydroxide, magnesium carbonate, magnesium hydroxide, magnesium silicate, magnesium aluminate, and aluminum magnesium hydroxide and comprising by weight of the total solid composition at least one binder selected from the group consisting of methyl cellulose, carboxymethylcellulose, hydroxypropylcellulose, hydroxymethylpropylcellulose, polyvinylpyrrolidone, polyvinylalcohol, starch, and hydroxymethylcellulose comprising by weight between about 0.5% and about 6%;

at least one diluent selected from the group consisting of microcrystalline cellulose, hydrous lactose, cornstarch, sucrose, and silicic anhydride comprising by weight between about 1% and about 80%;

at least one disintegrant selected from the group consisting of carboxymethylcellulose, croscarmellose and starch comprising by weight between about 1% and about 15%;

at least one surfactant selected from the group consisting of polyoxyethylene sorbitan and polyoxyethylene-polyoxypropylene copolymer comprising by weight between about 0.1% and about 4%;

at least one lubricant selected from the group consisting of magnesium stearate, stearic acid, palmitic acid, and talc comprising by weight between about 0.25% and about 2%;

and optionally at least one antioxidant selected from the group consisting of butylated hydroxanisole, sodium ascorbate, butylated hydroxytoluene, sodium metabisulfate, malic acid, citric acid, and ascorbic acid comprising by weight up to about 3%.

5,686,104

**17**

15. A method for preparing a stabilized pharmaceutical composition formulated for peroral therapy of hypercholesterolemia or hyperlipidemia comprising:

(a) milling an excess of the drug, CI-981 Hemi-Calcium of the formula IA:



.1/2 Ca

(b) dissolving at least one binder additive in aqueous surfactant solution;

(c) blending the milled drug with at least one drug-stabilizing alkaline earth metal salt additive and at least one diluent additive ingredient with the drug-stabilizing additive and one half of a disintegrant additive in a rotary mixing vessel equipped with a chopping device;

(d) granulating the blended drug mixture of step (c) with the surfactant/binder solution of step (b) in gradual increments in the chopper equipped mixing vessel;

(e) drying the granulated drug mixture overnight at about 50° C.;

(f) sieving the dried granulated drug mixture;

(g) tumble blending the sieved drug mixture with the remaining amount of the disintegrant additive;

(h) mixing separately an aliquot of the step (g) drug mixture with magnesium stearate, sieving same, and returning same to the drug mixture of step (g) and tumble blending the entire drug mixture; and compressing aliquots of the step (h) drug mixture into tablets.

16. The method claimed in claim 15, wherein in step (c) the drug stabilizing additive comprises a basic inorganic salt of calcium or magnesium.

17. The method claimed in claim 15, wherein in step (b) the binder additive comprises methyl cellulose, carboxymethylcellulose, hydroxypropylcellulose, hydroxymethylpropylcellulose, polyvinylpyrrolidone, polyvinylalcohol or starch; and the surfactant comprises Tween 80 or polyoxyethylene-polyoxypropylene copolymer.

18. The method of claim 15 wherein in step (c) the disintegrant additive comprises croscarmellose sodium, carboxymethyl cellulose calcium or starch.

**18**

19. The method claimed in claim 15 wherein in step (c) the diluent additive is selected from the group consisting of microcrystalline cellulose, hydrous lactose, corn starch, sucrose, silicic anhydride and mixtures thereof.

20. The method claimed in claim 15 wherein the diluent additive is at least one polysaccharide.

21. A peroral pharmaceutical composition for treating hypercholesterolemia comprising an effective, cholesterol synthesis inhibitory amount of the enantiomer [R-R*,R*)]-2(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid, hemicalcium salt; stabilized by calcium carbonate, and comprising by weight of the total solid composition at least one binder selected from the group consisting of methyl cellulose, carboxymethylcellulose, hydroxypropylcellulose, hydroxymethylpropylcellulose, polyvinylpyrrolidone, polyvinylalcohol, starch, and hydroxymethylcellulose comprising by weight between about 0.5% and about 6%;

at least one diluent selected from the group consisting of microcrystalline cellulose, hydrous lactose, cornstarch, sucrose, and silicic anhydride comprising by weight between about 1% and about 80%;

at least one disintegrant selected from the group consisting of carboxymethylcellulose, croscarmellose and starch comprising by weight between about 1% and about 15%;

at least one surfactant selected from the group consisting of polyoxyethylene sorbitan and polyoxyethylene-polyoxypropylene copolymer comprising by weight between about 0.1% and about 4%;

at least one lubricant selected from the group consisting of magnesium stearate, stearic acid, palmitic acid, and talc comprising by weight between about 0.25% and about 2%;

and optionally at least one antioxidant selected from the group consisting of butylated hydroxanisole, sodium ascorbate, butylated hydroxytoluene, sodium metabisulfate, malic acid, citric acid, and ascorbic acid comprising by weight up to about 3%, in a dosage of solid enantiomer ranging from about 0.1 to about 8.0 mg/kg body weight per day.

22. A method of treating hypercholesterolemia or hyperlipidemia comprising a therapeutically effective unit dosage of the peroral pharmaceutical composition of claim 21 in the form of tablets or capsules.

*   *   *   *   *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   :   **5,686,104**

DATED        :   **November 11, 1997**

INVENTOR(S) :   **Nancy Mills, Nouman A. Muhammand, Jay Weiss and Russell U. Nesbitt**

It is certified that error appears in the above-identified patent and that said Letters Patent **is** hereby corrected as shown below:

Column 14, line 40, in structural formula I, replace "--CC--" with -C-.

Column 15, line 3, insert "earth" between "alkaline" and "metal".

Signed and Sealed this

Twentieth Day of January, 1998

*Attest:*

**BRUCE LEHMAN**

*Attesting Officer*            *Commissioner of Patents and Trademarks*

# EXHIBIT 3

US005969156A

# United States Patent [19]

## Briggs et al.

[11] Patent Number: 5,969,156

[45] Date of Patent: *Oct. 19, 1999

[54] **CRYSTALLINE [R- (R*,R*)]-2-(4-DFLUOROPHENYL)-β,δ-DIHYDROXY-5-(1-METHYLETHYL)-3-PHENYL-4-[(PHENYLAMINO)CARBONYL]-1H-PYRROLE-1-HEPTANOIC ACID HEMI CALCIUM SALT (ATORVASTATIN)**

[75] Inventors: **Christopher A. Briggs; Rex A. Jennings; Robert Wade**, all of Holland, Mich.; **Kikuko Harasawa**, Sagamihara, Japan; **Shigeru Ichikawa**, Machida, Japan; **Kazuo Minohara; Shinsuke Nakagawa**, both of Sagamihara, Japan

[73] Assignee: **Warner-Lambert Company**, Morris Plains, N.J.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/945,812**

[22] PCT Filed: **Jul. 8, 1996**

[86] PCT No.: **PCT/US96/11368**

§ 371 Date: **Oct. 2, 1997**

§ 102(e) Date: **Oct. 2, 1997**

[87] PCT Pub. No.: **WO97/03959**

PCT Pub. Date: **Feb. 6, 1997**

**Related U.S. Application Data**

[60] Provisional application No. 60/001,452, Jul. 17, 1995.

[51] Int. Cl.⁶ ...................... **C07D 207/335; A01N 43/36**
[52] U.S. Cl. ......................... **548/537;** 514/423; 514/429
[58] Field of Search ........................... 548/537; 514/423, 514/429

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,316,765   5/1994   Folkers et al. .......................... 424/94.1

FOREIGN PATENT DOCUMENTS

0409281   7/1990   European Pat. Off. .
9416693   8/1995   WIPO .

OTHER PUBLICATIONS

Bocan, Thomas et al., Antiaherosclerotic activity of inhibitors of 3–hydroxy–3–methylgutaryl coenzyme A reductase, Atherosclerosis, 111, 127–142, Dec. 1994.
*Tetrahedron Letters*, vol. 33, No. 17, 1992, pp. 2283–2284, Baumann, et al.
*Pharmaceutical Research*, vol. 10, No. 10, 1993, pp. 1461–1465, Kearney, et al.

Primary Examiner—Robert W. Ramsuer
Assistant Examiner—Dominic Keating
Attorney, Agent, or Firm—Francis J. Tinney

[57]    **ABSTRACT**

Crystalline forms of atorvastatin and hydrates thereof are useful hypolipidemic and hypocholesterolemic agents.

44 Claims, 6 Drawing Sheets









FIG-3



FIG—4



FIG—5



FIG—6

5,969,156

1

# CRYSTALLINE [R- (R*,R*)]-2-(4-DFLUOROPHENYL)-β,δ-DIHYDROXY-5-(1-METHYLETHYL)-3-PHENYL-4-[(PHENYLAMINO)CARBONYL]-1H-PYRROLE-1-HEPTANOIC ACID HEMI CALCIUM SALT (ATORVASTATIN)

This application is a 371 of PCT/US96/11368 filed Jul. 8, 1996 which is a continuation of Provisional Application No. Ser. 60/001,452, filed Jul. 17, 1995.

## BACKGROUND OF THE INVENTION

The present invention relates to novel crystalline forms of atorvastatin which is known by the chemical name [R-(R*, R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid hemi calcium salt useful as pharmaceutical agents, to methods for their production and isolation, to pharmaceutical compositions which include these compounds and a pharmaceutically acceptable carrier, and to pharmaceutical methods of treatment. The novel crystalline compounds of the present invention are useful as inhibitors of the enzyme 3-hydroxy-3-methylglutaryl-coenzyme A reductase (HMG-CoA reductase) and are thus useful hypolipidemic and hypocholesterolemic agents.

U.S. Pat. No. 4,681,893, which is herein incorporated by reference, discloses certain trans-6-[2-(3- or 4-carboxamido-substituted-pyrrol-1-yl)alkyl]-4-hydroxy-pyran-2-ones including trans (±)-5-(4-fluorophenyl)-2-(1-methylethyl)-N, 4-diphenyl-1-[(2-tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide.

U.S. Pat. No. 5,273,995, which is herein incorporated by reference, discloses the enantiomer having the R form of the ring-opened acid of trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[(2-tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide, i.e., [R-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid.

U.S. Pat. Nos. 5,003,080; 5,097,045; 5,103,024; 5,124,482; 5,149,837; 5,155,251; 5,216,174; 5,245,047; 5,248,793; 5,280,126; 5,397,792; and 5,342,952, which are herein incorporated by reference, disclose various processes and key intermediates for preparing atorvastatin.

Atorvastatin is prepared as its calcium salt, i.e., [R-(R*, R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-1H-pyrrole-1-heptanoic acid calcium salt (2:1). The calcium salt is desirable since it enables atorvastatin to be conveniently formulated in, for example, tablets, capsules, lozenges, powders, and the like for oral administration. Additionally, there is a need to produce atorvastatin in a pure and crystalline form to enable formulations to meet exacting pharmaceutical requirements and specifications.

Furthermore, the process by which atorvastatin is produced needs to be one which is amenable to large-scale production. Additionally, it is desirable that the product should be in a form that is readily filterable and easily dried. Finally, it is economically desirable that the product be stable for extended periods of time without the need for specialized storage conditions.

The processes in the above United States Patents disclose amorphous atorvastatin which has unsuitable filtration and drying characteristics for large-scale production and must be protected from heat, light, oxygen, and moisture.

We have now surprisingly and unexpectedly found that atorvastatin can be prepared in crystalline form. Thus, the

2

present invention provides atorvastatin in new crystalline forms designated Form I, Form II, and Form IV. Form I atorvastatin consists of smaller particles and a more uniform size distribution than the previous amorphous product and exhibits more favorable filtration and drying characteristics. Additionally, Form I atorvastatin is purer and more stable than the amorphous product.

## SUMMARY OF THE INVENTION

Accordingly, the present invention is directed to crystalline Form I atorvastatin and hydrates thereof characterized by the following X-ray powder diffraction pattern expressed in terms of the 2θ, d-spacings, and relative intensities with a relative intensity of >20% measured after 2 minutes of grinding and measured on a Siemens D-500 diffractometer with CuK$_\alpha$ radiation:

| 2θ | d | Relative Intensity (>20%) Ground 2 Minutes |
|---|---|---|
| 9.150 | 9.6565 | 42.60 |
| 9.470 | 9.3311 | 41.94 |
| 10.266 | 8.6098 | 55.67 |
| 10.560 | 8.3705 | 29.33 |
| 11.853 | 7.4601 | 41.74 |
| 12.195 | 7.2518 | 24.62 |
| 17.075 | 5.1887 | 60.12 |
| 19.485 | 4.5520 | 73.59 |
| 21.626 | 4.1059 | 100.00 |
| 21.960 | 4.0442 | 49.44 |
| 22.748 | 3.9059 | 45.85 |
| 23.335 | 3.8088 | 44.72 |
| 23.734 | 3.7457 | 63.04 |
| 24.438 | 3.6394 | 21.10 |
| 28.915 | 3.0853 | 23.42 |
| 29.234 | 3.0524 | 23.36 |

Further, the present invention is directed to crystalline Form I atorvastatin and hydrates thereof characterized by the following solid-state $^{13}$C nuclear magnetic resonance spectrum wherein chemical shift is expressed in parts per million measured on a Bruker AX-250 spectrometer:

| Assignment (7 kHz) | Chemical Shift |
|---|---|
| C12 or C25 | 182.8 |
| C12 or C25 | 178.4 |
| C16 | 166.7 (broad) and 159.3 |
| Aromatic Carbons | |
| C2–C5, C13–C18, C19–C24, C27–C32 | 137.0 |
| | 134.9 |
| | 131.1 |
| | 129.5 |
| | 127.6 |
| | 123.5 |
| | 120.9 |
| | 118.2 |
| | 113.8 |
| C8, C10 | 73.1 |
| | 70.5 |
| | 68.1 |
| | 64.9 |
| Methylene Carbons | |
| C6, C7, C9, C11 | 47.4 |
| | 41.9 |
| | 40.2 |

5,969,156

| 3 | 4 |
|---|---|
| -continued | -continued |

| Assignment (7 kHz) | Chemical Shift |
|---|---|
| C33 | 26.4 |
| | 25.2 |
| C34 | 21.3 |

In a preferred embodiment of the first aspect of the invention, crystalline Form I atorvastatin is a trihydrate.

In a second aspect, the present invention is directed to crystalline Form II atorvastatin and hydrates thereof characterized by the following X-ray powder diffraction pattern expressed in terms of the 2θ, d-spacings, and relative intensities with a relative intensity of >20% measured after 2 minutes of grinding and measured on a Siemens D-500 diffractometer with CuK$_α$ radiation:

| 2θ | d | Relative Intensity (>20%) Ground 2 Minutes |
|---|---|---|
| 5.582 | 15.8180 | 42.00 |
| 7.384 | 11.9620 | 38.63 |
| 8.533 | 10.3534 | 100.00 |
| 9.040 | 9.7741 | 92.06 |
| 12.440 (broad) | 7.1094 | 30.69 |
| 15.771 (broad) | 5.6146 | 38.78 |
| 17.120–17.360 (broad) | 5.1750–5.1040 | 63.66–55.11 |
| 19.490 | 4.5507 | 56.64 |
| 20.502 | 4.3283 | 67.20 |
| 22.706–23.159 (broad) | 3.9129–3.8375 | 49.20–48.00 |
| 25.697 (broad) | 3.4639 | 38.93 |
| 29.504 | 3.0250 | 37.86 |

Further, the second aspect of the present invention is directed to crystalline Form II atorvastatin and hydrates thereof characterized by the following solid-state $^{13}$C nuclear magnetic resonance spectrum wherein chemical shift is expressed in parts per million measured on a Bruker AX-250 spectrometer:

| Assignment | Chemical Shift |
|---|---|
| Spinning Side Band | 209.1 |
| Spinning Side Band | 206.8 |
| C12 or C25 | 181 (broad) |
| C12 or C25 | 163 (broad) |
| C16 | 161 (broad) |
| Aromatic Carbons | |
| C2–C5, C13–C18, C19–C24, C27–C32 | 140.5 |
| | 134.8 |
| | 133.3 |
| | 129.0 |
| | 122.9 |
| | 121.4 |
| | 120.3 |
| | 119.0 |
| | 117.1 |
| | 115.7 |
| | 114.7 |
| C8, C10 | 70.6 |
| | 69.0 |
| | 68.0 |
| | 67.3 |
| Spinning Side Band | 49.4 |
| Spinning Side Band | 48.9 |

| Assignment | Chemical Shift |
|---|---|
| Methylene Carbons | |
| C6, C7, C9, C11 | 43.4 |
| | 42.3 |
| | 41.7 |
| | 40.2 |
| C33 | 27.5 |
| C34 | 22.8 (broad) |

In a third aspect, the present invention is directed to crystalline Form IV atorvastatin and hydrates thereof characterized by the following X-ray powder diffraction pattern expressed in terms of the 2θ, d-spacings, and relative intensities with a relative intensity of >15% measured on a Siemens D-500 diffractometer with CuK$_α$ radiation:

| 2θ | d | Relative Intensity (>15%) |
|---|---|---|
| 4.889 | 18.605 | 38.45 |
| 5.424 | 16.2804 | 20.12 |
| 5.940 | 14.8660 | 17.29 |
| 7.997 | 11.0465 | 100.00 |
| 9.680 | 9.1295 | 67.31 |
| 10.416 | 8.4859 | 20.00 |
| 12.355 | 7.1584 | 19.15 |
| 17.662 | 5.0175 | 18.57 |
| 18.367 | 4.8265 | 23.50 |
| 19.200 | 4.6189 | 18.14 |
| 19.569 | 4.5327 | 54.79 |
| 21.723 | 4.0879 | 17.99 |
| 23.021 | 3.8602 | 28.89 |
| 23.651 | 3.7587 | 33.39 |
| 24.143 | 3.6832 | 17.23 |

Further, the fourth aspect of the present invention is directed to Form IV atorvastatin and hydrates thereof characterized by the following solid-state $^{13}$C nuclear magnetic resonance spectrum wherein chemical shift is expressed as parts per million measured on a Bruker AX-250 spectrometer:

| Assignment | Chemical Shift |
|---|---|
| C12 or C25 | 186.4 |
| | 184.9 |
| C12 or C25 | 181.4 |
| | 179.3 |
| C16 | 166.1 (broad) |
| | and |
| | 159.0 (broad) |
| Aromatic Carbons | |
| C2–C5, C13–C18, C19–C24, C27–C32 | 138.1 (broad) |
| | 134.7 |
| | 129.2 |
| | 127.1 |
| | 122.7 |
| | 119.8 |
| | 115.7 |
| C8, C10 | 71.5 |
| | 67.9 |
| | 66.3 |
| | 63.5 |
| Methylene Carbons | |
| C6, C7, C9, C11 | 46.1 |
| | 43.4 |
| | 42.1 |

5,969,156

**5**

-continued

| Assignment | Chemical Shift |
|---|---|
| | 40.0 |
| C33 | 25.9 |
| C34 | 20.3 |
| | 19.4 |
| | 17.9 |

As inhibitors of HMG-CoA, the novel crystalline forms of atorvastatin are useful hypolipidemic and hypocholester-olemic agents.

A still further embodiment of the present invention is a pharmaceutical composition for administering an effective amount of crystalline Form I, Form II, or Form IV atorvastatin in unit dosage form in the treatment methods mentioned above. Finally, the present invention is directed to methods for production of Form I, Form II, or Form IV atorvastatin.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention is further described by the following non-limiting examples which refer to the accompanying FIGS. **1** to **6**, short particulars of which are given below.

FIG. **1**

Diffractogram of Form I atorvastatin ground for 2 minutes (Y-axis=0 to maximum intensity of 3767.50 counts per second (cps))

FIG. **2**

Diffractogram of Form II atorvastatin ground for 2 minutes (Y-axis=0 to maximum intensity of 1500 cps)

FIG. **3**

Diffractogram of Form IV atorvastatin (Y-axis=0 to maximum intensity of 8212.5 cps).

FIG. **4**

Solid-state $^{13}$C nuclear magnetic resonance spectrum with spinning side bands identified by an asterisk of Form I atorvastatin.

FIG. **5**

Solid-state $^{13}$C nuclear magnetic resonance spectrum with spinning side bands identified by an asterisk of Form II atorvastatin.

FIG. **6**

Solid-state $^{13}$C nuclear magnetic resonance spectrum with spinning side bands identified by an asterisk of Form IV atorvastatin.

## DETAILED DESCRIPTION OF THE INVENTION

Crystalline Form I, Form II, or Form IV atorvastatin may be characterized by their X-ray powder diffraction patterns and/or by their solid state nuclear magnetic resonance spectra (NMR).

### X-RAY POWDER DIFFRACTION

Forms I, II, and IV Atorvastatin

Forms I, II, or Form IV atorvastatin were characterized by their X-ray powder diffraction pattern. Thus, the X-ray diffraction patterns of Forms I, II, and Form IV atorvastatin were measured on a Siemens D-500 diffractometer with CuK$_\alpha$ radiation.

Equipment

Siemens D-500 Diffractometer-Kristalloflex with an IBM-compatible interface, software=DIFFRAC AT

**6**

(SOCABIM 1986, 1992). CuK$_\alpha$ radiation (20 mA, 40 kV, λ=1.5406 Å) Slits I and II at 1° electronically filtered by the Kevex Psi Peltier Cooled Silicon [Si(Li)]Detector (Slits: III at 1° and IV at 0.15°).

Methodology

The silicon standard is run each day to check the X-ray tube alignment.

Continuous θ/2θ coupled scan: 4.00° to 40.00° in 2θ, scan rate of 6°/min: 0.4 sec/0.04° step.

Sample tapped out of vial and pressed onto zero-background quartz in aluminum holder. Sample width 13–15 mm.

Samples are stored and run at room temperature.

Grinding/Sieving

Grinding is used to minimize intensity variations for the diffractogram disclosed herein. However, if grinding significantly altered the diffractogram or increased the amorphous content of the sample, then the diffractogram of the unground sample was used. Grinding was done in a small agate mortar and pestle. The mortar was held during the grinding and light pressure was applied to the pestle.

Ground Form II atorvastatin was sieved through a 230 mesh screen before analysis by x-ray diffraction.

Table 1 lists the 2θ, d-spacings, and relative intensities of all lines in the unground sample with a relative intensity of >20% for crystalline Form I atorvastatin. Table 1 also lists the relative intensities of the same lines in a diffractogram measured after 2 minutes of grinding. The intensities of the sample ground for 2 minutes are more representative of the diffraction pattern without preferred orientation. It should also be noted that the computer-generated, unrounded numbers are listed in this table.

TABLE 1

| | | Intensities and Peak Locations of all Diffraction Lines With Relative Intensity Greater Than 20% for Form I Atorvastatin | |
|---|---|---|---|
| 2θ | d | Relative Intensity (>20%) No Grinding | Relative Intensity (>20%)* Ground 2 Minutes |
| 9.150 | 9.6565 | 37.42 | 42.60 |
| 9.470 | 9.3311 | 46.81 | 41.94 |
| 10.266 | 8.6098 | 75.61 | 55.67 |
| 10.560 | 8.3705 | 24.03 | 29.33 |
| 11.853 | 7.4601 | 55.16 | 41.74 |
| 12.195 | 7.2518 | 20.03 | 24.62 |
| 17.075 | 5.1887 | 25.95 | 60.12 |
| 19.485 | 4.5520 | 89.93 | 73.59 |
| 21.626 | 4.1059 | 100.00 | 100.00 |
| 21.960 | 4.0442 | 58.64 | 49.44 |
| 22.748 | 3.9059 | 36.95 | 45.85 |
| 23.335 | 3.8088 | 31.76 | 44.72 |
| 23.734 | 3.7457 | 87.55 | 63.04 |
| 24.438 | 3.6394 | 23.14 | 21.10 |
| 28.915 | 3.0853 | 21.59 | 23.42 |
| 29.234 | 3.0524 | 20.45 | 23.36 |

*The second relative intensity column gives the relative intensities of the diffraction lines on the original diffractogram after 2 minutes of grinding.

Table 2 lists the 2θ, d-spacings, and relative intensities of all lines in the ground/sieved sample with a relative intensity of >20% for crystalline Form II atorvastatin. It should also be noted that the computer-generated unrounded numbers are listed in this table.

5,969,156

7

8

TABLE 2

Intensities and Peak Locations of All
Diffraction Lines With Relative Intensity
Greater Than 20% for Form II Atorvastatin

| $2\theta$ | d | Relative Intensity (>20%) |
|---|---|---|
| 5.582 | 15.8180 | 42.00 |
| 7.384 | 11.9620 | 38.63 |
| 8.533 | 10.3534 | 100.00 |
| 9.040 | 9.7741 | 92.06 |
| 12.440 (broad) | 7.1094 | 30.69 |
| 15.771 (broad) | 5.6146 | 38.78 |
| 17.120–17.360 (broad) | 5.1750–5.1040 | 63.66–55.11 |
| 19.490 | 4.5507 | 56.64 |
| 20.502 | 4.3283 | 67.20 |
| 22.706–23.159 (broad) | 3.9129–3.8375 | 49.20–48.00 |
| 25.697 (broad) | 3.4639 | 38.93 |
| 29.504 | 3.0250 | 37.86 |

Table 3 lists the $2\theta$, d-spacings, and relative intensities of all lines in the unground sample with a relative intensity of >15% for crystalline Form IV atorvastatin. It should also be noted that the computer-generated unrounded numbers are listed in this table.

TABLE 3

Intensities and Peak Locations of All
Diffraction Lines With Relative Intensity
Greater Than 15% for Form IV Atorvastatin

| $2\theta$ | d | Relative Intensity (>15%) |
|---|---|---|
| 4.889 | 18.605 | 38.45 |
| 5.424 | 16.2804 | 20.12 |
| 5.940 | 14.8660 | 17.29 |
| 7.997 | 11.0465 | 100.00 |

TABLE 3-continued

Intensities and Peak Locations of All
Diffraction Lines With Relative Intensity
Greater Than 15% for Form IV Atorvastatin

| $2\theta$ | d | Relative Intensity (>15%) |
|---|---|---|
| 9.680 | 9.1295 | 67.31 |
| 10.416 | 8.4859 | 20.00 |
| 12.355 | 7.1584 | 19.15 |
| 17.662 | 5.0175 | 18.57 |
| 18.367 | 4.8265 | 23.50 |
| 19.200 | 4.6189 | 18.14 |
| 19.569 | 4.5327 | 54.79 |
| 21.723 | 4.0879 | 17.99 |
| 23.021 | 3.8602 | 28.89 |
| 23.651 | 3.7587 | 33.39 |
| 24.143 | 3.6832 | 17.23 |

SOLID STATE NUCLEAR MAGNETIC
RESONANCE (NMR)

Methodology

All solid-state $^{13}$C NMR measurements were made with a Bruker AX-250, 250 MHz NMR spectrometer. High resolution spectra were obtained using high-power proton decoupling and cross-polarization (CP) with magic-angle spinning (MAS) at approximately 5 kHz. The magic-angle was adjusted using the Br signal of KBr by detecting the side bands as described by Frye and Maciel (Frye J. S. and Maciel G. E., *J. Mag. Res.*, 1982;48:125). Approximately 300 to 450 mg of sample packed into a canister-design rotor was used for each experiment. Chemical shifts were referenced to external tetrakis (trimethylsilyl)silane (methyl signal at 3.50 ppm) (Muntean J. V. and Stock L. M., *J. Mag. Res.*, 1988;76:54).

Table 4 shows the solid-state NMR spectrum for crystalline Form I atorvastatin.

TABLE 4



Carbon Atom Assignment and Chemical
Shift for Form I Atorvastatin

| Assignment (7 kHz) | Chemical Shift |
|---|---|
| C12 or C25 | 182.8 |
| C12 or C25 | 178.4 |
| C16 | 166.7 (broad) and 159.3 |
| Aromatic Carbons | 137.0 |
| C2–C5, C13–C18, C19–C24, C27–C32 | 134.9 |
| | 131.1 |

5,969,156

9                                                    10

TABLE 4-continued



Carbon Atom Assignment and Chemical
Shift for Form I Atorvastatin

| Assignment (7 kHz) | Chemical Shift |
|---|---|
| | 129.5 |
| | 127.6 |
| | 123.5 |
| | 120.9 |
| | 118.2 |
| | 113.8 |
| C8, C10 | 73.1 |
| | 70.5 |
| | 68.1 |
| | 64.9 |
| Methylene Carbons | 47.4 |
| C6, C7, C9, C11 | 41.9 |
| | 40.2 |
| C33 | 26.4 |
| | 25.2 |
| C34 | 21.3 |

Table 5 shows the solid-state NMR spectrum for crystal-line Form II atorvastatin.

TABLE 5

Carbon Atom Assignment and Chemical
Shift for Form II Atorvastatin

| Assignment | Chemical Shift |
|---|---|
| Spinning Side Band | 209.1 |
| Spinning Side Band | 206.8 |
| C12 or C25 | 181 (broad) |
| C12 or C25 | 163 (broad) |
| C16 | 161 (broad) |
| Aromatic Carbons | |
| C2–C5, C13–C18, C19–C24, C27–C32 | 140.5 |
| | 134.8 |
| | 133.3 |
| | 129.0 |
| | 122.9 |
| | 121.4 |
| | 120.3 |
| | 119.0 |
| | 117.1 |
| | 115.7 |
| | 114.7 |
| | 70.6 |
| | 69.0 |
| C8, C10 | 68.0 |
| | 67.3 |
| Spinning Side Band | 49.4 |
| Spinning Side Band | 48.9 |

TABLE 5-continued

Carbon Atom Assignment and Chemical
Shift for Form II Atorvastatin

| Assignment | Chemical Shift |
|---|---|
| Methylene Carbons | |
| C6, C7, C9, C11 | 43.4 |
| | 42.3 |
| | 41.7 |
| | 40.2 |
| C33 | 27.5 |
| C34 | 22.8 (broad) |

Table 6 shows the solid-state NMR spectrum for crystal-line Form IV atorvastatin.

TABLE 6

Carbon Atom Assignment and Chemical Shift
for Form IV Atorvastatin

| Assignment | Chemical Shift |
|---|---|
| C12 or C25 | 186.4 |
| | 184.9 |
| C12 or C25 | 181.4 |
| | 179.3 |
| C16 | 166.1 (broad) and 159.0 (broad) |

5,969,156

**11**

TABLE 6-continued

| Carbon Atom Assignment and Chemical Shift for Form IV Atorvastatin | |
|---|---|
| Assignment | Chemical Shift |
| *Aromatic Carbons* | |
| C2–C5, C13–C18, C19–C24, C27–C32 | 138.1 (broad) |
| | 134.7 |
| | 129.2 |
| | 127.1 |
| | 122.7 |
| | 119.8 |
| | 115.7 |
| C8, C10 | 71.5 |
| | 67.9 |
| | 66.3 |
| | 63.5 |
| *Methylene Carbons* | |
| C6, C7, C9, C11 | 46.1 |
| | 43.4 |
| | 42.1 |
| | 40.0 |
| C33 | 25.9 |
| C34 | 20.3 |
| | 19.4 |
| | 17.9 |

Crystalline Form I, Form II, and Form IV atorvastatin of the present invention may exist in anhydrous forms as well as hydrated forms. In general, the hydrated forms, are equivalent to unhydrated forms and are intended to be encompassed within the scope of the present invention. Crystalline Form I atorvastatin contains about 1 to 8 mol of water. Preferably, Form I atorvastatin contains 3 mol of water.

The present invention provides a process for the preparation of crystalline Form I atorvastatin which comprises crystallizing atorvastatin from a solution in solvents under conditions which yield crystalline Form I atorvastatin.

The precise conditions under which crystalline Form I atorvastatin is formed may be empirically determined and it is only possible to give a number of methods which have been found to be suitable in practice.

Thus, for example, crystalline Form I atorvastatin may be prepared by crystallization under controlled conditions. In particular, it can be prepared either from an aqueous solution of the corresponding basic salt such as, an alkali metal salt, for example, lithium, potassium, sodium, and the like; ammonia or an amine salt; preferably, the sodium salt by addition of a calcium salt, such as, for example, calcium acetate and the like, or by suspending amorphous atorvastatin in water. In general, the use of a hydroxylic co-solvent such as, for example, a lower alkanol, for example methanol and the like, is preferred.

When the starting material for the preparation of the desired crystalline Form I atorvastatin is a solution of the corresponding sodium salt, one preferred preparation involves treating a solution of the sodium salt in water containing not less than about 5% v/v methanol, preferably about 5% to 33% v/v methanol, particularly preferred about 10% to 15% v/v methanol, with an aqueous solution of calcium acetate, preferably at an elevated temperature at up to about 70° C. such as, for example, about 45–60° C., particularly preferred about 47–52° C. It is preferable to use calcium acetate and, in general, 1 mole of calcium acetate to 2 moles of the sodium salt of atorvastatin. Under these conditions, calcium salt formation as well as crystallization should preferably be carried out at an elevated temperature,

**12**

for example within the above-mentioned temperature ranges. It has been found that it may be advantageous to include in the starting solution a small amount of methyl tert-butyl ether (MTBE) such as, for example, about 7% w/w. It has frequently been found desirable to add "seeds" of crystalline Form I atorvastatin to the crystallization solution in order to consistently produce crystalline Form I atorvastatin.

When the starting material is amorphous atorvastatin or a combination of amorphous and crystalline Form I Atorvastatin, the desired crystalline Form I atorvastatin may be obtained by suspending the solid in water containing up to about 40% v/v, such as, for example, about 0% to 20% v/v, particularly preferred about 5% to 15% v/v co-solvent such as, for example, methanol, ethanol, 2-propanol, acetone, and the like until conversion to the required form is complete, followed by filtration. It has frequently been found desirable to add "seeds" of crystalline Form I atorvastatin to the suspension in order to ensure complete conversion to crystalline Form I atorvastatin. Alternatively, a water-wet cake consisting principally of amorphous atorvastatin can be heated at elevated temperatures such as, for example, up to about 75° C., particularly preferred about 65–70° C., until a significant amount of crystalline Form I atorvastatin is present, whereupon the amorphous/crystalline Form I mixture can be slurried as described above.

Crystalline Form I atorvastatin is significantly easier to isolate than amorphous atorvastatin and can be filtered from the crystallization medium after cooling, and washed and dried. For example, filtration of a 50 mL slurry of crystalline Form I atorvastatin was complete within 10 seconds. A similarly sized sample of amorphous atorvastatin took more than an hour to filter.

The present invention also provides a process for the preparation of crystalline Form II atorvastatin which comprises suspending atorvastatin in solvents under conditions which yield crystalline Form II atorvastatin.

The precise conditions under which Form II of crystalline atorvastatin is formed may be empirically determined and it is only possible to give a method which has been found to be suitable in practice.

Thus, for example, when the starting material is amorphous, a combination of amorphous and Form I, or crystalline Form I atorvastatin, the desired Form II of crystalline atorvastatin may be obtained by suspending the solid in methanol containing about 40% to about 50% water until conversion to the required form is complete, followed by filtration.

The present invention also provides a process for the preparation of crystalline Form IV atorvastatin which comprises crystallizing atorvastatin from a solution thereof in solvents under conditions which yield crystalline Form IV atorvastatin.

The precise conditions under which Form IV of crystalline atorvastatin is formed may be empirically determined and it is only possible to give a method which has been found to be suitable in practice.

Thus, for example, when the starting material is Form I of crystalline atorvastatin, the desired Form IV of crystalline atorvastatin may be obtained by dissolving the solid in methanol whereupon crystalline Form IV precipitates.

The compounds of the present invention can be prepared and administered in a wide variety of oral and parenteral dosage forms. Thus, the compounds of the present invention can be administered by injection, that is, intravenously, intramuscularly, intracutaneously, subcutaneously,

5,969,156

13

14

intraduodenally, or intraperitoneally. Also, the compounds of the present invention can be administered by inhalation, for example, intranasally. Additionally, the compounds of the present invention can be administered transdermally. It will be obvious to those skilled in the art that the following dosage forms may comprise as the active component, either compounds or a corresponding pharmaceutically acceptable salt of a compound of the present invention.

For preparing pharmaceutical compositions from the compounds of the present invention, pharmaceutically acceptable carriers can be either solid or liquid. Solid form preparations include powders, tablets, pills, capsules, cachets, suppositories, and dispersible granules. A solid carrier can be one or more substances which may also act as diluents, flavoring agents, solubilizers, lubricants, suspending agents, binders, preservatives, tablet disintegrating agents, or an encapsulating material.

In powders, the carrier is a finely divided solid which is in a mixture with the finely divided active component.

In tablets, the active component is mixed with the carrier having the necessary binding properties in suitable proportions and compacted in the shape and size desired.

The powders and tablets preferably contain from two or ten to about seventy percent of the active compound. Suitable carriers are magnesium carbonate, magnesium stearate, talc, sugar, lactose, pectin, dextrin, starch, gelatin, tragacanth, methylcellulose, sodium carboxymethylcellulose, a low melting wax, cocoa butter, and the like. The term "preparation" is intended to include the formulation of the active compound with encapsulating material as a carrier providing a capsule in which the active component, with or without other carriers, is surrounded by a carrier, which is thus in association with it. Similarly, cachets and lozenges are included. Tablets, powders, capsules, pills, cachets, and lozenges can be used as solid dosage forms suitable for oral administration.

For preparing suppositories, a low melting wax, such as a mixture of fatty acid glycerides or cocoa butter, is first melted and the active component is dispersed homogeneously therein, as by stirring. The molten homogenous mixture is then poured into convenient sized molds, allowed to cool, and thereby to solidify.

Liquid form preparations include solutions, suspensions, retention enemas, and emulsions, for example water or water propylene glycol solutions. For parenteral injection, liquid preparations can be formulated in solution in aqueous polyethylene glycol solution.

Aqueous solutions suitable for oral use can be prepared by dissolving the active component in water and adding suitable colorants, flavors, stabilizing, and thickening agents as desired.

Aqueous suspensions suitable for oral use can be made by dispersing the finely divided active component in water with viscous material, such as natural or synthetic gums, resins, methylcellulose, sodium carboxymethylcellulose, and other well-known suspending agents.

Also included are solid form preparations which are intended to be converted, shortly before use, to liquid form preparations for oral administration. Such liquid forms include solutions, suspensions, and emulsions. These preparations may contain, in addition to the active component, colorants, flavors, stabilizers, buffers, artificial and natural sweeteners, dispersants, thickeners, solubilizing agents, and the like.

The pharmaceutical preparation is preferably in unit dosage form. In such form, the preparation is subdivided into unit doses containing appropriate quantities of the active component. The unit dosage form can be a packaged preparation, the package containing discrete quantities of preparation, such as packeted tablets, capsules, and powders in vials or ampoules. Also, the unit dosage form can be a capsule, tablet, cachet, or lozenge itself, or it can be the appropriate number of any of these in packaged form.

The quantity of active component in a unit dose preparation may be varied or adjusted from 0.5 mg to 100 mg, preferably 2.5 mg to 80 mg according to the particular application and the potency of the active component. The composition can, if desired, also contain other compatible therapeutic agents.

In therapeutic use as hypolipidemic and/or hypocholesterolemic agents, the crystalline Forms I, II, and Form IV atorvastatin utilized in the pharmaceutical method of this invention are administered at the initial dosage of about 2.5 mg to about 80 mg daily. A daily dose range of about 2.5 mg to about 20 mg is preferred. The dosages, however, may be varied depending upon the requirements of the patient, the severity of the condition being treated, and the compound being employed. Determination of the proper dosage for a particular situation is within the skill of the art. Generally, treatment is initiated with smaller dosages which are less than the optimum dose of the compound. Thereafter, the dosage is increased by small increments until the optimum effect under the circumstance is reached. For convenience, the total daily dosage may be divided and administered in portions during the day if desired.

The following nonlimiting examples illustrate the inventors' preferred methods for preparing the compounds of the invention.

EXAMPLE 1

[R-(R*,R*)]-2-(4-Fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino) carbonyl]-1H-pyrrole-1-heptanoic acid hemi calcium salt (Form I Atorvastatin)

Method A

A mixture of (2R-trans)-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide (atorvastatin lactone) (U.S. Pat. No. 5,273,995) (75 kg), methyl tertiary-butyl ether (MTBE) (308 kg), methanol (190 L) is reacted with an aqueous solution of sodium hydroxide (5.72 kg in 950 L) at 48–58° C. for 40 to 60 minutes to form the ring-opened sodium salt. After cooling to 25–35° C., the organic layer is discarded, and the aqueous layer is again extracted with MTBE (230 kg). The organic layer is discarded, and the MTBE saturated aqueous solution of the sodium salt is heated to 47–52° C. To this solution is added a solution of calcium acetate hemihydrate (11.94 kg) dissolved in water (410 L), over at least 30 minutes. The mixture is seeded with a slurry of crystalline Form I atorvastatin (1.1 kg in 11 L water and 5 L methanol) shortly after addition of the calcium acetate solution. The mixture is then heated to 51–57° C. for at least 10 minutes and then cooled to 15–40° C. The mixture is filtered, washed with a solution of water (300 L) and methanol (150 L) followed by water (450 L). The solid is dried at 60–70° C. under vacuum for 3 to 4 days to give crystalline Form I atorvastatin (72.2 kg).

Method B

Amorphous atorvastatin (9 g) and crystalline Form I atorvastatin (1 g) are stirred at about 40° C. in a mixture of water (170 mL) and methanol (30 mL) for a total of 17 hours. The mixture is filtered, rinsed with water, and dried at 70° C. under reduced pressure to give crystalline Form I atorvastatin (9.7 g).

5,969,156

**15**

## EXAMPLE 2

[R-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-
methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-
1H-pyrrole-1-heptanoic acid hemi calcium salt
(Form II Atorvastatin)

A mixture of amorphous and crystalline Form I atorvas-
tatin (100 g) was suspended in a mixture of methanol (1200
mL) and water (800 mL) and stirred for 3 days. The material
was filtered, dried at 70° C. under reduced pressure to give
crystalline Form II atorvastatin.

## EXAMPLE 3

[R-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-
methylethyl)-3-phenyl-4-[(phenylamino)carbonyl]-
1H-pyrrole-1-heptanoic acid hemi calcium salt
(Form IV Atorvastatin)

A mixture of (2R-trans)-5-(4-fluorophenyl)-2-(1-
methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-
oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide
(atorvastatin lactone) (U.S. Pat. No. 5,273,995) (12 kg),
MTBE (50 kg), methanol (30 L) is reacted with an aqueous
solution of sodium hydroxide (1.83 kg in 150 L) at 50–55°
C. for 30–45 minutes to form the ring-opened sodium salt.
After cooling to 20–25° C., the organic layer is discarded
and the aqueous layer is again extracted with MTBE (37 kg).
The organic layer is discarded and the aqueous solution of
the sodium salt is heated to 70–80° C. and the residual
MTBE is removed by distillation. The solution is then
cooled to 60–70° C. To this solution is added a solution of
calcium acetate hemihydrate (1.91 kg) dissolved in water/
methanol (72 L water+16 L methanol). The mixture is
seeded with crystalline Form I atorvastatin (180 g) shortly
after addition of the calcium acetate solution. The mixture is
heated at 65–75° C. for at least 5 minutes and then cooled
to 50–55° C. The mixture is filtered and slurried in methanol
(about 200 L) at 55–65° C. and then cooled to 25–30° C. and
filtered. The solid is dried at 66–70° C. under vacuum to give
Form IV of crystalline atorvastatin (about 3 kg isolated).

We claim:

**1**. A crystalline Form I atorvastatin hydrate having an
X-ray powder diffraction containing at least one of the
following 2θ values measured using CuK$_\alpha$ radiation: 11.9 or
22.0.

**2**. A crystalline Form I atorvastatin hydrate having an
X-ray powder diffraction containing the following 2θ values
measured using Cuk$_\alpha$ radiation: 11.9, 21.6 and 22.0.

**3**. A crystalline Form I atorvastatin hydrate having an
X-ray powder diffraction containing the following 2θ values
measured using CuK$_\alpha$ radiation: 17.1, 19.5 and 21.6.

**4**. A crystalline Form I atorvastatin hydrate having an
X-ray powder diffraction containing the following 2θ values
measured using Cuk$_\alpha$ radiation: 9.2, 9.5, 10.3, 10.6, 11.9,
12.2, 17.1, 19.5, 21.6, 22.0, 22.7, 23.3, 23.7, 24.4, 28.9 and
29.2.

**5**. A crystalline Form I atorvastatin hydrate having an
X-ray powder diffraction containing the following 2θ values
measured using Cuk$_\alpha$ radiation: 9.150, 9.470, 10.266,
10.560, 11.853, 12.195, 17.075, 19.485, 21.626, 21.960,
22.748, 23.335, 23.734, 24.438, 28.915 and 29.234.

**6**. A crystalline Form I atorvastatin hydrate characterized
by solid state $^{13}$C nuclear magnetic resonance having a
chemical shift difference between the lowest ppm resonance
and another resonance of 5.1 or 51.8.

**7**. A crystalline Form I atorvastatin hydrate characterized
by solid state $^{13}$C nuclear magnetic resonance and having

**16**

the following chemical shift differences between the lowest
ppm resonance and other resonances: 3.9, 5.1, 43.6, 46.8,
49.2 and 51.8.

**8**. A crystalline Form I atorvastatin hydrate characterized
by solid-state $^{13}$C nuclear magnetic resonance having the
following chemical shift differences between the lowest ppm
resonance and other resonances: 3.9, 5.1, 18.9, 20.6, 26.1,
43.6, 46.8, 49.2, 51.8, 92.5, 96.9, 99.6, 102.2, 106.3, 108.2,
109.8, 113.6, 115.7, 138.0, 145.4, 157.1 and 161.5.

**9**. A crystalline Form I atorvastatin hydrate characterized
by solid-state $^{13}$C nuclear magnetic resonance having the
following chemical shifts expressed in parts per million:
21.3. 25.2, 26.4, 40.2, 41.9, 47.4, 64.9, 68.1, 70.5, 73.1,
113.8, 118.2, 120.9, 123.5, 127.6, 129.5, 131.1, 134.9,
137.0, 159.3, 166.7 (broad), 178.4 and 182.8.

**10**. The crystalline Form I atorvastatin hydrate of claim **1**
containing about 1 to 8 moles of water.

**11**. The crystalline Form I atorvastatin hydrate of claim **1**
containing 3 moles of water.

**12**. The crystalline Form I atorvastatin hydrate of claim **2**
containing about 1 to 8 moles of water.

**13**. The crystalline Form I atorvastatin hydrate of claim **2**
containing 3 moles of water.

**14**. The crystalline Form I atorvastatin hydrate of claim **3**
containing about 1 to 8 moles of water.

**15**. The crystalline Form I atorvastatin hydrate of claim **3**
containing 3 moles of water.

**16**. The crystalline Form I atorvastatin hydrate of claim **4**
containing about 1 to 8 moles of water.

**17**. The crystalline Form I atorvastatin hydrate of claim **4**
containing 3 moles of water.

**18**. The crystalline Form I atorvastatin hydrate of claim **5**
containing about 1 to 8 moles of water.

**19**. The crystalline Form I atorvastatin hydrate of claim **5**
containing 3 moles of water.

**20**. The crystalline Form I atorvastatin hydrate of claim **6**
containing about 1 to 8 moles of water.

**21**. The crystalline Form I atorvastatin hydrate of claim **6**
containing 3 moles of water.

**22**. The crystalline Form I atorvastatin hydrate of claim **7**
containing about 1 to 8 moles of water.

**23**. The crystalline Form I atorvastatin hydrate of claim **7**
containing 3 moles of water.

**24**. The crystalline Form I atorvastatin hydrate of claim **8**
containing about 1 to 8 moles of water.

**25**. The crystalline Form I atorvastatin hydrate of claim **8**
containing 3 moles of water.

**26**. The crystalline Form I atorvastatin hydrate of claim **9**
containing about 1 to 8 moles of water.

**27**. The crystalline Form I atorvastatin hydrate of claim **9**
containing 3 moles of water.

**28**. Crystalline Form II atorvastatin or a hydrate thereof
having an X-ray powder diffraction containing the following
2θ values measured using CuK$_\alpha$ radiation: 9.0 and 20.5.

**29**. Crystalline Form II atorvastatin or a hydrate thereof
having an X-ray powder diffraction containing the following
2θ values measured using CuK$_\alpha$ radiation: 8.5 and 9.0.

**30**. Crystalline Form II atorvastatin or a hydrate thereof
having an X-ray powder diffraction containing the following
2θ values measured using CuK$_\alpha$ radiation: 5.6, 7.4, 8.5, 9.0,
12.4 (broad), 15.8 (broad), 17.1–17.4 (broad), 19.5, 20.5,
22.7–23.2 (broad), 25.7 (broad) and 29.5.

**31**. Crystalline Form II atorvastatin or a hydrate thereof
having an X-ray powder diffraction containing the following
2θ values measured using Cuk$_\alpha$ radiation: 5.582, 7.384,
8.533, 9.040, 12.440 (broad), 15.771 (broad),
17.120–17.360 (broad), 19.490, 20.502, 22.706–23.159
(broad), 25.697 (broad) and 29.504.

5,969,156

**17**

**32**. Crystalline Form II atorvastatin or a hydrate thereof characterized by solid state $^{13}$C nuclear magnetic resonance having a chemical shift difference between the lowest ppm resonance and another resonance of 4.7 or 47.8.

**33**. Crystalline Form II atorvastatin or a hydrate thereof characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shift differences between the lowest ppm resonance and other resonances: 4.7, 44.5, 45.2, 46.2 and 47.8.

**34**. Crystalline Form II atorvastatin or a hydrate thereof characterized by solid-state $^{13}$C nuclear magnetic resonance having the following chemical shift differences between the lowest ppm resonance and other resonances: 4.7, 17.4, 18.9, 19.5, 20.6, 44.5, 45.2, 46.2, 47.8, 91.9, 92.9, 94.3, 96.2, 97.5, 98.6, 100.1, 106.2, 110.5, 112.0, 117.7, 138.2, 140.2 and 158.2.

**35**. Crystalline Form II atorvastatin or a hydrate thereof characterized by solid-state $^{13}$C nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 22.8 (broad), 27.5, 40.2, 41.7, 42.3, 43.4, 67.3, 68.0, 69.0, 70.6, 114.7, 115.7, 117.1, 119.0, 120.3, 121.4, 122.9, 129.0, 133.3, 134.8, 140.5, 161 (broad), 163 (broad) and 181 (broad).

**36**. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing at least one of the following 2θ values measured using CuK$_\alpha$ radiation: 8.0 or 9.7.

**37**. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 4.9, 8.0 and 9.7.

**38**. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 8.0, 9.7 and 19.6.

**39**. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following

**18**

2θ values measured using CuK$_\alpha$ radiation: 4.9, 5.4, 5.9, 8.0, 9.7, 10.4, 12.4, 17.7, 18.4, 19.2, 19.6, 21.7, 23.0, 23.7 and 24.1.

**40**. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 4.889, 5.424, 5.940, 7.997, 9.680, 10.416, 12.355, 17.662, 18.367, 19.200, 19.569, 21.723, 23.021, 23.651 and 24.143.

**41**. Crystalline Form IV atorvastatin or a hydrate thereof characterized by solid state $^{13}$C nuclear magnetic resonance having a chemical shift difference between the lowest ppm resonance and another resonance of 8.0 or 53.6.

**42**. Crystalline Form IV atorvastatin or a hydrate thereof characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shift differences between the lowest ppm resonance and other resonances: 1.5, 2.4, 8.0, 45.6, 48.4, 50.0 and 53.6.

**43**. Crystalline Form IV atorvastatin or a hydrate thereof characterized by solid-state $^{13}$C nuclear magnetic resonance having the following chemical shift differences between the lowest ppm resonance and other resonances: 1.5, 2.4, 8.0, 22.1, 24.2, 25.5, 28.2, 45.6, 48.4, 50.0, 53.6, 97.8, 101.9, 104.8, 109.2, 111.3, 116.8, 120.2, 141.1, 148.2, 161.4, 163.5, 167.0 and 168.5.

**44**. Crystalline Form IV atorvastatin or a hydrate thereof characterized by solid-state $^{13}$C nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 17.9, 19.4, 20.3, 25.9, 40.0, 42.1, 43.4, 46.1, 63.5, 66.3, 67.9, 71.5, 115.7, 119.8, 122.7, 127.1, 129.2, 134.7, 138.1 (broad), 159.0 (broad), 166.1 (broad), 179.3, 181.4, 184.9 and 186.4.

\* \* \* \* \*



US005969156C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (5531st)

# United States Patent
### Briggs et al.

(10) **Number:**    **US 5,969,156 C1**

(45) **Certificate Issued:**    *Sep. 26, 2006

(54) **CRYSTALLINE [R-(R\*,R\*)]-2-(4-FLUOROPHENYL)-β,δ-DIHYDROXY-5-(1-METHYLETHYL)-3-PHENYL-4-[(PHENYLAMINO)CARBONYL]-1H-PYRROLE-1-HEPTANOIC ACID HEMI CALCIUM SALT (ATORVASTATIN)**

(75) Inventors: **Christopher A. Briggs**, Holland, MI (US); **Rex A. Jennings**, Holland, MI (US); **Robert Wade**, Holland, MI (US); **Kikuko Harasawa**, Sagamihara (JP); **Shigeru Ichikawa**, Machida (JP); **Kazuo Minohara**, Sagamihara (JP); **Shinsuke Nakagawa**, Sagamihara (JP)

(73) Assignee: **Warner-Lambert Company**, Morris Plains, NJ (US)

**Reexamination Request:**
No. 90/007,209, Sep. 17, 2004

**Reexamination Certificate for:**
Patent No.:    **5,969,156**
Issued:    **Oct. 19, 1999**
Appl. No.:    **08/945,812**
Filed:    **Sep. 29, 1997**

(*) Notice:    This patent is subject to a terminal disclaimer.

(22) PCT Filed:    **Jul. 8, 1996**

(86) PCT No.:    **PCT/US96/11368**
§ 371 (c)(1),
(2), (4) Date:    **Oct. 2, 1997**

(87) PCT Pub. No.:    **WO97/03959**
PCT Pub. Date: **Feb. 6, 1997**

**Related U.S. Application Data**

(60) Provisional application No. 60/001,452, filed on Jul. 17, 1995.

(51) Int. Cl.
*A61K 31/40*    (2006.01)
*C07D 207/00*    (2006.01)
*A01N 43/36*    (2006.01)

(52) U.S. Cl. ........................ **548/337**; 514/429; 514/423

(58) Field of Classification Search ................. 514/423; 548/537, 530
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,647,576 A | 3/1987 | Hoefle et al. |
| 4,681,893 A | 7/1987 | Roth |
| 5,003,080 A | 3/1991 | Butler et al. |
| 5,082,650 A | 1/1992 | Folkers et al. |
| 5,097,045 A | 3/1992 | Butler et al. |
| 5,103,024 A | 4/1992 | Millar et al. |
| 5,124,482 A | 6/1992 | Butler et al. |
| 5,149,837 A | 9/1992 | Butler et al. |
| 5,155,251 A | 10/1992 | Butler et al. |
| 5,216,174 A | 6/1993 | Butler et al. |
| 5,245,047 A | 9/1993 | Butler et al. |
| 5,248,793 A | 9/1993 | Millar et al. |
| 5,273,995 A | 12/1993 | Roth |
| 5,280,126 A | 1/1994 | Butler et al. |
| 5,298,627 A | 3/1994 | Butler et al. |
| 5,342,952 A | 8/1994 | Butler et al. |
| 5,385,929 A | 1/1995 | Bjorge et al. |
| 5,397,792 A | 3/1995 | Butler et al. |
| 5,446,054 A | 8/1995 | Butler et al. |
| 5,470,981 A | 11/1995 | Butler et al. |
| 5,489,690 A | 2/1996 | Butler et al. |
| 5,489,691 A | 2/1996 | Butler et al. |
| 5,510,488 A | 4/1996 | Butler et al. |
| 5,686,104 A | 11/1997 | Mills et al. |
| 5,798,375 A | 8/1998 | Tsujita et al. |
| 6,087,511 A | 7/2000 | Lin et al. |
| 6,121,461 A | 9/2000 | McKenzie |
| 6,126,971 A | 10/2000 | Mills et al. |
| 6,159,997 A | 12/2000 | Tsujita et al. |
| 6,274,740 B1 | 8/2001 | Lin et al. |
| 6,362,236 B1 | 3/2002 | Aviram et al. |
| 6,380,214 B1 | 4/2002 | Gant et al. |
| 6,455,574 B1 | 9/2002 | Buck |
| 6,605,636 B1 * | 8/2003 | Aronhime et al. .......... 514/423 |
| 6,605,729 B1 * | 8/2003 | Byrn et al. ................. 548/537 |
| 2003/0199492 A1 | 10/2003 | Scott |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 247 633 | 12/1987 |
| EP | 0 330 172 | 8/1989 |
| EP | 0 553 213 | 8/1993 |
| EP | 0 680 320 | 11/1995 |
| EP | 0 680 963 | 11/1995 |
| EP | 0 687 263 | 12/1995 |
| EP | 0 753 298 | 1/1997 |
| EP | 0 839 132 | 5/1998 |
| EP | 0 848 704 | 6/1998 |
| EP | 1 003 503 | 5/2000 |
| EP | 1 009 400 | 6/2000 |
| EP | 1 047 421 | 11/2000 |
| EP | 1 061 073 | 12/2000 |
| EP | 1 187 826 | 3/2002 |
| WO | WO-89 07598 | 8/1989 |
| WO | WO-92 06968 | 4/1992 |
| WO | WO-94 20492 | 9/1994 |
| WO | WO-97 03958 | 2/1997 |
| WO | WO-97 03960 | 2/1997 |
| WO | WO-99 11259 | 3/1999 |
| WO | WO-99 11260 | 3/1999 |
| WO | WO-99 26583 | 6/1999 |
| WO | WO-00 71532 | 11/2000 |

OTHER PUBLICATIONS

USP 23, pp. 1843–1844 (1995).

Ip et al., "High Resolution Spectroscopic Evidence and Solution Calorimetry Studies on the Polymorphs of Enalapril Maleate", International Journal of Pharmaceutics, 28, pp. 183–191 (1986).

(Continued)

*Primary Examiner*—Deborah C. Lambkin

(57)    **ABSTRACT**

Crystalline forms of atorvastatin and hydrates thereof are useful hypolipidemic and hypocholesterolemic agents.

**US 5,969,156 C1**

Page 2

OTHER PUBLICATIONS

Mullins et al., "Some Pharmaceutical Properties of Novobiocin", J. American Pharm. Assoc., vol. 49, No. 4, pp. 245–248 (1960).

John W. Poole, "Effects of Formulation and Dosage Form on Drug Bioavailability", Principles and Perspectives in Drug Bioavailability, pp. 59–89 (1979).

The Merck Index, 12th Edition, Monograph No. 897 (atorvastatin) (1996).

Roth et al., "Inhibitors of Cholesterol Biosynthesis. 3. Tetrahydro–4–hydroxy–6–[2–(1H–pyrrol–1–yl) ethyl]–2H–pyran–2–one Inhibitors of HMG–CoA Reductase. 2. Effects of Introducing Substituents at Positions Three and Four of the Pyrrole Nucleus", J. of Med. Chem., 1991, vol. 34, No. 1, pp. 357–366.

Roth et al., "Inhibitors of Cholesterol Biosynthesis. 1. trans–6–(2–Pyrrol–1–ylethyl)–4–hydroxypyran–2–ones, a Novel Series of HMG–CoA Reductase Inhibitors. 1. Effects of Structural Modifications at the 2– and 5–Positions of the Pyrrole Nucleus", J. of Med. Chem., 1990, vol. 33, No. 1, pp. 21–31.

Brower et al., "The Synthesis of (4R–cis)–1,1–Dimethylethyl 6–cyanomethyl–2,2–dimethyl–1, 3–dioxane–4–acetate, a Key Intermediate for the Preparation of CI–981, a Highly Potent, Tissue Selective Inhibitor of HMG–CoA Reductase", Tetrahedron Letters, vol. 33, No. 17, pp. 2279–2282 (1992).

English Translation of Notification of First Office Action Relating to Chinese Patent Application No. 96195564.3 (Dec. 2000).

English Translation of Response to First Office Action Relating to Chinese Patent Application No. 96195564.3 (Jul. 13, 2001).

English Translation of Response to Telephone Communication Relating to Chinese Patent Application No. 96195564.3 (Dec. 2001).

English Translation of Notification of Granting a Patent Right Relating to Chinese Patent Application No. 96195564.3 (Mar. 2002).

English Translation of Description of Invention Patent Relating to Chinese Patent Application No. 96195564.3 (Jul. 10, 2002)—Cover page and granted claims.

English Translation of Examiner's Report Relating to Czech Republic Patent Application No. PV 1998–121 (Jan. 2002).

English Translation of Reply to Official Letter of Jan. 25, 2002, for Czech Republic Patent Application No. PV 1998–121 (Jun. 2002).

English Translation of Examiner's Report Relating to Czech Republic Patent Application No. PV 1998–121 (Sep. 2002).

English Translation of Reply to Official Letter of Sep. 16, 2002, for Czech Republic Patent Application No. PV 1998–121 (Apr. 2003).

English Translation of Examiner's Report Relating to Czech Republic Patent Application No. PV 1998–121 (Jul. 2003).

English Translation of Reply to Official Letter of Jul. 1, 2003, for Czech Republic Patent Application No. PV 1998–121 (Feb. 2004).

Attachments to Document Previously Submitted as CZ–04 in Information Disclosure Statement Dated Apr. 8, 2005 (English Translation of Reply to Official Letter of Sep. 16, 2002 for Czech Republic Patent Application No. PV 1998–121 (Apr. 2003))—including: (1) Document CZ–07, Attachment (1), Annex 1—Analytical p. 1 of MCD–2540, (2) Document CZ–07, Attachment (2), pp. 1, 2, 3 and 8 of English Language Paper by Isao Sakano et al., "Structure and Absolute Configuration of Atorvastatin Calcium Hydrate" (dated after 1997).

English Translation of Observations of the Patent Office Relating to Ecuador Patent Application No. SP–96–1823 (Jan. 2001).

English Translation of Letter from Patent Office to Applicant Relating to Ecuador Patent Application No. SP–96–1823 (Oct. 21, 1999)—Including translation of Expert's Report on the Application (Sep. 27, 1999).

English Translation of Letter to Patent Office from Applicant Relating to Ecuador Patent Application No. SP–96–1823 (Dec. 15, 1999).

English Translation of Letter to Patent Office from Applicant Concerning Jan. 18, 2001 Observations of Patent Office Relating to Ecuador Patent Application No. SP–96–1823 (No Date).

English Translation of Letter from Patent Office to Applicant Relating to Ecuador Patent Application No. SP–96–1823 (Jun. 4, 2001).

English Translation of Letter to Patent Office from Applicant Relating to Ecuador Patent Application No. SP–96–1823 (Jul. 30, 2001).

English Translation of Letter from Patent Office to Applicant Relating to Ecuador Patent Application No. SP–96–1823 (Sep. 18, 2001).

English Translation of Letter to Patent Office from Applicant Relating to Ecuador Patent Application No. SP–96–1823 (Sep. 27, 2001).

English Translation of Technical Report MCM 06–2002 Relating to Peru Patent Application No. 000539–1966 (Apr. 2002).

English Translation of Brief in Response to Technical Report MCM 06–2002 Relating to Peru Patent Application No. 000539–1996 (Apr. 2002).

English Translation of Submission to Patent Office Relating to Peru Patent Application No. 000539–1996 (Jan. 26, 1998).

English Translation of Notice No. 98–018 Relating to Peru Patent Application No. 000539–1996 (Jan. 30, 1998).

English Translation of Submission of Publication Relating to Peru Patent Application No. 000539–1996 (Mar. 4, 1998).

English Translation of Brief in Response to Technical Report MCM 06–2002 Relating to Peru Patent Application No. 000539–1996 (Sep. 2, 2002)—Rough Translation Previously Submitted as Document PE–02 With Information Disclosure Statement Dated Apr. 8, 2005.

English Translation of Technical Report MCM 06–2002/a Relating to Peru Patent Application No. 000539–1996 (Dec. 10, 2002).

English Translation of New Divisional Application and Comments (Divisional of Peru Patent Application No. 000539–1996 Which Eventually Becomes Peru Patent Application No. 000843–2002) (Aug. 29, 2002).

US 5,969,156 C1

Page 3

English Translation of New Divisional Application and Comments (Divisional of Peru Patent Application No. 000539–1996 Which Eventually Becomes Peru Patent Application No. 000844–2002) (Sep. 2, 2002).

English Translation of Examiner's Report Relating to Slovak Republic Patent Application No. PP 0062–98 (Dec. 18, 2003).

English Translation of Response to Official Letter of Dec. 18, 2003 Relating to Slovak Republic Patent Application No. PP 0062–98 (Feb. 13, 2004).

English Translation of Submission by Applicants (Filing of New Text) Relating to Slovak Republic Patent Application No. PP 0062–98 (Jun. 10, 2004).

English Translation of Petition for Independent Amendments and Supplements to the Specification Relating to Taiwan Patent Application No. 85109893 (Nov. 18, 1997)—including set of amended claims.

English Translation of Petition for Independent Supplements to the Specification and a Petition for an Interview Relating to Taiwan Patent Application No. 85109893 (Jun. 23, 1999)—including supplementary specification.

English Translation of Petition for Independent Amendments to the English Specification Relating to Taiwan Patent Application No. 85109893 (Aug. 27, 1999)—including amended supplementary specification and U.S. package inserts for Lipitor.

English Translation of Response and a Petition for an Interview Relating to Taiwan Patent Application No. 85109893 (Jul. 31, 2000)—Including amended claims and supplementary specification.

English Translation of Independent Supplements to the Specification Relating to Taiwan Patent Application No. 85109893 (Oct. 3, 2000)—including supplementary specification.

English Translation of Petition for Interview and Statement of Interview Relating to Taiwan Patent Application No. 85109893 (Aug. 16, 2001).

English Translation of Response to Interview Held on Aug. 20, 2001 Relating to Taiwan Patent Application No. 85109893 (Sep. 6, 2001))—including: (1) Amended claims; (2) Affidavit of Joel Bernstein; and (3) Copy of Notice of Allowance from Counterpart European Application.

Remaining Attachments to Document Submitted as TW–02 in Information Disclosure Statement Dated Apr. 8, 2005 (English Translation of Reexamination Brief Relating to Taiwan Patent Application No. 85109893—May 1999)— said attachments being: (1) Amended Page of Specification (p. 26); (2) Article, "Atorvastatin Calcium", Drugs of the Future 1997, 22(9): pp. 956–968; (3) Article, "Atorvastatin—A Review of Its Pharmacology and Therapeutic Potential in the Management of Hyperlipidaemias", Adis Drug Evaluation, Drugs 1997 May; 53(5), pp. 829–845; (4) Abstract from Twenty–first Annual ACCP Meeting, 1992, p. 749 No. 28 entitled "Multiple–Dose Tolerance and Pharmacologic Effect of CI–981"; (5) Article, "A Multicenter, Placebo–Controlled, Dose–Ranging Study of Atorvastatin", J. Cardiovasc. Pharmacol. Therapeut. 3(2):119–124, 1998; and (6) Copy of Notice of Allowance for the Counterpart U.S. Appl. No. 08/945,812.

English Translation of Brief Accompanying New Claims and Change of Title Relating to Uruguayan Patent Application No. 24.285 (Apr. 6, 1998).

English Translation (Rough) of Substance of Examiner's Report Dated Oct. 27, 1999 Relating to Uruguayan Patent Application No. 24.285 (Oct. 27, 1999).

English Translation of Reply to Examiner's Report Relating to Uruguayan Patent Application No. 24.285 (Mar. 20, 2000).

English Translation of Attachments to Document Submitted with Information Disclosure Statement Dated Apr. 8, 2005 as UR–02 (English Translation of Examination Report for Uruguayan Patent Application No. 24.985 dated Aug. 12, 2002)—Including: (1) Document UR–08, Attachment (1), English Translation of Substance of Amended Specification and Claims Pages, (2) Document UR–08, Attachment (2), Annex 1—Analytical Page 1 of MCD–2540, (3) Document UR–08, Attachment (3), English Language Paper by Isao Sakano et al., "Structure and Absolute Configuration of Atorvastatin Calcium Hydrate" (dated after 1997), (4) Document UR–08, Attachment (4), English Language Article by Kelvin L. Baumann et al., "The Convergent Synthesis of CI–981, an Optically Active, Highly Potent, Tissue Selective Inhibitor of HMG–CoA Reductase", Tetrahedron Letters, vol. 33, No. 17, 1992, pp. 2283–2284.

English Translation of Reply to Official Action Attaching a New Set of Claims, New Abstract and New Title Relating to Uruguayan Patent Application No. 24.985 (Dec. 30, 2002).

English Translation of Reply to Official Action Attaching a New Set of Claims Relating to Uruguayan Patent Application No. 24.985 (Feb. 13, 2003).

English Translation of Reply to Official Action of May 26, 1998 for Israel Patent Application No. 122118 (Sep. 15, 1998).

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 122118 (Dec. 28, 1998).

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 122118 (Mar. 2, 1999).

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 122118 (Jul. 12, 1999).

English Translation of Letter From Opponent Unipharm Ltd. to Israel PTO Relating to Israel Patent Application No. 122118 (Oct. 14, 1999).

English Translation of Information Disclosure Update Relating to Israel Patent Application No. 122118 (Apr. 4, 2000).

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 122118 (May 14, 2002).

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 122118 (May 13, 2003)—including marked–up and clean copies of pages of specification and claims.

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 122118 (Dec. 28, 2003).

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 122118 (May 20, 2004)—including amended p. 31.

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 122118 (Jun. 28, 2004).

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 122118 (Apr. 17, 2005)—including amended p. 31.

**US 5,969,156 C1**

Page 4

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 128862 (Jul. 19, 1999)—including marked–up pages of specification and claims.

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 128862 (Nov. 16, 1999).

English Translation of Interview Summary Relating to Israel Patent Application No. 128862 (Oct. 12, 2004).

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 128862 (Oct. 17, 2004)—including new set of claims.

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 128862 (Oct. 24, 2004)—including new set of claims.

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 128862 (Oct. 25, 2004).

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 128862 (Nov. 4, 2004).

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 128862 (Nov. 7, 2004).

Declaration of Joel Bernstein dated Dec. 8, 2004 and Affidavit of Joel Bernstein dated Nov. 2, 2000—submitted as attachments to Document IL–05 from Information Disclosure Statement dated Apr. 8, 2005 (IL–05=English Translation of Letter Filed Mar. 4, 2005 in Response to Official Action of Nov. 4, 2004 Concerning Israel Patent Application No. 128862—mistakenly referred to as 128864 in Information Disclosure Statement dated Apr. 8, 2005).

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 128865 (Jul. 19, 1999).

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 128865 (Dec. 6, 1999)—including Memorandum in Response to Official Action; citation of prior art and amended pages of specification.

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 128865 (Apr. 10, 2000).

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 128865 (Aug. 9, 2004)—including marked–up pages of specification and claims.

English Translation of Interview Summary Relating to Israel Patent Application No. 128865 (Oct. 12, 2004).

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 128865 (Dec. 9, 2004)—including amended pages of specification and claims.

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 128864 (Jul. 19, 1999).

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 128864 (Sep. 14, 1999)—including Memorandum in Response to Official Action and amended pages of specification and claims.

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 128864 (Dec. 2, 1999)—including Memorandum in Response to Official Action.

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 128864 (Apr. 10, 2000).

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 128864 (Apr. 10, 2000).

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 128864 (Aug. 9, 2004)—including marked–up versions of pages of the specification and claims.

English Translation of Interview Summary Relating to Israel Patent Application No. 128864 (Oct. 12, 2004).

English Translation of Letter from Applicant to Israel PTO Relating to Israel Patent Application No. 128864 (Dec. 9, 2004)—including amended pages of specification and claims.

English Translation of Letter from Israel PTO to Applicant Relating to Israel Patent Application No. 128864 (Jan. 17, 2005)—including marked–up version of pages from specification and claims.

Request to Hold Application in Abeyance Relating to New Zealand Patent Application No. 312907 (Dec. 21, 1999).

Examination Report Relating to New Zealand Patent Application No. 312907 (Jan. 20, 2000).

Application for Amendment to Specification of New Zealand Patent Application No. 312907 (Oct. 27, 2000).

Attachments to Document Previously Submitted as NZ–02 in Information Disclosure Statement dated Apr. 8, 2005—Response with Amendments to New Zealand Patent Application No. 312907 (Oct. 27, 2000)—the attachments being: (1) Copy of U.S. Pat. No. 5,969,156; (2) Kohn et al., J. Med. Chem 1990, vol. 33, No. 3, pp. 919–926; (3) Poindexter et al., J. Org. Chem. 1992, vol. 57, No. 23, pp. 6257–6265; (4) Crocker et al., Bioconjugate Chem. vol. 1, No. 6, 1990, pp. 419–424; and (5) U.S. Pat. No. 5,378,729 (Kohn et al.).

Examination Report Relating to New Zealand Patent Application No. 312907 (Nov. 9, 2000).

Notice of Acceptance of Complete Specification Relating to New Zealand Patent Application No. 312907 (Nov. 27, 2000).

Copy of Letters Patent No. 312907 (cover page) Relating to New Zealand Patent Application No. 312907 (Apr. 5, 2001).

Examination Report Relating to New Zealand Patent Application No. 507836 (Divisional of 312907) (Nov. 2, 2000).

Response to Examination Report Relating to New Zealand Patent Application No. 507836 (Divisional of 312907) (Jan. 23, 2001).

Examination Report Relating to New Zealand Patent Application No. 507836 (Divisional of 312907) (Jan. 29, 2001).

Notice of Acceptance of Complete Specification Relating to New Zealand Patent Application No. 507836 (Divisional of 312907) (Feb. 8, 2001).

Copy of Letters Patent No. 507836 (cover page) Relating to New Zealand Patent Application No. 507836 (Divisional of 312907) (Jun. 6, 2001).

English Translation of Examination Report Relating to Colombian Patent Application No. 96–037.514 (Technical Section Report No. 447) (Mar. 2001).

English Translation of Observations on the Technical Section Report No. 447 Relating to Colombian Patent Application No. 96–037.514 (Mar. 2001).

English Translation of Main Parts of Technical Section Report No. 1680 Relating to Colombian Patent Application No. 96–037.514 (Nov. 20, 2001).

English Translation of Technical Section Report No. 1647 Relating to Colombian Patent Application No. 96–037.514 (Jan. 2003).

English Translation of Testimony Reception Proceeding of Dr. Jose Antonio Henao Martinez Relating to Colombian Patent Application No. 96–037.514 (Jul. 2004).

English Translation of Brief in Response to Technical Concept No. 0151 Relating to Colombian Patent Application No. 96–037.514 (Jul. 19, 2001) with the following attachments: (1) Cover page and pp. 3–12 of book "Solid–State Chemistry of Drugs", Stephen R.Byrn, Academic Press 1982; (2) Article by Robert J. Gdanitz; "Ab initio prediction of molecular crystal structures"; Current Opinion in Solid State & Materials Science 1998, 3: pp. 414–418; (3) Article by Mino R. Caira; "Crystalline Polymorphism of Organic Compounds"; Topics in Current Chemistry, vol. 198, 1998, pp. 163–208; (4) Article by Gautam R. Desiraju; "Crystal Gazing: Structure Prediction and Polymorphism"; Science, vol. 278; Oct. 17, 1997, pp. 404–405; (5) Copy of English Translation of WO 01/28999 (PCT/HU00/00106)(Apr. 26, 2001); (6) Copy of Cover Pages for Argentine Patent AR003458B1; (7) Copy of Cover Page for Australian Patent No. 725424; (8) Copy of Cover Page for Canadian Patent No. 2,220,018;

(9) Copy of Cover Page for Chilean Patent No. 39.996; (10) Copy of Cover Page for Indonesian Patent No. ID 0004715; (11) Copy of Cover Page for New Zealand Patent Nos. 507836 and 312907; (12) Copy of Cover Pages for Norway Patent No. 309898; (13) Copy of Cover Page for Eurasian Patent No. 000474; (14) Copy of Cover Page for Vietnam Patent No. 1507; and (15) Copy of English Translation of Letter Issued by the Intellectual Property Autonomous Service and New Technologies of Venezuela Relating to the Grant of a Patent from Venezuelan Patent App. No. 96–001279 (Feb. 19, 2001).

English Translation of Resolution No. 40899 Relating to Colombian Patent Application No. 96–037.514 (Nov. 30, 2001).

English Translation of Reconsideration Petition Against Resolution 40899 Relating to Colombian Patent Application No. 96–037.514 (Jan. 24, 2002)—including an Affidavit of Stephen R. Byrn dated Jan. 21, 2002 (Attachment (1)).

English Translation of Complementing Brief Relating to Colombian Patent Application No. 96–037.514 (Oct. 22, 2002)—including: Attachment (1)—Affidavit of Joel Bernstein dated Nov. 2, 2000; Attachment (2)—Result of Consultation by Telephone in European Application No. 96 924 368.2 (Apr. 13, 2000).

English Translation of Resolution No. 060 Relating to Colombian Patent Application No. 96–037.514 (Jan. 14, 2003).

English Translation of Nullity Claim Against Resolution Nos. 40899 and 060 Relating to Colombian Patent Application No. 96–037.514 (2003)—including: Attachment (1)—Declaration of Stephen R. Byrn (Jun. 6, 2003); Attachment (2)—Affidavit of Stephen R. Byrn (Jan. 21, 2002); Attachment (3)—Cover Pages, Table of Contents, Author Index, Notice to Authors and Article by Leo H. Sternbach; "The Benzodiazepine Story"; pp. 1–7; all from the Journal of Medicinal Chemistry, vol. 22, No. 1, Jan. 1979; Attachment (4)—Affidavit of Charles E. Colson (Sep. 2002); and Attachment (5)—Affidavit of Lloyd R. Whitfield (Sep. 2002).

English Translation of Preliminary Letter from Patent Office Relating to Bulgarian Patent Application No. 102187 (Oct. 10, 2001).

English Translation of Response to Preliminary Letter from Patent Office Relating to Bulgarian Patent Application No. 102187 (Jan. 18, 2002)—including replacement pages for description and abstract.

English Translation of Further Response to Preliminary Letter from Patent Office Relating to Bulgarian Patent Application No. 102187 (Mar. 7, 2002)—including replacement pages for description.

English Translation of Examiner's Report No. 2 Relating to Chilean Patent Application No. 1264–96 (Aug. 1998).

English Translation of Examiner's Report No. 3 Relating to Chilean Patent Application No. 1264–96 (Jun. 1999).

English Translation of First Examiner's Report Relating to Chilean Patent Application No. 1264–96 (Apr. 8, 1998).

English Translation of Reply to Examiner's Report No. 1 and Accompanying Antecedents Relating to Chilean Patent Application No. 1264–96 (Jun. 9, 1998).

English Translation of Submission of Substitute p. 31 to Patent Office Relating to Chilean Patent Application No. 1264–96 (Jul. 9, 1998).

English Translation of Examiner's Report No. 2 Relating to Chilean Patent Application No. 1264–96 (Aug. 13, 1998)—Rough Translation Previously Submitted as Document CL–01 in Information Disclosure Statement Dated Apr. 8, 2005.

English Translation of Reply to Examiner's Report No. 2 and Filing of Antecedents Relating to Chilean Patent Application No. 1264–96 (Mar. 1999).

English Translation of Examiner's Report No. 3 Relating to Chilean Patent Application No. 1264–96 (Jun. 2, 1999)—Rough Translation Previously Submitted as Document CL–02 in Information Disclosure Statement Dated Apr. 8, 2005.

English Translation of Reply to Examiner's Report No. 3 and Accompanying Antecedents Relating to Chilean Patent Application No. 1264–96 (Jun. 10, 1999).

English Translation of Examiner's Report No. 4—Final Acceptance of Application—Relating to Chilean Patent Application No. 1264–96 (Jun. 11, 1999).

Examination Report Relating to Australian Patent Application No. 64842/96 (Nov. 1998).

Response to the Examination Report of Nov. 1998 Relating to Australian Patent Application No. 64842/96 (Aug. 2000).

Attachments to document AU–02 submitted with Information Disclosure Statement dated Apr. 8, 2005 (Response to the Examination Report of Nov. 1998 Relating to Australian Patent Application No. 64842/96 (Aug. 2000))—such attachments being: (1) Declaration of Lloyd R. Whitfield; (2) Declaration of Charles Edward Colson; (3) Kohn et al., J. Med. Chem 1990, vol. 33, No. 3, pp. 919–926; (4) Poindexter et al., J. Org. Chem. 1992, vol. 57, No. 23, pp. 6257–6265; (5) Crocker et al., Bioconjugate Chem. vol. 1, No. 6, 1990, pp. 419–424; and (6) U.S. Pat. No. 5,378,729 (Kohn et al.).

Statement of Proposed Amendments Relating to Australian Patent Application No. 64842/96 (Aug. 17, 2000).

Notice of Acceptance Relating to Australian Patent Application No. 64842/96 providing Australian Patent No. 725424 (Oct. 3, 2000).

US 5,969,156 C1

Page 6

Notice of Sealing (Grant of Patent) Relating to Australian Patent Application No. 64842/96 (Australian Patent No. 725424) (Jan. 25, 2001).

English Translation of Amendment to the Claims Relating to South Korean Patent Application No. 10–1998–700346 (Oct. 30, 1999).

English Translation of Notice of Preliminary Rejection Relating to South Korean Patent Application No. 10–1998–700346 (Oct. 30, 2001).

English Translation of Response to Office Action Relating to South Korean Patent Application No. 10–1998–700346 (Dec. 24, 2002)—Including Affidavit of Park, Man–Ki (Dec. 11, 2002) and Affidavit of Joel Bernstein (Nov. 2, 2000).

English Translation of Amendment of the Application Relating to South Korean Patent Application No. 10–1998–700346 (Dec. 24, 2002).

English Translation of Notice of Allowance Relating to South Korean Patent Application No. 10–1998–700346 (May 2, 2003).

English Translation of Patent Publication Relating to South Korean Patent Application No. 10–1998–700346; Patent No. 10–389518 (Nov. 15, 2003).

English Translation of Divisional Patent Application filing sheet—including claims (South Korean Patent Application No. 10–2002–7017608) (Dec. 24, 2002).

English Translation of Notice of Preliminary Rejection Relating to Divisional Patent Application (South Korean Patent Application No. 10–2002–7017608) (May 17, 2003).

English Translation of Response to Office Action Relating to Divisional Patent Application (South Korean Patent Application No. 10–2002–7017608) (Sep. 17, 2003).

English Translation of Amendment to the Claims Relating to Divisional Patent Application (South Korean Patent Application No. 10–2002–7017608) (Sep. 17, 2003).

English Translation of Notice of Allowance Relating to Divisional Patent Application (South Korean Patent Application No. 10–2002–7017608) (Mar. 17, 2004).

English Translation of Patent Publication Relating to Divisional Patent Application (South Korean Patent Application No. 10–2002–7017608; Patent No. 10–431038) (May 12, 2004).

English Translation of Patent Office Resolution I–396 Relating to Argentine Patent Application No. 96 01 03598 (Oct. 1999).

English Translation of Answer to Official Action Relating to Argentine Patent Application No. 96 01 03598 (Jul. 2000).

English Translation of Answer to Official Action Relating to Argentine Patent Application No. 96 01 03598 (Jul. 24, 2000)—with the following attachments: (1) Certified and Legalized Copy of U.S. Pat. No. 5,969,156; (2) Legalized Copy of Affidavit of Tanya R. McMullen (Dec. 17, 1999) with attachments: (a) Declaration of Thomas M.A. Bocan (Dec. 2, 1998); (b) Declaration of Stephen R. Byrn (Nov. 25, 1998); (c) Declaration of Lloyd R. Whitfield (Dec. 2, 1998); and (d) Declaration of Charles Edward Colson (Dec. 2, 1998) (3) Legalized Affidavit of Francis J. Tinney enclosing Notice of Allowance for U.S. Appl. No. 08/945,812 (Dec. 17, 1999); (4) Affidavit of Bruce D. Roth (Dec. 17, 1999); (5) Kohn et al., J. Med. Chem 1990, vol. 33, No. 3, pp. 919–926; (6) Poindexter et al., J. Org. Chem. 1992, vol. 57, No. 23, pp. 6257–6265; (7) Crocker et al., Bioconjugate Chem. vol. 1, No. 6, 1990, pp. 419–424; (8) U.S. Pat. No. 5,378,729 (Kohn et al.);

(9) English translation of Notice of Receipt of Invention Application 122118 (Israel); (10) English translation of Technical Expert's Report Concerning a Patent Application (Ecuador App. No. SP–96–1823) (Sep. 27, 1999); (11) Copy of International Search Report for WO 97/03959 (Feb. 6, 1997); (12) English translation of Certificate of Chilean Patent No. 39996 (Jul. 1, 1999); (13) Bocan et al., Atherosclerosis 111 (1994), pp. 127–142; (14) English translation of new set of claims for Argentine Pat. App. P 96 01 03598; and (15) English translation of Filing of Documents Related to the Answer to the Substantive Examination of Patent Application Serial No. P 96 01 03598 (Oct. 2000)—including a copy of Indonesian Patent ID 0004715. (Document AR–03 is a more complete translation of the document submitted, without most of the attachments, as AR–02 in Information Disclosure Statement dated Apr. 8, 2005).

English Translation of Opposition to the Granting of Exclusive Marketing Rights Relating to Argentine Patent No. AR 003458 (corresponding to Application No. P 96 01 03598) Filed by GADOR (Jun. 25, 1999).

English Translation of Opposition to the Granting of Exclusive Marketing Rights Relating to Argentine Patent No. AR 003458 (corresponding to Application No. P 96 01 03598), Filed by LABORATORIOS BETA S.A. (Jun. 24, 1999).

English Translation of Opposition to the Granting of Exclusive Marketing Rights Relating to Argentine Patent No. AR 003458 (corresponding to Application No. P 96 01 03598) Filed by ASOFARMA S.A. (Jun. 24, 1999).

English Translation of Opposition to the Granting of Exclusive Marketing Rights Relating to Argentine Patent No. AR 003458 (corresponding to Application No. P 96 01 03598) Filed by MICROSULES Y BERNABO SA (Jun. 25, 1999).

English Translation of Substantive Examination Report Relating to Argentine Patent Application No. P 96 01 03598 (Aug. 11, 1999).

Exclusive Marketing Rights for LIPITOR® In Argentina (Dec. 14, 1999)—A Summary of Argentina's Failure to Grant Exclusive Marketing Rights for LIPITOR®—including the following Annexes: (1) TRIPS Article 70, paragraph 9, and Article 101 of Argentine Decree 260/96 and the Associated Regulation; (2) Application for Exclusive Marketing Rights (Jun. 9, 1998); (3) INPI Technical Resolution (Nov. 18, 1998); (4) INPI Legal Resolution (Dec. 2, 1998); (5) Warner–Lambert's Response (Dec. 15, 1998); (6) INPI Legal Resolution (Feb. 11, 1999); (7) INPI Technical Resolution (Apr. 21, 1999); (8) INPI's Brief Before the Court of First Instance in the Amparo; (9) Notice of the Application of Exclusive Marketing Rights; (10) Warner–Lambert's Response to the Oppositions Filed; (11) INPI's Brief on Appeal in the Amparo; (12) Warner–Lambert's Brief on Appeal in the Amparo;

(13) Communication from INPI Legal Affairs to the Intervenor About the Decision in the Amparo (Oct. 13, 1999); (14) Acknowledgement by the Interventor of the Decision in the Amparo (Oct. 13, 1999); (15) Transmittal of the Examiner's Action (Oct. 14, 1999); and (16) INPI Resolution Refusing the Application for Exclusive Marketing Rights (Oct. 20, 1999).

W. Thellhelmer, *Synthetic Methods of Organic Chemistry*, vol. 13, Interscience Publishers, Inc., New York, cover pages and pp. 193, 194, 383 and 384 (1959).

**US 5,969,156 C1**

Page 7

Shimako Oishi et al.; *A Clinical Study of the Pharmacokinetics of Atorvastatin (CI–981), I: The Relative Bioavailabilities of Amorphous and Crystalline Atorvastatin Preparations*, Jpn Pharmacol Ther, vol. 26, No. 8, pp. 67–77 (1241–1251) (1998).

English language translation of Shimako Oishi et al.; *A Clinical Study of the Pharmacokinetics of Atorvastatin (CI–981), I: The Relative Bioavailabilities of Amorphous and Crystalline Atorvastatin Preparations*, Jpn Pharmacol Ther, vol. 26, No. 8, pp. 67–77 (1241–1251) (1998).

Request for Advanced Examination (Special Order) for Canadian Patent Application No. 2,220,018 (Mar. 2000).

Office Action dated Jul. 5, 2000 Relating to Canadian Patent Application No. 2,220,018 (Jul. 2000).

Response and Amendment to the Office Action dated Jul. 5, 2000, for Canadian Patent Application No. 2,220,018 (Nov. 2000).

Voluntary Amendment and Notice of Allowance for Canadian Patent Application No. 2,220,018 (Nov. 2000).

Notice of Allegation filed by Ranbaxy in Canada (Jan. 31, 2005)—including discussion of '018 patent at pp. 32 to 37.

Notice of Allegation filed by Novopharm in Canada (Feb. 22, 2005)—including discussion of '018 patent at pp. 16 to 25.

Notice of Application filed by Pfizer in Canada Relating to Ranbaxy Notice of Allegation (Mar. 17, 2005)—including discussion of '018 patent at pp. 11 and 12.

Notice of Application filed by Pfizer in Canada Relating to Novopharm Notice of Allegation (Apr. 13, 2005)—including discussion of '018 patent at pp. 11 to 15.

Notice of Allegation filed by Ratiopharm in Canada (May 12, 2005)—including discussion of '018 patent at pp. 22 to 36.

Notice of Application filed by Pfizer in Canada Relating to Ratiopharm Notice of Allegation (Jun. 30, 2005)—Including discussion of '018 patent at pp. 10 to 15.

Official Action dated Dec. 10, 1999 Concerning European Patent Application 96 924 368.2.

Result of Consultation dated Apr. 19, 2000 Concerning European Patent Application 96 924 368.2.

Response to Communication of Sep. 20, 2000 European Patent Application 96 924 368.2 (document dated Nov. 4, 2000).

Communication of Apr. 12, 2001 European Patent Application 96 924 368.2.

Response to the Communication Pursuant to Article 96(2) dated Apr. 12, 2001 European Patent Application 96 924 368.2 (May 2001).

Communication under Rule 51(4) EPC dated Jul. 26, 2001 European Patent Application 96 924 368.2.

Response to the Communication Under Rule 51(4) EPC dated Jul. 26, 2001 European Patent Application 96 924 368.2 (Aug. 2001).

Communication Under Rule 51(6) EPC dated Sep. 21, 2001 European Patent Application 96 924 368.2.

Decision to Grant a European Patent Pursuant to Article 97(2) EPC dated Sep. 27, 2001 European Patent Application 96 924 368.2.

Communication of Notice of Opposition Dated Aug. 13, 2002 European Patent Application 96 924 368.2; in German (Opposing Party=Dr. Robert Waldraff) and English Translation of Communication.

Communication of a Notice of Opposition Dated Aug. 16, 2002 European Patent Application 96 924 368.2 (Opposing Part=Teva Pharmaceutical Industries Ltd..).

Communication of a Notice of Opposition Dated Aug. 20, 2002 European Patent Application 96 924 368.2 (Opposing Part=Lek Pharmaceuticals d.d.).

Response to the Communication of Notices of Oppositions European Patent Application 96 924 368.2; dated May 12, 2003.

Reply by Opponent Dr. Robert Waldraff to the Submission filed by patentee dated May 12, 2003 European Patent Application 96 924 368.2 (Nov. 2003).

Communication from EPO Dated Dec. 7, 2004 European Patent Application 96 924 368.2.

Response to Communication in Oppositions Concerning European Patent Application 96 924 368.2 (Jul. 18, 2005)—including SSCI Inc. Report (Filename SR–20030653.01—10 pages) and Filtration and Drying Study (1 page).

English Translation of Court Claim filed on Jul. 15, 2005, with the Metropolitan Court of Budapest, Hungary—including a copy of Hungarian Patent No. 223 599.

English Translation of Declaration filed on Aug. 16, 2005, with the Metropolitan Court of Budapest, Hungary—including a copy of SSCI Inc. Report (Filename SR–20050594.01).

English language version of Response by Dr. Judith Aronhime dated Sep. 20, 2005 for Presentation in the Metropolitan Court of Budapest, Hungary.

English Translation of Written Request for Examination of Japanese Patent Application No. H09(1997)–506710 (Feb. 16, 2000).

English Translation of Written Amendment for Japanese Patent Application No. H09(1997)–506710 (Feb. 16, 2000).

English Translation of Notice of Reason(s) for Rejection for Japanese Patent Application No. H09(1997)–506710 (Jul. 17, 2001).

English Translation of Written Request for Extension of Term—Japanese Patent Application No. H09(1997)–506710 (Oct. 17, 2001).

English Translation of Written Amendment 1n Lieu of Written Opinion for Japanese Patent Application No. H09(1997)–506710 (Jan. 17, 2002).

English Translation of Copy of Decision For Patent for Japanese Patent Application No. H09(1997)–506710 (Mar. 5, 2002).

English Translation of Letters Patent Document (Patent No. 3296564) for Japanese Patent Application No. H09(1997)–506710 (Apr. 12, 2002).

English Translation of Claim for Patent Violation Against Ranbaxy (Dec. 10, 2003).

English Translation of Technical Report mcm 1–2004/a Submitted in Ranbaxy Litigation (Feb. 11, 2004).

English Translation of Ranbaxy Answer (Mar. 2, 2004)—with the following attachments: Attachment 1—English Translation of Technical Report No. 009/04/L. Attachment 2—English Translation of Quality Control Service Test Report No. P014695A/02, Attachment 3—English Translation of Letter from Hypatia S.A. dated Jul. 16, 2002.

English Translation of Technical Report mcm 1–2004/c (Jun. 8, 2004).

English Translation of Decision by INDECOPI (Jun. 8, 2004).

English Translation of Appeal for Reversal of Precautionary Measures filed by Ranbaxy (Jun. 24, 2004).

**US 5,969,156 C1**

Page 8

English Translation of Resolution No. 0793–2004/TPI–IN-DECOPI (Sep. 7, 2004).

English Translation of Technical Report MCM 1–2004/D (Oct. 22, 2004).

English Translation of Resolution No. 001270–2004/OIN-INDECOPI (Oct. 26, 2004).

English Translation of Filing of an Appeal by Ranbaxy (Nov. 5, 2004).

English Translation of Answer to the Action for Annulment filed by Warner–Lambert (Aug. 11, 2005).

English Translation of Complaint Filed by VIVAX to the Andean Secretary General in 2004 Concerning Venezuelan Patent No. 96–001279 (Cancellation Proceedings).

Expert Opinion of Bernardo Mendez A., Ph.D. in Spanish dated Apr. 27, 2004 submitted in Cancellation Proceedings Concerning Venezuelan Patent No. 96–001279 and English Translation Thereof.

Expert Opinion of Jose Dominguez, Ph.D. In Spanish dated Aug. 33, 2004 Submitted in Cancellation Proceedings Concerning Venezuelan Patent No. 96–001279 and English Translation Thereof.

English Translation of Action for Breach filed by VIVAX in Andean Community's Court of Justice (Sep. 24, 2004).

English Translation of Response to VIVAX Action for Breach filed by Warner–Lambert in Andean Community's Court of Justice (Dec. 17, 2004).

English Translation of Written Conclusions Submitted by Warner–Lambert to Andean Community's Court of Justice Relating to VIVAX Action (May 13, 2005), including the following Annexes: Annex A—Document from Colombia relating to the patentability of polymorphs (no translation), Annexes B, C and D—Excerpts from "Solid State Chemistry of Drugs, 2nd Edition", Byrn et al. (1999) (Cover pages and pp. 4, 5, 12, 13, 248 and 249). Annexes E and F—Excerpts from "Polymorphism in Molecular Crystals", Joel Bernstein, IUCr Monographs on Crystallography (14), Clarendon Press, Oxford (2002) (Cover pages and pp. 8–11, 240 and 241). Annex G—Table concerning support for claims, Annex H—Certified copy of public document relating to Colombian process patent for amorphous atorvastatin, Annex I—Power Point presentation of Expert Professor Jose Miguel Delgado Q., presented at the Court of Justice of the Andean Community of Nations (May 5, 2005) and English Translation thereof.

English Translation of Notification of Proposal to Revoke Patent No. 3270 (should be Patent No. 1507) (Jun. 20, 2005) with attached Proposal to a Revocation of Patent No. 1507 (Mar. 21, 2005).

English Translation of Examination Report for Uruguayan Patent Application No. 24.985 dated May 2002.

English Translation of Reply to Examination Report for Uruguayan Patent Application No. 24.985 dated Aug. 12, 2002.

English Translation of Examination Report for Uruguayan Patent Application No. 24.985 dated Sep. 2002.

English Translation of Examination Report for Uruguayan Patent Application No. 24.985 dated Jan. 2003.

English Translation of Official Notification Relating to Taiwan Patent Application No. 85109893 (Oct. 1998).

English Translation of Reexamination Brief Relating to Taiwan Patent Application No. 85109893 (May 1999).

English Translation of Preliminary Notice of Rejection Relating to Taiwan Patent Application No. 85109893 (May 2000).

English Translation of Preliminary Notice of Rejection Relating to Taiwan Patent Application No. 85109893 (Apr. 2001).

English Translation of Examiner's Grounds for Rejection Relating to South Korean Patent Application No. 10–1998–700346 (Oct. 2001).

Examiner's Report Relating to New Zealand Patent Application No. 312907 (Jun. 1998).

Response with Amendments to New Zealand Patent Application No. 312907 (Oct. 2000).

English Translation of Reply to Official Action of Dec. 28, 1998 for Israel Patent Application No. 122118; dated Mar. 1, 1999.

English Translation of Statement of Case on Behalf of Opponent Unipharm Ltd. Dated Feb. 8, 2000; Opposition to Israel Patent Application No. 122188.

English Translation of Request to Amend the Specification of Israel Patent Application No. 122118; dated Oct. 2000.

English Translation of Additions to Statement of Case; Unipharm Ltd. Opposition to Israel Patent Application No. 122118; dated Sep. 11, 2002.

English Translation of Letter Filed Mar. 4, 2005 in Response to Official Action of Nov. 4, 2004 Concerning Israel Patent Application No. 128864.

\* cited by examiner

US 5,969,156 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **3, 6–8, 14–15, 20–25, 30, 32–35, 37** and **39–44** is confirmed.

Claims **1–2, 4–5, 9, 28–29, 31, 36** and **38** are determined to be patentable as amended.

Claims **10–13, 16–19** and **26–27**, dependent on an amended claim, are determined to be patentable.

New claims **45–117** are added and determined to be patentable.

**1**. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing [at least one of] the following $2\theta$ [values] *value* measured using $CuK_\alpha$ radiation: [11.9 or] 22.0.

**2**. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following $2\theta$ values measured using [Cuk_α] *CuK_α* radiation: 11.9, 21.6 and 22.0.

**4**. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following $2\theta$ values measured using [Cuk_α] *CuK_α* radiation: 9.2, 9.5, 10.3, 10.6, 11.9, 12.2, 17.1, 19.5, 21.6, 22.0, 22.7, 23.3, 23.7, 24.4, 28.9 and 29.2.

**5**. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following $2\theta$ values measured using [Cuk_α] *CuK_α* radiation: 9.150, 9.470, 10.266, 10.560, 11.853, 12.195, 17.075, 19.485, 21.626, 21.960, 22.748, 23.335, 23.734, 24.438, 28.915 and 29.234.

**9**. A crystalline Form I atorvastatin characterized by solid-state $^{13}C$ nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 21.3[,]. 25.2, 26.4, 40.2, 41.9, 47.4, 64.9, 68.1, 70.5, 73.1, 113.8, 118.2, 120.9, 123.5, 127.6, 129.5, 131.1, 134.9, 137.0, 159.3, 166.7, (broad), 178.4 and 182.8.

**28**. Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 9.0 [and] *20.5 and at least one value selected from the group consisting of 5.6, 7.4, 8.5, 15.8 (broad) and 25.7 (broad)*.

**29**. Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 8.5 [and] *9.0 and at least one value selected from the group consisting of 7.4, 12.4 (broad), 15.8 (broad), 17.1–17.4 (broad), 19.5, 20.5, 22.7–23.2 (broad) and 25.7 (broad)*.

**2**

**31**. Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following $2\theta$ values measured using [CuK_α] *CuK_α* radiation: 5.582, 7.384, 8.533, 9.040, 12.440 (broad), 15.771 (broad), 17.120–17.360 (broad), 19.490, 20.502, 22.706–23.159 (broad), 25.697 (broad) and 29.504.

**36**. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing [at least one of] the following $2\theta$ values measured using $CuK_\alpha$ radiation: 8.0 [or]. *9.7 and at least one value selected from the group consisting of 4.9, 5.4, 10.4, 12.4, 18.4, 19.2, 21.7, 23.0 and 24.1.*

**38**. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_{60}$ radiation: 8.0, 9.7 [and]. *19.6 and at least one value selected from the group consisting of 4.9, 5.4, 10.4, 12.4, 18.4, 19.2, 21.7, 23.0 and 24.1.*

*45. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 11.9 and 22.0.*

*46. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 8.0 and at least one value selected from the group consisting of 4.9, 5.4, 10.4, 12.4, 18.4, 19.2, 21.7, 23.0 and 24.1.*

*47. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 17.1, 19.5, 21.6 and at least one value selected from the group consisting of 9.2, 10.3, 11.9, 12.2, 22.0, 22.7, 23.7, 24.4, 28.9 and 29.2.*

*48. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 8.0 and 12.4.*

*49. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 8.0, 9.7 and 12.4.*

*50. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 4.9, 8.0, 9.7 and at least one value selected from the group consisting of 5.4, 5.9, 10.4, 12.4, 17.7, 19.6 and 23.7.*

*51. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 8.0, 9.7, 19.6 and at least one value selected from the group consisting of 4.9, 12.4 and 21.7.*

*52. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 9.2, 9.5, 10.3, 10.6 and 22.0.*

*53. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 9.2, 9.5, 10.3, 10.6 and 11.9.*

*54. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following $2\theta$ values measured using $CuK_\alpha$ radiation: 9.2, 9.5, 10.3, 10.6, 11.9, 21.6 and 22.0.*

US 5,969,156 C1

3

55. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 9.2, 9.5, 10.3, 10.6, 17.1, 19.5 and 21.6.

56. Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 5.6, 8.5, 9.0, 12.4 (broad), 17.1–17.4 (broad) and 20.5.

57. Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 5.6, 8.5, 9.0, 12.4 (broad) and 17.1–17.4 (broad).

58. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 4.9, 8.0, 9.7 and 12.4.

59. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 4.9, 8.0, 9.7, 12.4 and at least one value selected from the group consisting of 5.4, 5.9, 10.4, 17.7, 18.4, 19.2, 19.6, 21.7, 23.0, 23.7 and 24.1.

60. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 4.9, 8.0, 9.7, 12.4 and 19.6.

61. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ value measured using CuK$_\alpha$ radiation: 11.9; and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shift differences between the lowest ppm resonance and other resonances: 3.9, 5.1, 43.6, 46.8, 49.2 and 51.8.

62. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ value measured using CuK$_\alpha$ radiation: 22.0; and further characterized by solid state $^{13}$C nuclear magnetic resonance having a chemical shift difference between the lowest ppm resonance and another resonance of 5.1.

63. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ value measured using CuK$_\alpha$ radiation: 22.0; and further characterized by solid state $^{13}$C nuclear magnetic resonance having a chemical shift difference between the lowest ppm resonance and another resonance of 51.8.

64. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ value measured using CuK$_\alpha$ radiation: 22.0; and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shift differences between the lowest ppm resonance and other resonances: 3.9, 5.1, 43.6, 46.8, 49.2 and 51.8.

65. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 9.2 and 11.9; and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shift expressed in parts per million: 182.8.

4

66. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 9.2 and 22.0; and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shift expressed in parts per million: 182.8.

67. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ value measured using CuK$_\alpha$ radiation: 11.9; and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 21.3, 25.2, 26.4, 40.2, 41.9, 47.4, 64.9, 68.1, 70.5, 73.1, 113.8, 118.2, 120.9, 123.5, 127.6, 129.5, 131.1, 134.9, 137.0, 159.3, 166.7 (broad), 178.4 and 182.8.

68. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ value measured using CuK$_\alpha$ radiation: 22.0; and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 21.3, 25.2, 26.4, 40.2, 41.9, 47.4, 64.9, 68.1, 70.5, 73.1, 113.8, 118.2, 120.9, 123.5, 127.6, 129.5, 131.1, 134.9, 137.0, 159.3, 166.7 (broad), 178.4 and 182.8.

69. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 11.9 and 22.0; and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 21.3, 25.2, 26.4, 40.2, 41.9, 47.4, 64.9, 68.1, 70.5, 73.1, 113.8, 118.2, 120.9, 123.5, 127.6, 129.5, 131.1, 134.9, 137.0, 159.3, 166.7 (broad), 178.4 and 182.8.

70. The crystalline Form I atorvastatin hydrate of claim 45 containing about 1 to 8 moles of water.

71. The crystalline Form I atorvastatin hydrate of claim 47 containing about 1 to 8 moles of water.

72. The crystalline Form I atorvastatin hydrate of claim 52 containing about 1 to 8 moles of water.

73. The crystalline Form I atorvastatin hydrate of claim 53 containing about 1 to 8 moles of water.

74. The crystalline Form I atorvastatin hydrate of claim 54 containing about 1 to 8 moles of water.

75. The crystalline Form I atorvastatin hydrate of claim 55 containing about 1 to 8 moles of water.

76. The crystalline Form I atorvastatin hydrate of claim 61 containing about 1 to 8 moles of water.

77. The crystalline Form I atorvastatin hydrate of claim 62 containing about 1 to 8 moles of water.

78. The crystalline Form I atorvastatin hydrate of claim 63 containing about 1 to 8 moles of water.

79. The crystalline Form I atorvastatin hydrate of claim 64 containing about 1 to 8 moles of water.

80. The crystalline Form I atorvastatin hydrate of claim 65 containing about 1 to 8 moles of water.

81. The crystalline Form I atorvastatin hydrate of claim 66 containing about 1 to 8 moles of water.

US 5,969,156 C1

| 5 | 6 |

**82.** The crystalline Form I atorvastatin hydrate of claim 67 containing about 1 to 8 moles of water.

**83.** The crystalline Form I atorvastatin hydrate of claim 68 containing about 1 to 8 moles of water.

**84.** The crystalline Form I atorvastatin hydrate of claim 69 containing about 1 to 8 moles of water.

**85.** The crystalline Form I atorvastatin hydrate of claim 45 containing 3 moles of water.

**86.** The crystalline Form I atorvastatin hydrate of claim 47 containing 3 moles of water.

**87.** The crystalline Form I atorvastatin hydrate of claim 52 containing 3 moles of water.

**88.** The crystalline Form I atorvastatin hydrate of claim 53 containing 3 moles of water.

**89.** The crystalline Form I atorvastatin hydrate of claim 54 containing 3 moles of water.

**90.** The crystalline Form I atorvastatin hydrate of claim 55 containing 3 moles of water.

**91.** The crystalline Form I atorvastatin hydrate of claim 61 containing 3 moles of water.

**92.** The crystalline Form I atorvastatin hydrate of claim 62 containing 3 moles of water.

**93.** The crystalline Form I atorvastatin hydrate of claim 63 containing 3 moles of water.

**94.** The crystalline Form I atorvastatin hydrate of claim 64 containing 3 moles of water.

**95.** The crystalline Form I atorvastatin hydrate of claim 65 containing 3 moles of water.

**96.** The crystalline Form I atorvastatin hydrate of claim 66 containing 3 moles of water.

**97.** The crystalline Form I atorvastatin hydrate of claim 67 containing 3 moles of water.

**98.** The crystalline Form I atorvastatin hydrate of claim 68 containing 3 moles of water.

**99.** The crystalline Form I atorvastatin hydrate of claim 69 containing 3 moles of water.

**100.** Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 9.0, 20.5 and at least one value selected from the group consisting of 5.6, 7.4, 8.5, 15.8 (broad) and 25.7 (broad); and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shift difference between the lowest ppm resonance and another resonance of 4.7.

**101.** Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 9.0, 20.5 and at least one value selected from the group consisting of 5.6, 7.4,

8.5, 15.8 (broad) and 25.7 (broad); and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shift difference between the lowest ppm resonance and another resonance of 47.8.

**102.** Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 9.0, 20.5 and at least one value selected from the group consisting of 5.6, 7.4, 8.5, 15.8 (broad) and 25.7 (broad); and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shift differences between the lowest ppm resonance and other resonances: 4.7, 44.5, 45.2, 46.2 and 47.8.

**103.** Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 9.0, 20.5 and at least one value selected from the group consisting of 5.6, 7.4, 8.5, 15.8 (broad) and 25.7 (broad); and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 22.8 (broad), 27.5, 40.2, 41.7, 42.3, 43.4, 67.3, 68.0, 69.0, 70.6, 114.7, 115.7, 117.1, 119.0, 120.3, 121.4, 122.9, 129.0, 133.3, 134.8, 140.5, 161 (broad), 163 (broad) and 181 (broad).

**104.** Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 8.5 and 9.0; and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 140.5 and 181 (broad).

**105.** Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 8.5, 9.0 and at least one value selected from the group consisting of 7.4, 12.4, (broad), 15.8 (broad), 17.1–17.4 (broad), 19.5, 20.5, 22.7–23.2 (broad) and 25.7 (broad); and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 140.5 and 181 (broad).

**106.** Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ value measured using CuK$_\alpha$ radiation: 8.0; and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 127.1, 184.9 and 186.4.

**107.** Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 8.0 and 9.7; and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 127.1, 184.9 and 186.4.

**108.** Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 4.9, 8.0 and 9.7; and further characterized by solid state $^{13}$C nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 127.1, 184.9 and 186.4.

**109.** Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_\alpha$ radiation: 8.0,

US 5,969,156 C1

**7**

9.7 and 19.6; and further characterized by solid state $^{13}C$ nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 127.1, 184.9 and 186.4.

110. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ values measured using CuK$_α$ radiation: 9.2, 9.5, 10.3, 10.6, 11.9, 12.2, 17.1, 19.5, 21.6, 22.0, 22.7, 23.3, 23.7, 24.4, 28.9 and 29.2; and further characterized by solid-state $^{13}C$ nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 21.3, 25.2, 26.4, 40.2, 41.9, 47.4, 64.9, 68.1, 70.5, 73.1, 113.8, 118.2, 120.9, 123.5, 127.6, 129.5, 131.1, 134.9, 137.0, 159.3, 166.7 (broad), 178.4 and 182.8.

111. The crystalline Form I atorvastatin hydrate of claim 110 containing about 1 to 8 moles of water.

112. The crystalline Form I atorvastatin hydrate of claim 110 containing 3 moles of water.

113. Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_α$ radiation: 5.6, 7.4, 8.5, 9.0, 12.4 (broad), 15.8 (broad), 17.1–17.4 (broad), 19.5, 20.5, 22.7–23.2 (broad), 25.7 (broad) and 29.5; and further characterized by solid state $^{13}C$ nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 22.8 (broad), 27.5, 40.2, 41.7, 42.3, 43.4, 67.3, 68.0, 69.0, 70.6, 114.7, 115.7, 117.1, 119.0, 120.3, 121.4, 122.9, 129.0, 133.3, 134.8, 140.5, 161 (broad), 163 (broad) and 181 (broad).

**8**

114. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_α$ radiation: 4.9, 5.4, 5.9, 8.0, 9.7, 10.4, 12.4, 17.7, 18.4, 19.2, 19.6, 21.7, 23.0, 23.7 and 24.1; and further characterized by solid state $^{13}C$ nuclear magnetic resonance having the following chemical shifts expressed in parts per million: 17.9, 19.4, 20.3, 25.9, 40.0, 42.1, 43.4, 46.1, 63.5, 66.3, 67.9, 71.5, 115.7, 119.8, 122.7, 127.1, 129.2, 134.7, 138.1 (broad), 159.0 (broad), 166.1 (broad), 179.3, 181.4, 184.9 and 186.4.

115. A crystalline Form I atorvastatin hydrate having an X-ray powder diffraction containing the following 2θ values measured using CuK$_α$ radiation: 9.2, 9.5, 10.3, 10.6, 11.9 and 12.2.

116. Crystalline Form II atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_α$ radiation: 5.6, 8.5, 9.0, 12.4 (broad), 15.8 (broad) and 17.1–17.4 (broad).

117. Crystalline Form IV atorvastatin or a hydrate thereof having an X-ray powder diffraction containing the following 2θ values measured using CuK$_α$ radiation: 4.9, 5.4, 8.0 and 12.4.

*    *    *    *    *