IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs/Counterclaim-Defendants <br><br> vs. <br><br> COBALT PHARMACEUTICALS, INC., <br><br> Defendant/Counterclaim-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-790-JJF <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT COBALT PHARMACEUTICALS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cobalt Pharmaceuticals, Inc. states that:

1. Cobalt Pharmaceuticals, Inc. is a private corporation organized and existing under the laws of Ontario. Cobalt Pharmaceuticals, Inc. is a wholly owned subsidiary of Arrow Pharmaceuticals Inc.

2. Arrow Pharmaceuticals Inc. is a private corporation organized and existing under the laws of Canada and is a wholly owned subsidiary of Arrow Group Aps.

3. Arrow Group Aps is a private corporation organized and existing under the laws of Denmark and is a wholly owned subsidiary of Arrow International Ltd.

4. Arrow International Ltd. is a private corporation organized and existing under the laws of Malta and is a wholly owned subsidiary of Robin Hood Holdings Ltd.

5.  Robin Hood Holdings Ltd. Is a private corporation organized and existing under the laws of Malta.

6.  There are no publicly traded corporations that own ten percent or more of Cobalt Pharmaceuticals, Inc.'s stock.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Defendant/Counterclaim-Plaintiff

OF COUNSEL:
Steven A. Maddox
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007
(202) 672-5300

Douglas H. Carsten
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
(858) 847-6700

Dated: January 25, 2008

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on January 25, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Rudolf E. Hutz, Esquire
> Jeffrey B. Bove, Esquire
> Mary W. Bourke, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

I further certify that on January 25, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
John W. Shaw (No. 3362)
jshaw@ycst.com
Jeffrey T. Castellano (No. 4837)
jcastellano@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600

Attorneys for Defendant/Counterclaim-Plaintiff