## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, ) <br> PFIZER IRELAND PHARMACEUTICALS,) <br> WARNER-LAMBERT COMPANY, ) <br> WARNER-LAMBERT COMPANY, LLC ) <br> and ) <br> WARNER-LAMBERT EXPORT LTD., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COBALT PHARMACEUTICALS, INC. ) <br> ) <br> Defendant. ) | Civil Action No. 07-790-JJF |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd., (collectively referred to as "Pfizer"), and Defendant Cobalt Pharmaceuticals, Inc., subject to the approval of the Court, that Pfizer shall move, plead or otherwise reply to Cobalt Pharmaceuticals, Inc.'s Answer, Affirmative Defenses and Counterclaims in this action on or before February 22, 2008.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ, LLP <br> /s/ Rudolf E. Hutz <br> Rudolf E. Hutz (#484) <br> Jeffrey B. Bove (#998) <br> Mary W. Bourke (#2356) <br> The Nemours Building <br> 1007 North Orange Street <br> Wilmington, DE 19899 <br> (302) 658-9141 <br> rhutz@cblh.com <br> *Attorneys for Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC* | YOUNG CONAWAY STARGATT & TAYLOR, LLP <br> /s/ John Shaw <br> John Shaw (#3362) <br> Jeffrey T. Castellano (#4837) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19899 <br> (302) 571-6600 <br> jshaw@ycst.com <br> *Attorneys for Cobalt Pharmaceuticals, Inc.* |

*and Warner Lambert Export, Ltd.*

Dated: February 11, 2008

    SO ORDERED, this _____day of _____, 2008.

                                            _____
                                            United States District Judge