IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and WARNER-LAMBERT EXPORT LTD.,<br><br>    Plaintiffs/Counterclaim-Defendants<br><br>vs.<br><br>COBALT PHARMACEUTICALS, INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-790-JJF<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* for Douglas Carsten, Esquire and Ary Chang, Esquire, to represent Defendant Cobalt Pharmaceuticals, Inc. in this matter. In accordance with Standing Order for District Court Fund, the annual fee of $25.00 per attorney, if not already paid, will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY<br>
STARGATT & TAYLOR, LLP<br>
<br>
/s/ Jeffrey T. Castellano<br>
John W. Shaw (No. 3362)<br>
Jeffrey T. Castellano (No. 4837)<br>
The Brandywine Building<br>
1000 West Street, 17th Floor<br>
Wilmington, DE 19801<br>
jcastellano@ycst.com<br>
<em>Attorneys for Defendant</em>

Dated: February 11, 2008

## **ORDER**

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys, Douglas Carsten, Esquire and Ary Chang, Esquire are admitted *pro hac vice*.

Dated: _____, 2008

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Douglas Carsten, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Douglas Carsten
Foley & Lardner LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
Tel: (858) 847-6700
Fax: (858) 792-6773

Dated: February 8, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Ary Chang, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Ary Chang
Ary Chang
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
Phone: (858) 847-6732
Fax: (858) 792-6773

Dated: February 7, 2007

## **CERTIFICATE OF SERVICE**

I, Jeffrey T. Castellano, Esquire, hereby certify that on February 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Rudolf E. Hutz, Esquire
> Jeffrey B. Bove, Esquire
> Mary W. Bourke, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

I further certify that on February 11, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Jeffrey T. Castellano*

John W. Shaw (No. 3362)
jshaw@ycst.com
Jeffrey T. Castellano (No. 4837)
jcastellano@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600

Attorneys for Defendant/Counterclaim-Plaintiff