IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs/Counterclaim-Defendants <br><br> v. <br><br> COBALT PHARMACEUTICALS, INC., <br><br> Defendant/Counterclaim-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-790-JJF <br> ) <br> ) <br> ) <br> ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Steven A. Maddox, Esquire to represent Defendant Cobalt Pharmaceuticals, Inc. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jcastellano@ycst.com
*Attorneys for Defendant*

Dated: February 13, 2008

2

## **ORDER**

      IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney, Steven A. Maddox, Esquire, is admitted *pro hac vice*.

Dated: February ___, 2008

                                              _____
                                              United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Steven A. Maddox Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Steven A. Maddox
Steven A. Maddox
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
Tel: (202) 672-5465
Fax: (202) 672-5399

Dated: February 8, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, Esquire, hereby certify that on February 13, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Rudolf E. Hutz, Esquire
>Jeffrey B. Bove, Esquire
>Mary W. Bourke, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

I further certify that on February 13, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT
>& TAYLOR, LLP
>
>/s/ John W. Shaw
>_____
>John W. Shaw (No. 3362)
>jshaw@ycst.com
>Jeffrey T. Castellano (No. 4837)
>jcastellano@ycst.com
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19899
>(302) 571-6600
>
>Attorneys for Defendant/Counterclaim-Plaintiff