IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-790-JJF |
| | ) | |
| COBALT PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

IT IS HEREBY stipulated, by and between the parties hereto, subject to the approval of the Court, that the Scheduling Conference scheduled for Wednesday, May 7, 2008, shall be continued for thirty (30) days to permit the parties time to resolve whether such a conference will be required or whether this case will be resolved without the need for further proceedings.

Dated: May 2, 2008

/s/ Jeffrey B. Bove
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
Tel: (302) 658-9141
Fax: (302) 658-5614

Attorneys for Plaintiffs
PFIZER INC, ET AL.

/s/ Jeffrey T. Castellano
John Shaw (#3362)
Jeffrey T. Castellano (#4837)
(JCastellano@ycst.com)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
(302) 571-6600

Attorneys for Defendant
COBALT PHARMACEUTICALS, INC.

- 2 -

OF COUNSEL:
Steven A. Maddox
Foley & Lardner LLP
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007
(202) 672-5300

Douglas H. Carsten
Foley & Lardner LLP
11250 El Camino Real, Suite 200
San Diego, CA 923102
(858) 847-6700

IT IS SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge