IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and WARNER-LAMBERT EXPORT LTD.,<br><br>    Plaintiffs/Counterclaim-Defendants<br><br>    v.<br><br>COBALT PHARMACEUTICALS, INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | C.A. No.07-790-JJF |

## CONSENT JUDGMENT AND ORDER OF COURT

WHEREAS, plaintiffs/counterclaim defendants Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd. ("Pfizer"), and defendant-counterclaim plaintiff Cobalt Pharmaceuticals Inc. ("Cobalt") stipulate that:

1.    Cobalt admits that U.S. Patent No. 5,273,995 ("the '995 patent") would be infringed by the commercial manufacture, use, offer to sell or sale within the United States or importation or causing, directly or indirectly, the importation into the United States the proposed product that is the subject of Cobalt's New Drug Application ("NDA") 22-245, comprising atorvastatin sodium.

2.    Cobalt admits that U.S. Patent No. 5,273,995 is valid and enforceable and waives its defenses and counterclaims in the above-captioned action.

1

3. Any Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding this Judgment and Order.

4. The parties waive any right of appeal from this Judgment and Order.

5. Each party shall bear its own costs, expenses and attorneys' fees in connection with this action.

NOW THEREFORE, IT IS ORDERED AND ADJUDGED, on consent of the parties, that judgment shall be entered in favor of plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd. and against defendant Cobalt Pharmaceuticals Inc that Cobalt has infringed United States Patent No. 5,273,995; and it is further

ORDERED AND ADJUDGED that judgment shall be entered in favor of Pfizer and against Cobalt, dismissing all counterclaims alleging and seeking declarations of non-infringement, invalidity or unenforceability of the '995 patent; and it is further

ORDERED that, pursuant to the provisions of 35 U.S.C. §271(e)(4)(A), the effective date of any approval of Cobalt's NDA 22-245, seeking FDA approval of atorvastatin sodium tablets, 10, 20, 40 and 80 mg dosage strengths, shall be a date which is not earlier than the date of expiration of the '995 patent (December 28, 2010); and it is further,

ORDERED that, pursuant to the provisions of 35 U.S.C. §271(e)(4)(B), Cobalt, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with Cobalt are enjoined until the date of expiration of the '995 patent (December 28, 2010) from engaging in the commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of any product comprising the chemical

compound atorvastatin sodium covered by, or the sale or use of which is covered by, the '995 patent.

Dated: May 14, 2008

CONNOLLY BOVE LODGE & HUTZ

By:  /s/ Jeffrey B. Bove
     Rudolf E. Hutz (#484)
     Jeffrey B. Bove (#998)
     Mary W. Bourke (#2356)
     The Nemours Building
     1007 North Orange Street
     Wilmington, DE  19899
     (302)-658-9141
     rhutz@cblh.com
     *Attorneys for Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd.*

Dated: May 14, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By:  /s/ Jeffrey T. Castellano
     John Shaw (#3362)
     Jeffrey T. Castellano (#4837)
     The Brandywine Building
     1000 West Street, 17th Floor
     Wilmington DE 19899
     (302)-571-6600
     jshaw@ycst.com
     jcastellano@ycst.com
     *Attorneys for Defendant Cobalt Pharmaceuticals, Inc.*

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge